## Payne, Jeffrey

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Wednesday, September 8, 2021 10:56 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Green, Sarah; Hunter, Kevin; Keathley, Pamela; Lohr, Janet; Monst, Allie; Riggins, Devon; Simkins, Julie; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| | |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Wednesday, September 8, 2021 10:50 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, September 8, 2021 9:40 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 1BAD AB<br><br>Denied | 9983 | Swearword One bad *ss boy<br><br>Similar plates reviewed: | N/A | 1 bad *ss boy. | ███ | 1.Contains words, combinations and/or phrases (in |

**PLAINTIFF'S EXHIBIT**

**2**

WONSER_000014

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>FINE ASS 8/27/21<br>DUMBAZZ 8/23/21<br>AZZ CIKR 8/17/21<br>DEADA55 8/9/21<br>B4DASS 8/2/21<br>ZAYMTA3 7/12/21<br>BADAZ2 7/2/21<br>FKNBDAS 7/1/21<br>IETA55 6/29/21<br>LARDAZZ 6/15/21<br>1EATA55 6/14/21<br>BDAZME 6/7/21<br>BAD AZ VW 6/3/21<br>BADSAS 6/1/21<br>EJOH SSA 5/28/21<br>AZOL 1 5/24/21<br>B ASS B 5/24/21<br>KSMYGAS 5/3/21<br>NYCEAZZ 5/3/21<br>KISSAS 4/19/21<br>ZZA TA3 3/23/21<br>LAR JASS 1/13/21<br>ELOHZZA 1/12/20<br>GRBNASS 12/23/20<br>KSMYAUS 12/3/20<br>AZZ UP 11/19/20<br>TOM A55 11/9/20<br>BAD AS6 11/3/20<br><br>**Approved**<br>A55MAAN 8/4/21 (approved again after complaint.)<br>AZZ 8/3/21 | 2 | | | any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000015

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BDAZZ66 6/28/21 JANASS 6/16/21 BA 1 DA 4/30/21 BA DA 4/30/21 BADAZR2 4/6/21 DRAG N AS 3/24/21 OFFMIAS 3/22/21 ASOOOUL 12/22/20 GODDASS 11/4/20 BAHONDA 11/2/20 | | | | |
| GILF<br><br>Denied | 9982 | Sexually Explicit Grandma I would like to f*ck.<br><br>Similar plates reviewed:<br><br>**Denied**<br>MLFMGNT 8/31/21<br>M1LF LXS 7/30/21<br>MILF1 7/16/21<br>GOT M1LF 6/17/21<br>HIS WILF 6/16/21<br>MILFS 5/25/21<br>M1LFLVR 4/14/21<br>VILF 10/8/20<br><br>**Approved:**<br>N/A | Cleveland Browns | Greg is living fine. | ▉▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FCKUOM<br><br>Denied | 9982 | Swearword F*ck University of Michigan.<br><br>This is registered to a 2016 Dodge Grand Caravan SXT.<br><br>Similar plates reviewed: | OSU Spirit mark | Ford car Kistler Ultimate Operating machine. | ▉▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

WONSER_000016

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734<br>8/31/21<br>FKTY FUK<br>8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11<br>8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT<br>8/18/21<br>FAK U MNY<br>8/17/21<br>FKBTCHS<br>8/17/21<br>FN N FRL<br>8/12/21<br>GOOGLFU<br>8/11/21<br>F BOMBS<br>8/10/21<br>IKYFL 7/30/21<br>FKN MNT<br>7/27/21<br>MEFNOW 7/27/<br>BMFICON<br>7/26/21<br>FNAWSM<br>7/23/21<br>ZERO FUK<br>7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN<br>7/20/21<br>YEE YE MF<br>7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF<br>7/19/21<br>BTFKOFF<br>7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21 | | | | that are<br>profane (that<br>is,<br>swearwords<br>and<br>expletives),<br>obscene,<br>sexually<br>explicit, or<br>scatological<br>(feces or<br>excrement). |

WONSER_000017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ISYMFS2 7/14/21 JMFR 7/14/21 GDYUP MF 7/7/21 OMG WTF1 7/1/21 FCKTTUN 6/28/21 NOGAF 6/28/21 F UBL 6/28/21 FKTYPER 6/25/21 VAFANGU 6/23/21 MF CKER 6/21/21 OUT OF FX 6/21/21 EF FRTY6 6/21/21 FHRITP7 6/21/21 FBGM14 6/17/21 FU5RODA 6/16/21 FU 22159 6/15/21 FU 69 6/15/21 FVCKOFF 6/15/21 EFF YEAH 6/15/21 SFCKD 6/11/21 FAST MFR 6/10/21 FUDEM 6/7/21 GAMOTO 6/4/21 FFAUCI (OSU logo plate) 6/4/21 DAMFS 6/2/21 AYOWTF 5/28/21 FUK1T 5/27/21 FU BRYAN 5/25/21 FU CLUFF 5/25/21 EST WTF 5/21/21 FKJ 5/21/21 O WTF 5/20/21 | | | | |

WONSER_000018

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223

WONSER_000019

Office 614-752-7518
jslohr@dps.ohio.gov



7

WONSER_000020