## Payne, Jeffrey

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Monday, September 27, 2021 10:34 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Monday, September 27, 2021 10:22 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Monday, September 27, 2021 9:51 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BMFRJ1 | 0946 | Swearword Big or bad mot f*cker. | | larley er | ███ █ | 1.Contains words, combinations |

PLAINTIFF'S EXHIBIT

6

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | This is on a silver 1982 Volvo 240 Wagon.<br><br>Similar plates reviewed:<br><br>**Denied**<br>BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | reggae jamming. | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FUSARAH<br><br>Denied | 9983 | Swearword F*ck you Sarah<br><br>Similar plates reviewed:<br><br>**Denied** | N/A | No meaning. (This is what is listed in BASS.) | ███████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

WONSER_000054

| | | | | | | |
|---|---|---|---|---|---|---|
| | | EF BIDEN 9/24/21 CMFD 9/23/21 DUCK BDN 9/23/21 FAST A5 F 9/21/21 KMFK 9/21/21 F IN SLOW 9/20/21 FKU JOE 9/17/21 EFFNJOE 9/15/21 F12UZB 9/15/21 FVCK AMG 9/14/21 F BIDN 9/13/21 FCKUOM 9/8/21 PHAHQ U 9/3/21 46 FU 9/3/21 FAHQ734 8/31/21 FKTY FUK 8/31/21 FQISIS 8/30/21 FKGA 8/27/21 HWMF 11 8/2721 FCKOFF 8/23/21 EFGASS 8/23/21 P FKN R 8/20/21 AWFUKIT 8/18/21 FAK U MNY 8/17/21 FKBTCHS 8/17/21 FN N FRL 8/12/21 GOOGLFU 8/11/21 F BOMBS 8/10/21 IKYFL 7/30/21 FKN MNT 7/27/21 MEFNOW 7/27/ BMFICON 7/26/21 FNAWSM 7/23/21 ZERO FUK 7/23/21 FAF BOII 7/21/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000055

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21 | | | | |

4

WONSER_000056

| | | | | | |
|---|---|---|---|---|---|
| | | FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | |

5

WONSER_000057

| SLW ASF  Denied | 9983 | Swearword Slow as f*ck.  This is registered to a 1997 Mazda MX-5 Miata.  Similar plates reviewed:  **Denied** WARD AF 9/24/21 LOST AF 8/31/21 MANIC AF 8/31/21 WITCH AF 8/30/21 MEMAW AF 8/27/21 FRSHASF 8/19/21 WIDE AF 8/16/21 AMMO AF 8/13/21 MINI AF 8/12/21 PAGAN AF 8/3/21 RED AF 7/27/21 BRKE AF 7/23/21 TEAM AF 7/13/21 THICK AF 7/6/21 RN AF 7/6/21 AS FK 7/2/21 ESNTL AF 6/30/21 L8TE AF 6/30/21 NANA AF 6/29/21 HIPPE AF 6/21/21 DP AF 6/3/21 SMOOV AF 5/27/21 RICE AF 5/25/21 NURSE AF 5/21/21 TOXIC AF 5/18/21 LOW ASF 5/17/21 | N/A | It means slow, as in the car is very slow. | ███████ █ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | WHYTE AF 5/13/21 BIG AF 4/23/21 IMLTEAF 4/19/21 BALD AF 4/8/21 SGL AF 4/6/21 SWOLE AF 3/29/21 EVLAF 3/26/21 FUNNY AF 3/15/21 STOCK4F 3/9/21 SOLID AF 1/14/21 BOUJE AF 1/11/21 FOXY ASF 1/7/20 VEGANAF 12/16/20 HUMBLAF 12/2/20 FA OIHO 11/30/20 CAMD AF 11/16/20 922 AF 11/12/20 LOUD AF 10/21/20 <br><br>**Approved** AF BEAST 11/19/20 | | | | |
| BADMF9 <br><br>Denied | 2528 | Swearword Bad mother f*cker. <br><br>This is registered to a 2013 Dodge Challenger R/T. <br><br>Similar plates reviewed: <br><br>**Denied** BMF2RAW 9/16/21 POMOFO 9/14/21 HWMF 11 8/2721 MEFNOW 7/27/21 | Veteran Navy | Family members initials. | ■ ▐ <br><br> ■ ▐ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000059

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BMFDBOY 7/27/21 BMFPLUG 7/27/21 BMFICON 7/26/21 YEE YE MF 7/20/21 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 MFTB 7/16/21 ISYMFS2 7/14/21 JMFR 7/14/21 MF CKER 6/21/21 FAST MFR 6/10/21 DAMFS 6/2/21 MTNMFR 5/17/21 BGMOFO 3/23/21<br><br>**Approved** YCFWM 7/21/21 1HWMF 7/16/21 BIG CMF 6/8/21 BGMQFQ 4/12/21 | | | | |
| COVDHX<br><br>Approved | 9983 | This may provoke violence.<br><br>Similar plates denied:<br><br>**Denied** N/A<br><br>**Approved** C19HOAX 9/24/21 and 9/16/21 (customer complaints) CDCLIES 9/13/21 (customer complaint) | Ohio Pets | COVID Hoax | ▮▮ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles

WONSER_000060

1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000061