## Payne, Jeffrey

| | |
|---|---|
| **From:** | Hunter, Kevin |
| **Sent:** | Tuesday, September 28, 2021 10:05 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates - Corrected |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, September 28, 2021 10:03 AM
**To:** Hunter, Kevin <kdhunter@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates - Corrected
**Importance:** High

See responses below:

**From:** Hunter, Kevin <kdhunter@dps.ohio.gov>
**Sent:** Tuesday, September 28, 2021 9:48 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| IPALOT<br><br>Denied | 9982 | I pee a lot<br><br>Similar plates reviewed:<br><br>**Denied**<br><br>PP Time 8/31/21<br>NEED 2 P 5/3/21<br>IGOTZ2P 4/6/21 | N/A | It's what I do | ███████ | 1.Contains combinations and/phrases (in any language and when read either frontward or backward) that are profane, (that is, swearwords or expletives), obscene, sexually explicit or scatological (i.e., pertaining to |

PLAINTIFF'S EXHIBIT
**7**

WONSER_000284

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Approved** MS PEE 8/12/21 TINKLE 10/6/20 | | | | feces or excrement). |
| STRONZA<br><br>Denied | 2586 | Stronza is Italian for B*tch, Dipsh*t, Sh*tbag, Turd<br><br>Similar plates reviewed:<br><br>**Denied**<br>BIH MOVE 9/20/21<br>RED BTCH 8/25/21<br>HEYBTCH 8/19/21<br>BCHNTRK 8/17/21<br>1 BISH 8/11/21<br>SXY8ICH 8/4/21<br>WINEYB 7/29/21<br>SXYBICH 7/20/21<br>TONI BA B 7/15/21<br>FBGM247 7/8/21<br>BYE BICH 7/7/21<br>SIDEBIH 7/1/21<br>THT BIH 6/23/21<br>LEXY BIH 6/10/21<br>SKNY BCH 6/7/21<br>BRITBIH 6/1/21<br>BISH BYE 5/25/21<br>B ASS B 5/24/21 | N/A | Witch | ■■■■ | 1.Contains combinations and/phrases (in any language and when read either frontward or backward) that are profane, (that is, swearwords or expletives), obscene, sexually explicit or scatological (i.e., pertaining to feces or excrement). |

WONSER_000285

| | | | | | | |
|---|---|---|---|---|---|---|
| | | LEBISH<br>5/20/21<br>JMB FBGM<br>5/10/21<br>BTCH BRN<br>5/6/21<br>BITCHH<br>5/4/21<br>BIGBTCH<br>4/29/21<br>BONR DNR<br>4/26/21<br>CRZBTCH<br>4/26/21<br>1SBITCH<br>4/23/21<br>DAM BISH<br>4/16/21<br>BADBCH<br>4/15/21<br>13ITCH<br>4/13/21<br>B1TCH73<br>4/7/21<br>WHT BTCH<br>3/31/21<br>BADBICH<br>3/29/21<br>RUDE BIH<br>3/25/21<br>L8TRBCH<br>3/18/21<br>ITCH17<br>1/27/21<br>BCH 8 ONE<br>1/26/21<br>MVEBTCH<br>12/23/20<br>THSBTCH<br>12/21/20<br>BOS B1CH<br>12/8/20<br>BOSS BIH<br>12/7/20<br>FIATCH<br>11/30/20<br>BLK BIHH<br>11/19/20<br><br>**Approved** | | | | | |

WONSER_000286

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SSTBCH<br>8/26/21<br>NUTBSH1<br>8/5/21<br>1PRITIB<br>7/7/21<br>CRZ BTH<br>3/23/21 | | | | |
| SUKTDRY<br><br>Denied | 9982 | Sucked dry<br><br>Per Google, the registered owner does have a cleaning business in Findlay called, "Clean Serv Carpet and Janitorial, LLC"<br><br>Similar plates reviewed:<br><br>**Denied**<br>SUKM3<br>9/17/21<br>LIGMA69<br>8/18/21<br>SUGMA PP<br>8/2/21<br>CMI X4BJ<br>7/19/21<br>I LUV BJS<br>5/20/21<br>BLOW YOU<br>2/22/21<br>SUX BALZ<br>12/30/20<br>BLOW JOB<br>10/6/20<br>BJ 69 KFC<br>9/30/20<br><br>**Approved**<br>TEBAG<br>5/25/21<br>SUM SUK<br>11/25/20 | N/A | Own a cleaning business | | 1.Contains combinations and/phrases (in any language and when read either frontward or backward) that are profane, (that is, swearwords or expletives), obscene, sexually explicit or scatological (i.e., pertaining to feces or excrement). |

4

WONSER_000287

| | | BJCUCA 10/19/20 | | | | |
|---|---|---|---|---|---|---|
| SCHITS<br><br>Denied | 9982 | Sh*ts<br><br>Similar plates reviewed:<br><br>**Denied**<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21 | Cardinal | Sherwin, Catherine, Hamish, Ian, Taine, Serafina | ████ | 1.Contains combinations and/phrases (in any language and when read either frontward or backward) that are profane, (that is, swearwords or expletives), obscene, sexually explicit or scatological (i.e., pertaining to feces or excrement). |

5

WONSER_000288

| | | | | | | |
|---|---|---|---|---|---|---|
| | | APSHT<br>3/17/21<br>U8SH1T<br>3/12/21<br>OH SHT 5O<br>12/3/20<br>POS STI<br>11/25/20<br>SHTN ME<br>11/2/20<br><br>**Approved**<br>OHSHEET<br>8/19/21<br>GSDNOW<br>6/2/21<br>COSHITA<br>5/17/21<br>CRAP 21<br>5/10/21<br>SVTURD<br>5/6/21<br>SHTF PT<br>4/26/21<br>RIP POOP<br>4/16/21<br>KATURD<br>4/14/21<br>DOOKERZ<br>4/6/21<br>THS IS BS<br>3/15/21<br>IDGAS<br>1/21/21<br>OH THIT<br>11/16/20<br>PO023<br>10/23/20<br>CHIZ<br>10/27/20 | | | | |
| AFNZUS<br><br><span style="color:red">Denied</span> | 9982 | A f\*cking Zeus<br><br>**Zeus** is the sky and thunder god in ancient Greek religion, who rules as king of the gods of | Nature Preserve | Australia, Fiji, New Zealand, United States | ██ ██ | 1.Contains combinations and/phrases (in any language and when read either frontward or backward) that are profane, (that is, swearwords or expletives), obscene, sexually |

6

WONSER_000289

| | | Mount Olympus

Similar plates reviewed:

**Denied**
FKU JOE 9/17/21
EFFNJOE 9/15/21
F12UZB 9/15/21
FVCK AMG 9/14/21
F BIDN 9/13/21
FCKUOM 9/8/21
PHAHQ U 9/3/21
46 FU 9/3/21
FAHQ734 8/31/21
FKTY FUK 8/31/21
FQISIS 8/30/21
FKGA 8/27/21
HWMF 11 8/2721
FCKOFF 8/23/21
EFGASS 8/23/21
P FKN R 8/20/21
AWFUKIT 8/18/21
FAK U MNY 8/17/21
FKBTCHS 8/17/21
FN N FRL 8/12/21
GOOGLFU 8/11/21
F BOMBS 8/10/21 | | | | explicit or scatological (i.e., pertaining to feces or excrement). |

WONSER_000290

| | | IKYFL 7/30/21 FKN MNT 7/27/21 MEFNOW 7/27/ BMFICON 7/26/21 FNAWSM 7/23/21 ZERO FUK 7/23/21 FAF BOII 7/21/21 FCK BIDN 7/20/21 YEE YE MF 7/20/21 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 BTFKOFF 7/16/21 MFTB 7/16/21 FK8 CTR 7/15/21 ISYMFS2 7/14/21 JMFR 7/14/21 GDYUP MF 7/7/21 OMG WTF1 7/1/21 FCKTTUN 6/28/21 NOGAF 6/28/21 F UBL 6/28/21 FKTYPER 6/25/21 VAFANGU 6/23/21 MF CKER 6/21/21 OUT OF FX 6/21/21 | | | | |
|---|---|---|---|---|---|---|

8

WONSER_000291

| | | EF FRTY6 6/21/21 FHRITP7 6/21/21 FBGM14 6/17/21 FU5RODA 6/16/21 FU 22159 6/15/21 FU 69 6/15/21 FVCKOFF 6/15/21 EFF YEAH 6/15/21 SFCKD 6/11/21 FAST MFR 6/10/21 FUDEM 6/7/21 GAMOTO 6/4/21 FFAUCI (OSU logo plate) 6/4/21 DAMFS 6/2/21 AYOWTF 5/28/21 FUK1T 5/27/21 FU BRYAN 5/25/21 FU CLUFF 5/25/21 EST WTF 5/21/21 FKJ 5/21/21 O WTF 5/20/21 FFSM8 5/17/21 VAFFA 5/17/21 MTNMFR 5/17/21 FAQUA 5/12/21 | | | | |
|---|---|---|---|---|---|---|

WONSER_000292

| | | FOO QUE 5/12/21 USLOFKR 5/7/21 FKBLU 5/7/21 ISSA FK7 4/7/21 SLOW FK7 4/5/21 1FOFF 5/5/21 IMFDUP 5/4/21 PHUKKU 4/26/21 WTFOX 4/26/21 FOX THAT 3/30/21 IDGAFOX 3/26/21 IDG2F 12/14/20 **Approved** FUGLY 8/12/21 FNBILL 8/5/21 GFSF 7/27/21 YCFWM 7/21/21 FAKA 7/19/21 1HWMF 7/16/21 FLYN F 6/29/21 ZEFKS 6/16/21 FTRAIN 6/15/21 BIG CMF 6/8/21 MR FUFF 5/27/21 KAY N FU 5/24/21 FK8 CTR 1 5/18/21 BIGMQFQ 4/12/21 | | | | |
|---|---|---|---|---|---|---|

WONSER_000293

| | | NOF2G 3/8/21 F COVID 3/7/21 J MFN T 3/7/21 FJOHN 2/8/21 | | | | |
|---|---|---|---|---|---|---|

Kevin Hunter
Customer Service Assistant 3
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614) 752-2059
Fax (614) 995-4739
kdhunter@dps.ohio.gov



WONSER_000294