**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Friday, October 8, 2021 10:26 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614)752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, October 8, 2021 10:17 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Friday, October 8, 2021 10:07 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| DRIVE TF | 3107 | Swearword TF stands for the f*ck, a handy, all | N/A | Drive | | 1.Contains words, combinations |

PLAINTIFF'S EXHIBIT

8

| Approved | | purpose internet swear for questions, exclamations, and declarations.

Similar plates reviewed:

**Denied**
FJBIDN 10/5/21
FJOBDN 10/5/21
MFCEO 98 10/5/21
FAFO 21 10/1/21
FU ALS 10/1/21
FU CNCR 9/2921
FJBIDEN 9/29/21
AFNZUS 9/28/21
FKU JOE 9/17/21
EFFNJOE 9/15/21
F12UZB 9/15/21
FVCK AMG 9/14/21
F BIDN 9/13/21
FCKUOM 9/8/21
PHAHQ U 9/3/21
46 FU 9/3/21
FAHQ734 8/31/21
FKTY FUK 8/31/21
FQISIS 8/30/21
FKGA 8/27/21
HWMF 11 8/2721
FCKOFF 8/23/21
EFGASS 8/23/21
P FKN R 8/20/21
AWFUKIT 8/18/21
FAK U MNY 8/17/21
FKBTCHS 8/17/21
FN N FRL 8/12/21
GOOGLFU 8/11/21
F BOMBS 8/10/21
IKYFL 7/30/21
FKN MNT 7/27/21
MEFNOW 7/27/
BMFICON 7/26/21
FNAWSM 7/23/21
ZERO FUK 7/23/21
FAF BOII 7/21/21
FCK BIDN 7/20/21 | | and then kids initials. | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
|---|---|---|---|---|---|

WONSER_000083

| | | | | | |
|---|---|---|---|---|---|
| | | YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21 | | | | |

WONSER_000084

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| PSYWHIP<br><br>Denied | 9982 | Sexually explicit<br>P*ssy whipped.<br><br>Similar plates<br>reviewed:<br><br>**Denied**<br>PSSY PWR<br>9/21/21<br>TWT WFFL 4/5/21<br>PUSPUS 4/2/21<br>WAP BOX 1/15/21<br>IM MOIST 11/24/20<br>WHY U WET<br>10/2/20<br><br>**Approved**<br>I CU COMN 2/9/21 | N/A | Pet's<br>name | ███ | 1.Contains<br>words,<br>combinations<br>and/or<br>phrases (in<br>any<br>language<br>and when<br>read either<br>frontward or<br>backwards)<br>that are<br>profane (that<br>is,<br>swearwords<br>and<br>expletives),<br>obscene,<br>sexually<br>explicit, or<br>scatological |

4

WONSER_000085

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | (feces or excrement). |
| STREETB

Approved | 9983 | Swearword Street B*tch

Similar plates reviewed:

**Denied**
STRONZA 9/28/21
BIH MOVE 9/20/21
RED BTCH 8/25/21
HEYBTCH 8/19/21
BCHNTRK 8/17/21
1 BISH 8/11/21
SXY8ICH 8/4/21
WINEYB 7/29/21
SXYBICH 7/20/21
TONI BA B 7/15/21
FBGM247 7/8/21
BYE BICH 7/7/21
SIDEBIH 7/1/21
THT BIH 6/23/21
LEXY BIH 6/10/21
SKNY BCH 6/7/21
BRITBIH 6/1/21
BISH BYE 5/25/21
B ASS B 5/24/21
LEBISH 5/20/21
JMB FBGM 5/10/21
BTCH BRN 5/6/21
BITCHH 5/4/21
BIGBTCH 4/29/21
BONR DNR 4/26/21
CRZBTCH 4/26/21
1SBITCH 4/23/21
DAM BISH 4/16/21
BADBCH 4/15/21
13ITCH 4/13/21
B1TCH73 4/7/21
WHT BTCH 3/31/21
BADBICH 3/29/21
RUDE BIH 3/25/21
L8TRBCH 3/18/21
ITCH17 1/27/21
BCH 8 ONE 1/26/21 | N/A | Just for fun. | ███████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000086

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MVEBTCH 12/23/20 THSBTCH 12/21/20 BOS B1CH 12/8/20 BOSS BIH 12/7/20 FIATCH 11/30/20 BLK BIHH 11/19/20<br><br>**Approved** SSTBCH 8/26/21 NUTBSH1 8/5/21 1PRITIB 7/7/21 CRZ BTH 3/23/21 | | | | |
| TKS NO BS<br><br>Denied | 9983 | Swearword Takes no bull sh*t<br><br>Similar plates reviewed:<br><br>**Denied** SCHITS 9/28/21 PTNRSHT 8/20/21 SHTLBS 8/13/21 3AT SH1T 8/9/21 MRPBH 7/14/21 MERC SHT 7/13/21 HHSHHT (Ohio State logo) 7/12/21 BOS SHT 6/23/21 HOLY CHT 6/17/21 Q SCHITY 6/7/21 DOGSH1T 5/28/21 POOPIE2 5/26/21 999SHIT 4/26/21 CHITBOX 4/26/21 POS RAM 4/26/21 AINTSHT 4/23/21 5HTR5FL 4/19/21 SH17 BOX 4/13/21 5H1TBX 3/31/21 ZHIT BOX 3/30/21 SHYTBOX 3/25/21 GOON SHT 3/22/21 APSHT 3/17/21 U8SH1T 3/12/21 OH SHT 5O 12/3/20 POS STI 11/25/20 | N/A | Takes no bs. | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000087

| | | SHTN ME 11/2/20<br><br>**Approved**<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21<br>IDGAS 1/21/21<br>OH THIT 11/16/20<br>PO023 10/23/20<br>CHIZ 10/27/20 | | | | |
|---|---|---|---|---|---|---|
| GYLTY<br><br>Denied | 9982 | Derogatory<br>This could provoke violence because of the logo.<br><br>Similar plates reviewed:<br><br>**Denied**<br>LOSERR 2/3/21<br>ACAB (recalled 10/28/20)<br><br>**Approved**<br>N/A<br><br>**Customer had the plate on the Ohio Cops logo, from 3/18/13 until 11/27/14. The records are not available, to check for complaints, during that time frame.** | Ohio Cops | Guilty | ■■ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614)752-7518
jslohr@dps.ohio.gov

WONSER_000088



8

WONSER_000089