**Payne, Jeffrey**

---

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Friday, October 15, 2021 10:30 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates  Correction |
| **Importance:** | High |

---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, October 15, 2021 10:25 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates Correction
**Importance:** High

See responses below:

---

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Friday, October 15, 2021 10:12 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates Correction
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| IAMHBIC<br><br>**Complaint**<br><br>Denied | 9982 | The emailed complaint stated: "Why on God's green earth would you allow the issuance of a license plate that declares the driver to be the head beotch in charge? Just sat at a traffic light in Dublin behind a silver SUV with the pla... number IAM... | N/A | I am head beautician in Columbus. | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT

**10**

WONSER_000314

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Wow! What a great representation of the state of Ohio."**<br><br>According to Urban Dictionary, HBIC is an acronym for head bitch in charge. 1323 up 336 down<br><br>This is on a 2014 GMC Terrain SLE 2<br><br>Similar plates reviewed:<br><br>**Denied**<br>B1GG B 9/29/21<br>STRONZA 9/28/21<br>BIH MOVE 9/20/21<br>RED BTCH 8/25/21<br>HEYBTCH 8/19/21<br>BCHNTRK 8/17/21<br>1 BISH 8/11/21<br>SXY8ICH 8/4/21<br>WINEYB 7/29/21<br>SXYBICH 7/20/21<br>TONI BA B 7/15/21<br>FBGM247 7/8/21<br>BYE BICH 7/7/21<br>SIDEBIH 7/1/21<br>THT BIH 6/23/21<br>LEXY BIH 6/10/21<br>SKNY BCH 6/7/21<br>BRITBIH 6/1/21<br>BISH BYE 5/25/21<br>B ASS B 5/24/21<br>LEBISH 5/20/21<br>JMB FBGM 5/10/21<br>BTCH BRN 5/6/21<br>BITCHH 5/4/21<br>BIGBTCH 4/29/21<br>BONR DNR 4/26/21<br>CRZBTCH 4/26/21<br>1SBITCH 4/23/21<br>DAM BISH 4/16/21<br>BADBCH 4/15/21<br>13ITCH 4/13/21<br>B1TCH73 4/7/21<br>WHT BTCH 3/31/21<br>BADBICH 3/29/21 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

2

WONSER_000315

| | | | | | | |
|---|---|---|---|---|---|---|
| | | RUDE BIH 3/25/21<br>L8TRBCH 3/18/21<br>ITCH17 1/27/21<br>BCH 8 ONE 1/26/21<br>MVEBTCH 12/23/20<br>THSBTCH 12/21/20<br>BOS B1CH 12/8/20<br>BOSS BIH 12/7/20<br>FIATCH 11/30/20<br>BLK BIHH 11/19/20<br><br>**Approved**<br>EZV BIFC 10/14/21<br>STREETB 10/8/21<br>SSTBCH 8/26/21<br>NUTBSH1 8/5/21<br>1PRITIB 7/7/21<br>CRZ BTH 3/23/21<br><br>**\*\*Customer has had this plate since 7/19/2019 - there have been no other complaints\*\*** | | | | |
| 1SEXYB<br><br>Denied | 1840 | Swearword – could be perceived as 1 sexy b\*tch<br><br>The vehicle is a Black 2000 Mercedes-Benz C-Class<br><br>Similar plates reviewed:<br><br>**Denied**<br>B1GG B 9/29/21<br>STRONZA 9/28/21<br>BIH MOVE 9/20/21<br>RED BTCH 8/25/21<br>HEYBTCH 8/19/21<br>BCHNTRK 8/17/21<br>1 BISH 8/11/21<br>SXY8ICH 8/4/21<br>WINEYB 7/29/21<br>SXYBICH 7/20/21<br>TONI BA B 7/15/21<br>FBGM247 7/8/21<br>BYE BICH 7/7/21<br>SIDEBIH 7/1/21<br>THT BIH 6/23/21 | N/A | Because it's a sexy car | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

3

WONSER_000316

LEXY BIH 6/10/21
SKNY BCH 6/7/21
BRITBIH 6/1/21
BISH BYE 5/25/21
B ASS B 5/24/21
LEBISH 5/20/21
JMB FBGM 5/10/21
BTCH BRN 5/6/21
BITCHH 5/4/21
BIGBTCH 4/29/21
BONR DNR 4/26/21
CRZBTCH 4/26/21
1SBITCH 4/23/21
DAM BISH 4/16/21
BADBCH 4/15/21
13ITCH 4/13/21
B1TCH73 4/7/21
WHT BTCH 3/31/21
BADBICH 3/29/21
RUDE BIH 3/25/21
L8TRBCH 3/18/21
ITCH17 1/27/21
BCH 8 ONE 1/26/21
MVEBTCH 12/23/20
THSBTCH 12/21/20
BOS B1CH 12/8/20
BOSS BIH 12/7/20
FIATCH 11/30/20
BLK BIHH 11/19/20

**Approved**
EZV BIFC 10/14/21
STREETB 10/8/21
SSTBCH 8/26/21
NUTBSH1 8/5/21
1PRITIB 7/7/21
CRZ BTH 3/23/21

| 269 U Denied | 9982 | Sexual – could be perceived as To 69 You<br><br>This is registered to a Silver 2011 Ford F-150<br><br>Similar plates reviewed:<br><br>**Denied**<br>69 NICE 7/29/21<br>69LAYS 6/7/21 | N/A | Old family plate number | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, |

4

WONSER_000317

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MUFF1N6 6/1/21<br>I LUV BJS 5/20/21<br>BLOW YOU 2/22/21<br>CUM4MEE 2/22/21<br>DODG SUX 1/22/21<br>SUX BALZ 12/30/20<br><br>**Approved**<br>690069 7/12/21 | | | | swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| BICHOTA<br><br>Denied | 3131 | Swearword – could be perceived as a play on B*tch<br><br>Google results:<br><br>• Song by Karol G<br><br>• Puerto Rican slang, it means a gang leader or gangster snitch.<br><br>• A slang word used in Puerto Rico to describe a woman who runs a drug business. Derives from the term "Big Shot" in English.<br><br>The vehicle is a White 2016 Lexus ES<br><br>Similar plates reviewed:<br><br>**Denied**<br>B1GG B 9/29/21<br>STRONZA 9/28/21<br>BIH MOVE 9/20/21<br>RED BTCH 8/25/21<br>HEYBTCH 8/19/21<br>BCHNTRK 8/17/21<br>1 BISH 8/11/21<br>SXY8ICH 8/4/21 | N/A | Nickname | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

5

WINEYB 7/29/21
SXYBICH 7/20/21
TONI BA B 7/15/21
FBGM247 7/8/21
BYE BICH 7/7/21
SIDEBIH 7/1/21
THT BIH 6/23/21
LEXY BIH 6/10/21
SKNY BCH 6/7/21
BRITBIH 6/1/21
BISH BYE 5/25/21
B ASS B 5/24/21
LEBISH 5/20/21
JMB FBGM 5/10/21
BTCH BRN 5/6/21
BITCHH 5/4/21
BIGBTCH 4/29/21
BONR DNR 4/26/21
CRZBTCH 4/26/21
1SBITCH 4/23/21
DAM BISH 4/16/21
BADBCH 4/15/21
13ITCH 4/13/21
B1TCH73 4/7/21
WHT BTCH 3/31/21
BADBICH 3/29/21
RUDE BIH 3/25/21
L8TRBCH 3/18/21
ITCH17 1/27/21
BCH 8 ONE 1/26/21
MVEBTCH 12/23/20
THSBTCH 12/21/20
BOS B1CH 12/8/20
BOSS BIH 12/7/20
FIATCH 11/30/20
BLK BIHH 11/19/20

**Approved**
EZV BIFC 10/14/21
STREETB 10/8/21
SSTBCH 8/26/21
NUTBSH1 8/5/21
1PRITIB 7/7/21
CRZ BTH 3/23/21

| HAWK SHT<br><br>Denied | 2562 | Swearword – could be perceived as Hawk Sh*t<br><br>The vehicle is a Black 2018 Jeep Grand Cherokee | N/A | Nickname of car | ███████ | 1. Contains words, combinations and/or phrases (in any language |

6

WONSER_000319

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Similar plates reviewed:<br><br>**Denied**<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br>OH SHT 5O 12/3/20<br>POS STI 11/25/20<br>SHTN ME 11/2/20<br><br>**Approved**<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21<br>IDGAS 1/21/21<br>OH THIT 11/16/20<br>PO023 10/23/20<br>CHIZ 10/27/20 | | | | | and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000320

| | | | | | | |
|---|---|---|---|---|---|---|
| IS 3SUM<br><br>Approved | 9983 | Sexual – Could be perceived as Is a threesome<br><br>The vehicle is a Silver 2007 Lexus IS350<br><br>Similar plates reviewed:<br><br>**Denied**<br>ENDOVR 6/4/21 (on Cincinnati Bengals logo)<br>CO1TUS 4/23/21<br>C01TUS 3/3/21<br>CUM4MEE 2/22/21<br>COITUS 2/18/21<br><br>**Approved**<br>PLLOWT (Conquer Child Cancer logo) 10/12/21<br>LEGS GAP 8/23/21<br>JAG N OFF 5/18/21<br>4NICATE 4/12/21<br>I GO RAW 2/26/21 | N/A | Model of vehicle | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| SMO1 PP<br><br>Approved | 9982 | Sexual – could be perceived as Small Penis<br><br>Vehicle is a Red 2009 Volkswagen GTI<br><br>Similar plates reviewed:<br><br>**Denied**<br>DYCK 10/6/21<br>D1KF1TZ 9/15/21<br>PPBIG 8/20/21<br>SUGMA PP 8/2/21<br>4SKIN 7/26/21<br>HUNGWELL 7/15/21<br>BUDUSSY 7/6/21<br>DADY DCK 6/22/21<br>BIG COCK 6/21/21<br>LDYPRTS 6/17/21<br>SMDCK 6/14/21<br>NCE COK 6/14/21<br>DWEANIE 5/27/21 | N/A | It's the name of my dog | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

8

|  |  | PEE NIS 5/24/21<br>NUTSK 5/20/21<br>BIG D NRG 5/10/21<br>BONR DNR 4/26/21<br>DOCPUD 4/7/21<br>NO BA11S 4/6/21<br>PUSPUS 4/2/21<br>B1GPP 3/30/21<br>LIL PEEN 3/26/21<br>HUGE PP 3/24/21<br>HALF SAC 3/23/21<br>SMOLL PP 3/1/21<br>WLHUNG3 3/1/21<br>SMLLPP 1/11/21<br><br>**Approved**<br>LILPEPE 10/13/21<br>SM PNS 6/30/21<br>TEBAG 5/25/21<br>8IN OR UP 5/13/21<br>8646 5/6/21<br>DICKH 4/30/21<br>STAHRD 1/14/21<br>CHOD 12/8/20<br>MY WOODY 11/16/20<br>BIG CHUB 10/28/20 |  |  |  |  |
|---|---|---|---|---|---|---|
| DAMICK<br><br>Denied | 9982 | Derogatory – could be perceived as The Mick<br><br>Google results:<br><ul><li>Slang, extremely disparaging and offensive for person of Irish birth or decent.</li><li>Baseball star Mickey Mantel</li><li>Rock star Mick Jagger</li></ul><br>Vehicle is a Copper 2011 Toyota Rav4<br><br>Similar plates reviewed:<br><br>**Denied**<br>N3GRITA 10/5/21<br>WYT DVEL 6/1/21 | Baseball For All | The Mick | ██ ██ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment |

WONSER_000322

| | | INDNRED 6/1/21<br>SAMBO 3/11/21<br>INJUN 3/8/21<br>1 SQUAW 2/22/21<br>A SPADE 12/7/20<br><br>**Approved**<br>BLK THNG 8/18/21 | | | | | |
|---|---|---|---|---|---|---|---|

**Ruthann Collins**
**Customer Service Assistant 2**
**Bureau of Motor Vehicles**
**1970 W. Broad Street, Columbus, Ohio 43223**
**Office: 614.752.7518**
rncollins@dps.ohio.gov



WONSER_000323