**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Tuesday, October 19, 2021 10:48 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |

**Importance:**  High

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, October 19, 2021 10:43 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Tuesday, October 19, 2021 10:06 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| AMFYOYO | 9983 | Swearword | | | ███████ | 1.Contains words, combinations |

WONSER_000103

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | Adios mother f*cker you're on your own.<br><br>Similar plates reviewed:<br><br>**Denied**<br>PMFNB 10/18/21<br>2MF FAST 10/12/21<br>DMFL 78 9/29/21<br>BMFRJ1 9/27/21<br>BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21<br><br>\*\* Two other customers had the plate. One from 1/12/06 until 1/22/07. The other one from 12/20/10 through 10/14/13. There are no | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

2

WONSER_000104

| | | | | | | |
|---|---|---|---|---|---|---|
| | | <span style="color:red">records to check for complaints during that time frame.</span> | | | | |
| IBDAM<br><br><span style="color:red">Approved</span> | 9983 | Swearword<br>I be d\*mned.<br><br>This is registered to a 2012 Suzuki GSX1300R motorcycle.<br><br>Similar plates reviewed:<br><br>**Denied**<br>DAMNGNA 10/18/21<br>DAMDANI 9/3/21<br>DAMNIKI 7/27/21<br>DAMN B 5/11/21<br>DAM BISH 4/16/21<br>M SE RUPE 4/2/21<br>GAHDAM 2/19/21<br><br>**Approved**<br>DAM DADY 8/16/21<br>HOTTDAM 8/10/21<br>H DAMN 6/15/21<br>BLAK DMN 4/7/21<br>DAMFAM 4/5/21<br>DAMN GRL 2/8/21<br>DAMMMM 12/29/20 | N/A | It's a really nice bike. | ▉▉▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| MAMAZZ<br><br><span style="color:red">Approved</span> | 9982 | Swearword<br>Mama \*ss.<br><br>Similar plates reviewed:<br><br>**Denied**<br>LMAO EPA 10/4/21<br>LMAO GAS 9/30/21<br>FINE ASS 8/27/21<br>DUMBAZZ 8/23/21<br>AZZ CIKR 8/17/21 | N/A | Mom to Zac and Zoe. | ▉▉▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, |

WONSER_000105

| | | | | | |
|---|---|---|---|---|---|
| | | DEADA55 8/9/21<br>B4DASS 8/2/21<br>ZAYMTA3 7/12/21<br>BADAZ2 7/2/21<br>FKNBDAS 7/1/21<br>IETA55 6/29/21<br>LARDAZZ 6/15/21<br>1EATA55 6/14/21<br>BDAZME 6/7/21<br>BAD AZ VW 6/3/21<br>BADSAS 6/1/21<br>EJOH SSA 5/28/21<br>AZOL 1 5/24/21<br>B ASS B 5/24/21<br>KSMYGAS 5/3/21<br>NYCEAZZ 5/3/21<br>KISSAS 4/19/21<br>ZZA TA3 3/23/21<br>LAR JASS 1/13/21<br>ELOHZZA 1/12/20<br>GRBNASS 12/23/20<br>KSMYAUS 12/3/20<br>AZZ UP 11/19/20<br>TOM A55 11/9/20<br>BAD AS6 11/3/20<br><br>**Approved**<br>WFFLMAO 9/9/21<br>A55MAAN 8/4/21 (approved again after complaint.)<br>AZZ 8/3/21<br>BDAZZ66 6/28/21<br>JANASS 6/16/21<br>EPA LMAO 5/24/21<br>BA 1 DA 4/30/21<br>BA DA 4/30/21<br>BADAZR2 4/6/21<br>DRAG N AS 3/24/21<br>OFFMIAS 3/22/21<br>ASOOOUL 12/22/20<br>GODDASS 11/4/20<br>BAHONDA 11/2/20 | | | | swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000106

| MSBADB1 Approved | 4857 | Swearword Ms. Bad B*tch  Similar plates reviewed:  **Denied** 1SEXYB 10/15 BICHOTA 10/15 B1GG B 9/29/21 STRONZA 9/28/21 BIH MOVE 9/20/21 RED BTCH 8/25/21 HEYBTCH 8/19/21 BCHNTRK 8/17/21 1 BISH 8/11/21 SXY8ICH 8/4/21 WINEYB 7/29/21 SXYBICH 7/20/21 TONI BA B 7/15/21 FBGM247 7/8/21 BYE BICH 7/7/21 SIDEBIH 7/1/21 THT BIH 6/23/21 LEXY BIH 6/10/21 SKNY BCH 6/7/21 BRITBIH 6/1/21 BISH BYE 5/25/21 B ASS B 5/24/21 LEBISH 5/20/21 JMB FBGM 5/10/21 BTCH BRN 5/6/21 BITCHH 5/4/21 BIGBTCH 4/29/21 BONR DNR 4/26/21 CRZBTCH 4/26/21 1SBITCH 4/23/21 DAM BISH 4/16/21 BADBCH 4/15/21 13ITCH 4/13/21 B1TCH73 4/7/21 WHT BTCH 3/31/21 BADBICH 3/29/21 RUDE BIH 3/25/21 L8TRBCH 3/18/21 ITCH17 1/27/21 | N/A | Miss bad Bertha. | ███ █ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
|---|---|---|---|---|---|---|

WONSER_000107

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BCH 8 ONE 1/26/21<br>MVEBTCH 12/23/20<br>THSBTCH 12/21/20<br>BOS B1CH 12/8/20<br>BOSS BIH 12/7/20<br>FIATCH 11/30/20<br>BLK BIHH 11/19/20<br><br>**Approved**<br>IAMHBIC (complaint) 10/15/21<br>EZV BIFC 10/14/21<br>STREETB 10/8/21<br>SSTBCH 8/26/21<br>NUTBSH1 8/5/21<br>1PRITIB 7/7/21<br>CRZ BTH 3/23/21 | | | | |
| NOOK69<br><br>Denied | 6212 | Sexually explicit Simultaneous oral sex between two people, often referred to as 69.<br><br>This is on a 2000 GMC Sierra Classic 3500 truck.<br><br>Similar plates reviewed:<br><br>**Denied**<br>69 NICE 7/29/21<br>69LAYS 6/7/21<br>MUFF1N6 6/1/21<br>I LUV BJS 5/20/21<br>BLOW YOU 2/22/21<br>CUM4MEE 2/22/21<br>DODG SUX 1/22/21<br>SUX BALZ 12/30/20 | N/A | Name | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000108

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Approved**<br>690069 7/12/21 | | | | |
| R3DRUM1<br><br>Approved | 9983 | Lawlessness Says 1 murder backwards.<br><br>Similar plates reviewed:<br><br>**Denied**<br>KLLME 10/29/20<br>K1LL ME 10/27/20<br>AX MRDRR 10/19/20<br><br>**Approved**<br>REDRRUM 7/6/21<br>MRDERD 3/23/21<br>HIT (NRA logo) 10/26/20 | N/A | Stephen King reference. | ■■ ■ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that advocate immediate lawlessness or advocate lawless activities |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000109