**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Wednesday, October 20, 2021 10:36 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Wednesday, October 20, 2021 10:27 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, October 20, 2021 10:04 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 4K BOOBZ | 2516 | Sexually Explicit. 4,000 boobs. | | | | 1.Contains words, combinations |

PLAINTIFF'S EXHIBIT

**12**

WONSER_000110

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | Similar plates reviewed:<br><br>**Denied**<br>C TITTY 10/12/21<br>T1TTY 8/24/21<br>TIDDYS 7/27/21<br>TTZUP 7/6/21<br>BOOB135 6/25/21<br>BOOOBS 5/25/21<br>BOOBARU 5/24/21<br>OOBIE5 (Bengals logo) 5/4/21<br>TITIT 4/19/21<br>TITITIT 4/19/21<br>T1TTIES 4/15/21<br>TT SHAKR 4/12/21<br><br>**Approved**<br>TTVAGV 8/6/21<br>BEWBS 7/13/21<br>BOOBI 5/3/21<br>TT ME 4/30/21<br>ITZ TT 3/16/21 | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| F IN FAST<br><br>Approved | 2188 | Swearword F*cking fast.<br><br>This is registered to a 2015 Lexus RC F.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21 | N/A | Fast Lexus RC-F | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, |

2

| | | | | | |
|---|---|---|---|---|---|
| | | FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21 | | | | sexually explicit, or scatological (feces or excrement). |

3

WONSER_000112

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FKBTCHS 8/17/21 FN N FRL 8/12/21 GOOGLFU 8/11/21 F BOMBS 8/10/21 IKYFL 7/30/21 FKN MNT 7/27/21 MEFNOW 7/27/ BMFICON 7/26/21 FNAWSM 7/23/21 ZERO FUK 7/23/21 FAF BOII 7/21/21 FCK BIDN 7/20/21 YEE YE MF 7/20/21 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 BTFKOFF 7/16/21 MFTB 7/16/21 FK8 CTR 7/15/21 ISYMFS2 7/14/21 JMFR 7/14/21 GDYUP MF 7/7/21 OMG WTF1 7/1/21 FCKTTUN 6/28/21 NOGAF 6/28/21 F UBL 6/28/21 FKTYPER 6/25/21 VAFANGU 6/23/21 | | | | |

4

WONSER_000113

| | | | | | |
|---|---|---|---|---|---|
| | | MF CKER 6/21/21 OUT OF FX 6/21/21 EF FRTY6 6/21/21 FHRITP7 6/21/21 FBGM14 6/17/21 FU5RODA 6/16/21 FU 22159 6/15/21 FU 69 6/15/21 FVCKOFF 6/15/21 EFF YEAH 6/15/21 SFCKD 6/11/21 FAST MFR 6/10/21 FUDEM 6/7/21 GAMOTO 6/4/21 FFAUCI (OSU logo plate) 6/4/21 DAMFS 6/2/21 AYOWTF 5/28/21 FUK1T 5/27/21 FU BRYAN 5/25/21 FU CLUFF 5/25/21 EST WTF 5/21/21 FKJ 5/21/21 O WTF 5/20/21 FFSM8 5/17/21 VAFFA 5/17/21 MTNMFR 5/17/21 FAQUA 5/12/21 FOO QUE 5/12/21 USLOFKR 5/7/21 FKBLU 5/7/21 | | | |

WONSER_000114

| | | | | | |
|---|---|---|---|---|---|
| | | ISSA FK7 4/7/21 SLOW FK7 4/5/21 1FOFF 5/5/21 IMFDUP 5/4/21 PHUKKU 4/26/21 WTFOX 4/26/21 FOX THAT 3/30/21 IDGAFOX 3/26/21 IDG2F 12/14/20 **Approved** F IN CHAT 10/18/21 DRIVE TF 10/8/21 NFG 10/4/21 1 FN JEEP 9/30/21 FUGLY 8/12/21 FNBILL 8/5/21 GFSF 7/27/21 YCFWM 7/21/21 FAKA 7/19/21 1HWMF 7/16/21 FLYN F 6/29/21 ZEFKS 6/16/21 FTRAIN 6/15/21 BIG CMF 6/8/21 MR FUFF 5/27/21 KAY N FU 5/24/21 FK8 CTR 1 5/18/21 BIGMQFQ 4/12/21 NOF2G 3/8/21 F COVID 3/7/21 J MFN T 3/7/21 | | | | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FJOHN 2/8/21<br><br>**Two other people have had the plate (4-23-09 through 11/11/10 and 9/27/13 until 4/15/17). There were no complaints. ** | | | | |
| FUBIDN<br><br>Denied | 9982 | Swearword F*ck Biden, referring to president Joe Biden.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21<br>FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21 | N/A | Random statement. | ███ ██ ██ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000116

| | | | | | |
|---|---|---|---|---|---|
| | | FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21 | | | |

8

| | | | | | |
|---|---|---|---|---|---|
| | | 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 BTFKOFF 7/16/21 MFTB 7/16/21 FK8 CTR 7/15/21 ISYMFS2 7/14/21 JMFR 7/14/21 GDYUP MF 7/7/21 OMG WTF1 7/1/21 FCKTTUN 6/28/21 NOGAF 6/28/21 F UBL 6/28/21 FKTYPER 6/25/21 VAFANGU 6/23/21 MF CKER 6/21/21 OUT OF FX 6/21/21 EF FRTY6 6/21/21 FHRITP7 6/21/21 FBGM14 6/17/21 FU5RODA 6/16/21 FU 22159 6/15/21 FU 69 6/15/21 FVCKOFF 6/15/21 EFF YEAH 6/15/21 SFCKD 6/11/21 FAST MFR 6/10/21 FUDEM 6/7/21 | | | | |

WONSER_000118

| | | | | | |
|---|---|---|---|---|---|
| | | GAMOTO 6/4/21 FFAUCI (OSU logo plate) 6/4/21 DAMFS 6/2/21 AYOWTF 5/28/21 FUK1T 5/27/21 FU BRYAN 5/25/21 FU CLUFF 5/25/21 EST WTF 5/21/21 FKJ 5/21/21 O WTF 5/20/21 FFSM8 5/17/21 VAFFA 5/17/21 MTNMFR 5/17/21 FAQUA 5/12/21 FOO QUE 5/12/21 USLOFKR 5/7/21 FKBLU 5/7/21 ISSA FK7 4/7/21 SLOW FK7 4/5/21 1FOFF 5/5/21 IMFDUP 5/4/21 PHUKKU 4/26/21 WTFOX 4/26/21 FOX THAT 3/30/21 IDGAFOX 3/26/21 IDG2F 12/14/20

**Approved** F IN CHAT 10/18/21 DRIVE TF 10/8/21 NFG 10/4/21 | | | |

10

WONSER_000119

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 FN JEEP 9/30/21 FUGLY 8/12/21 FNBILL 8/5/21 GFSF 7/27/21 YCFWM 7/21/21 FAKA 7/19/21 1HWMF 7/16/21 FLYN F 6/29/21 ZEFKS 6/16/21 FTRAIN 6/15/21 BIG CMF 6/8/21 MR FUFF 5/27/21 KAY N FU 5/24/21 FK8 CTR 1 5/18/21 BIGMQFQ 4/12/21 NOF2G 3/8/21 F COVID 3/7/21 J MFN T 3/7/21 FJOHN 2/8/21 | | | | |
| STALKIN<br><br>Denied | 9983 | Lawlessness Stalking is behavior wherein an individual willfully and repeatedly engages in a knowing course of harassing conduct directed at another person.<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A | N/A | I'm a victim/survivor of stalking. | ■■ ■ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that advocate immediate lawlessness or advocate lawless activities |

WONSER_000120

| STLRS HO | 8311 | Sexually explicit. Hoe is slang for prostitute. | N/A | Steelers happy ho ho ho. | ████ ████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
|---|---|---|---|---|---|---|
| Denied | | Similar plates reviewed: **Denied** JOE N HOE 9/21/21 PYTHOE 9/20/21 STANGHO 9/20/21 HITMEHO 9/14/20 OH HI HO 8/31/21 OH HI HOE 8/17/21 350 HO 8/16/21 SLOHO 8/16/21 THOTBOX 8/9/21 HEY HO 6/14/21 SIXHOE 6/11/21 HARLOT 5/26/21 BROHO 5/12/21 BUFAHOE 5/11/21 ASHAWO 5/6/21 C PIMPIN 4/9/21 HOOOKER 4/2/21 HOE 1 3/30/21 BTS N HOS 3/23/21 HO DOZER 1/14/21 IRUNHOS 12/24/20 **Approved** | | | | |

12

| | | BRAH O 5/25/21 (won appeal) DAVE HO 5/7/21 RAMAH03 3/8/21 HOEZ MAD 12/31/20 | | | | |
|---|---|---|---|---|---|---|

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000122