## Payne, Jeffrey

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Friday, October 22, 2021 10:09 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, October 22, 2021 10:07 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Friday, October 22, 2021 10:04 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BDAS2 | 9983 | Swearword Bad *ss, too. | | | ███████ █ | 1.Contains words, combinations |

WONSER_000134

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | This is registered to a 2021 BMW X5 Sport Utility<br><br>Similar plates reviewed:<br><br>**Denied**<br>MSBADB1<br>10/19/21<br>LMAO EPA<br>10/4/21<br>LMAO GAS<br>9/30/21<br>FINE ASS<br>8/27/21<br>DUMBAZZ<br>8/23/21<br>AZZ CIKR<br>8/17/21<br>DEADA55<br>8/9/21<br>B4DASS<br>8/2/21<br>ZAYMTA3<br>7/12/21<br>BADAZ2<br>7/2/21<br>FKNBDAS<br>7/1/21<br>IETA55<br>6/29/21<br>LARDAZZ<br>6/15/21<br>1EATA55<br>6/14/21<br>BDAZME<br>6/7/21<br>BAD AZ VW<br>6/3/21<br>BADSAS<br>6/1/21<br>EJOH SSA<br>5/28/21<br>AZOL 1<br>5/24/21<br>B ASS B<br>5/24/21<br>KSMYGAS<br>5/3/21 | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000135

| | | | | | |
|---|---|---|---|---|---|
| | | NYCEAZZ 5/3/21<br>KISSAS 4/19/21<br>ZZA TA3 3/23/21<br>LAR JASS 1/13/21<br>ELOHZZA 1/12/20<br>GRBNASS 12/23/20<br>KSMYAUS 12/3/20<br>AZZ UP 11/19/20<br>TOM A55 11/9/20<br>BAD AS6 11/3/20<br><br>**Approved**<br>WFFLMAO 9/9/21<br>A55MAAN 8/4/21 (approved again after complaint.)<br>AZZ 8/3/21<br>BDAZZ66 6/28/21<br>JANASS 6/16/21<br>EPA LMAO 5/24/21<br>BA 1 DA 4/30/21<br>BA DA 4/30/21<br>BADAZR2 4/6/21<br>DRAG N AS 3/24/21<br>OFFMIAS 3/22/21<br>ASOOOUL 12/22/20<br>GODDASS 11/4/20 | | | | |

3

WONSER_000136

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BAHONDA 11/2/20 | | | | |
| BECHPLZ  Approved | 9983 | Swearword B*tch, please. It could be beach, please.  Similar plates reviewed:  **Denied** 1SEXYB 10/15 BICHOTA 10/15 B1GG B 9/29/21 STRONZA 9/28/21 BIH MOVE 9/20/21 RED BTCH 8/25/21 HEYBTCH 8/19/21 BCHNTRK 8/17/21 1 BISH 8/11/21 SXY8ICH 8/4/21 WINEYB 7/29/21 SXYBICH 7/20/21 TONI BA B 7/15/21 FBGM247 7/8/21 BYE BICH 7/7/21 SIDEBIH 7/1/21 THT BIH 6/23/21 LEXY BIH 6/10/21 SKNY BCH 6/7/21 BRITBIH 6/1/21 | N/A | Beach please. | ▉ ▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000137

| | | | | | |
|---|---|---|---|---|---|
| | | BISH BYE<br>5/25/21<br>B ASS B<br>5/24/21<br>LEBISH<br>5/20/21<br>JMB FBGM<br>5/10/21<br>BTCH BRN<br>5/6/21<br>BITCHH<br>5/4/21<br>BIGBTCH<br>4/29/21<br>BONR DNR<br>4/26/21<br>CRZBTCH<br>4/26/21<br>1SBITCH<br>4/23/21<br>DAM BISH<br>4/16/21<br>BADBCH<br>4/15/21<br>13ITCH<br>4/13/21<br>B1TCH73<br>4/7/21<br>WHT BTCH<br>3/31/21<br>BADBICH<br>3/29/21<br>RUDE BIH<br>3/25/21<br>L8TRBCH<br>3/18/21<br>ITCH17<br>1/27/21<br>BCH 8 ONE<br>1/26/21<br>MVEBTCH<br>12/23/20<br>THSBTCH<br>12/21/20<br>BOS B1CH<br>12/8/20<br>BOSS BIH<br>12/7/20<br>FIATCH<br>11/30/20 | | | | |

WONSER_000138

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BLK BIHH 11/19/20<br><br>**Approved**<br>MSBADB1 10/19/21<br>IAMHBIC (complaint) 10/15/21<br>EZV BIFC 10/14/21<br>STREETB 10/8/21<br>SSTBCH 8/26/21<br>NUTBSH1 8/5/21<br>1PRITIB 7/7/21<br>CRZ BTH 3/23/21 | | | | |
| FURB<br><br>Denied | 1814 | Swearword<br><br>According to Urban: "F*ck you right back." 248 up 91 down.<br>It is also a song by Frankee.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FUBIDN 10/20/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21<br>FKN NUTZ 10/12/21<br>FJBIDN 10/5/21 | Kent State University | Nickname | ███████<br>█ █ █ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000139

| | | | | | |
|---|---|---|---|---|---|
| | | FJOBDN 10/5/21 MFCEO 98 10/5/21 FAFO 21 10/1/21 FU ALS 10/1/21 FU CNCR 9/2921 FJBIDEN 9/29/21 AFNZUS 9/28/21 FKU JOE 9/17/21 EFFNJOE 9/15/21 F12UZB 9/15/21 FVCK AMG 9/14/21 F BIDN 9/13/21 FCKUOM 9/8/21 PHAHQ U 9/3/21 46 FU 9/3/21 FAHQ734 8/31/21 FKTY FUK 8/31/21 FQISIS 8/30/21 FKGA 8/27/21 HWMF 11 8/2721 FCKOFF 8/23/21 EFGASS 8/23/21 P FKN R 8/20/21 AWFUKIT 8/18/21 FAK U MNY 8/17/21 FKBTCHS 8/17/21 | | | | |

WONSER_000140

| | | | | | |
|---|---|---|---|---|---|
| | | FN N FRL 8/12/21 GOOGLFU 8/11/21 F BOMBS 8/10/21 IKYFL 7/30/21 FKN MNT 7/27/21 MEFNOW 7/27/ BMFICON 7/26/21 FNAWSM 7/23/21 ZERO FUK 7/23/21 FAF BOII 7/21/21 FCK BIDN 7/20/21 YEE YE MF 7/20/21 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 BTFKOFF 7/16/21 MFTB 7/16/21 FK8 CTR 7/15/21 ISYMFS2 7/14/21 JMFR 7/14/21 GDYUP MF 7/7/21 OMG WTF1 7/1/21 FCKTTUN 6/28/21 NOGAF 6/28/21 F UBL 6/28/21 FKTYPER 6/25/21 VAFANGU 6/23/21 | | | |

8

| | | | | | |
|---|---|---|---|---|---|
| | | MF CKER 6/21/21 OUT OF FX 6/21/21 EF FRTY6 6/21/21 FHRITP7 6/21/21 FBGM14 6/17/21 FU5RODA 6/16/21 FU 22159 6/15/21 FU 69 6/15/21 FVCKOFF 6/15/21 EFF YEAH 6/15/21 SFCKD 6/11/21 FAST MFR 6/10/21 FUDEM 6/7/21 GAMOTO 6/4/21 FFAUCI (OSU logo plate) 6/4/21 DAMFS 6/2/21 AYOWTF 5/28/21 FUK1T 5/27/21 FU BRYAN 5/25/21 FU CLUFF 5/25/21 EST WTF 5/21/21 FKJ 5/21/21 O WTF 5/20/21 FFSM8 5/17/21 VAFFA 5/17/21 MTNMFR 5/17/21 | | | | |

9

WONSER_000142

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FAQUA 5/12/21 FOO QUE 5/12/21 USLOFKR 5/7/21 FKBLU 5/7/21 ISSA FK7 4/7/21 SLOW FK7 4/5/21 1FOFF 5/5/21 IMFDUP 5/4/21 PHUKKU 4/26/21 WTFOX 4/26/21 FOX THAT 3/30/21 IDGAFOX 3/26/21 IDG2F 12/14/20 <br><br>**Approved** F IN FAST 10/20/21 F IN CHAT 10/18/21 DRIVE TF 10/8/21 NFG 10/4/21 1 FN JEEP 9/30/21 FUGLY 8/12/21 FNBILL 8/5/21 GFSF 7/27/21 YCFWM 7/21/21 FAKA 7/19/21 1HWMF 7/16/21 FLYN F 6/29/21 ZEFKS 6/16/21 FTRAIN 6/15/21 | | | | | |

WONSER_000143

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21<br><br><span style="color:red">**Another customer had the plate from 7/12/15 through 9/16/19. There was no logo on that plate. The last name for that customer was Furbee. There were no compalints.</span> | | | | |
| LOLFJB<br><br><span style="color:red">Denied</span> | 9982 | Swearword Laugh out loud, f*ck Joe Biden.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FUBIDN 10/20/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21 | One Nation Under God | Laugh out loud first Jeep bought. Inside joke with friends for my first Jeep. | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

11

| | | | | | |
|---|---|---|---|---|---|
| | | FKN NUTZ 10/12/21 FJBIDN 10/5/21 FJOBDN 10/5/21 MFCEO 98 10/5/21 FAFO 21 10/1/21 FU ALS 10/1/21 FU CNCR 9/2921 FJBIDEN 9/29/21 AFNZUS 9/28/21 FKU JOE 9/17/21 EFFNJOE 9/15/21 F12UZB 9/15/21 FVCK AMG 9/14/21 F BIDN 9/13/21 FCKUOM 9/8/21 PHAHQ U 9/3/21 46 FU 9/3/21 FAHQ734 8/31/21 FKTY FUK 8/31/21 FQISIS 8/30/21 FKGA 8/27/21 HWMF 11 8/2721 FCKOFF 8/23/21 EFGASS 8/23/21 P FKN R 8/20/21 AWFUKIT 8/18/21 | | | | |

12

WONSER_000145

| | | FAK U MNY 8/17/21 FKBTCHS 8/17/21 FN N FRL 8/12/21 GOOGLFU 8/11/21 F BOMBS 8/10/21 IKYFL 7/30/21 FKN MNT 7/27/21 MEFNOW 7/27/ BMFICON 7/26/21 FNAWSM 7/23/21 ZERO FUK 7/23/21 FAF BOII 7/21/21 FCK BIDN 7/20/21 YEE YE MF 7/20/21 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 BTFKOFF 7/16/21 MFTB 7/16/21 FK8 CTR 7/15/21 ISYMFS2 7/14/21 JMFR 7/14/21 GDYUP MF 7/7/21 OMG WTF1 7/1/21 FCKTTUN 6/28/21 NOGAF 6/28/21 F UBL 6/28/21 | | | | |
|---|---|---|---|---|---|---|

13

WONSER_000146

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FKTYPER 6/25/21 VAFANGU 6/23/21 MF CKER 6/21/21 OUT OF FX 6/21/21 EF FRTY6 6/21/21 FHRITP7 6/21/21 FBGM14 6/17/21 FU5RODA 6/16/21 FU 22159 6/15/21 FU 69 6/15/21 FVCKOFF 6/15/21 EFF YEAH 6/15/21 SFCKD 6/11/21 FAST MFR 6/10/21 FUDEM 6/7/21 GAMOTO 6/4/21 FFAUCI (OSU logo plate) 6/4/21 DAMFS 6/2/21 AYOWTF 5/28/21 FUK1T 5/27/21 FU BRYAN 5/25/21 FU CLUFF 5/25/21 EST WTF 5/21/21 FKJ 5/21/21 O WTF 5/20/21 FFSM8 5/17/21 | | | | |

14

WONSER_000147

| | | | | | |
|---|---|---|---|---|---|
| | | VAFFA 5/17/21 MTNMFR 5/17/21 FAQUA 5/12/21 FOO QUE 5/12/21 USLOFKR 5/7/21 FKBLU 5/7/21 ISSA FK7 4/7/21 SLOW FK7 4/5/21 1FOFF 5/5/21 IMFDUP 5/4/21 PHUKKU 4/26/21 WTFOX 4/26/21 FOX THAT 3/30/21 IDGAFOX 3/26/21 IDG2F 12/14/20 <br><br>**Approved** F IN FAST 10/20/21 F IN CHAT 10/18/21 DRIVE TF 10/8/21 NFG 10/4/21 1 FN JEEP 9/30/21 FUGLY 8/12/21 FNBILL 8/5/21 GFSF 7/27/21 YCFWM 7/21/21 FAKA 7/19/21 1HWMF 7/16/21 FLYN F 6/29/21 | | | |

15

WONSER_000148

| | | | | | |
|---|---|---|---|---|---|
| | ZEFKS 6/16/21 FTRAIN 6/15/21 BIG CMF 6/8/21 MR FUFF 5/27/21 KAY N FU 5/24/21 FK8 CTR 1 5/18/21 BIGMQFQ 4/12/21 NOF2G 3/8/21 F COVID 3/7/21 J MFN T 3/7/21 FJOHN 2/8/21 | | | | |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000149