## Payne, Jeffrey

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Thursday, October 28, 2021 9:47 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Thursday, October 28, 2021 9:43 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Thursday, October 28, 2021 9:26 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| CHINGO<br><br>Denied | 2577 | Swearword – could be perceived as sh*t in Spanish<br><br>The vehicle is a Red 1995 GMC Sierra<br><br>Similar plates reviewed:<br><br>**Denied**<br>SCHITS 9/2█<br>PTNRSHT 8█ | N/A | My sons nickname | ███████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT 15

WONSER_000359

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br>OH SHT 5O 12/3/20<br>POS STI 11/25/20<br>SHTN ME 11/2/20<br><br>**Approved**<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21<br>IDGAS 1/21/21<br>OH THIT 11/16/20 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| XXX JEEP<br><br>Denied | 2521 | Sexual – XXX could be perceived as relating to or denoting pornography of an explicit or extreme nature.<br><br>XXX is an American spy fiction action film series. | N/A | Triple X like the movie | | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

WONSER_000360

| | | The vehicle is a Black 2019 Jeep Renegade<br><br>Similar plates reviewed:<br><br>**Denied**<br>MCXXX 6/29/21<br>LXXX3 4/12/21<br>XXXMS 3/24/21<br>TRIPLE X 2/8/21<br>SMK5XXX 1/26/21<br>UFO XXX 1/4/21<br><br>**Approved**<br>BOXXX 5/13/21<br>ALEXXX 1/15/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| --- | --- | --- | --- | --- | --- | --- |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov



WONSER_000361