## Payne, Jeffrey

**From:** Collins, Ruthann
**Sent:** Tuesday, November 9, 2021 10:34 AM
**To:** Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin
**Subject:** FW: Invalid and Inappropriate Plates

**Importance:** High

---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, November 9, 2021 10:24 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

---

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Tuesday, November 9, 2021 10:05 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| AF SIDNY<br><br>Denied | 7502 | Swearword – As F*ck Sidney<br><br>Anytime fitness is a gym with many locations<br><br>The vehicle is a Dark Blue 2008 Toyota Tundra<br><br>Similar plates reviewed: | N/A | Anytime fitness Sidney | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT

**17**

WONSER_000374

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br>HUMBLAF 12/2/20<br>FA OIHO 11/30/20<br>CAMD AF 11/16/20<br>922 AF 11/12/20<br><br>**Approved** | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000375

| | | | | | | |
|---|---|---|---|---|---|---|
| | | AF BEAST 11/19/20 | | | | |
| FUKNLOW<br><br>Denied | 9983 | Swearword - F*ckin low<br><br>The vehicle is a Black 1993 Mazda B-Series pickup<br><br>Similar plates reviewed:<br><br>**Denied**<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FUBIDN 10/20/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21<br>FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15*21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21 | N/A | For us knowing nothing lessens our wealth | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

3

WONSER_000376

| | | | | | | |
|---|---|---|---|---|---|---|
| | | GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo<br>plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21 | | | | |

WONSER_000377

| | | | | | | |
|---|---|---|---|---|---|---|
| | | VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| MASC AF<br><br>Denied | 9983 | Swearword –<br>Masculine As F*ck<br><br>The vehicle is a White<br>2019 Toyota Corolla<br><br>Similar plates<br>reviewed:<br><br>**Denied**<br>MSAF 10 10/12/21 | N/A | Masculine Air<br>Force | ███ | 1.Contains<br>words,<br>combinations<br>and/or<br>phrases (in<br>any<br>language<br>and when<br>read either<br>frontward or<br>backwards) |

WONSER_000378

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br>HUMBLAF 12/2/20<br>FA OIHO 11/30/20<br>CAMD AF 11/16/20<br>922 AF 11/12/20<br><br>**Approved**<br>AF BEAST 11/19/20 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| WHT R1CE | 5754 | Derogatory | N/A | Car is white | ███████ | 2.Contains words, |

WONSER_000379

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | Rice/ricer is a derogatory term for Asians.<br><br>The vehicle is a White 2013 Hyundai Veloster<br><br>Similar plates reviewed:<br><br>**Denied**<br>RYCEBOX 11/4/21<br>RCEBRNR 5/26/21<br>RICEEE 5/20/21<br>RICE BRN 4/14/21<br>R1CECAR 4/7/21<br><br>**Approved**<br>RIC3BOX 1/19/21 | | | | combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment |
| DAMNMA<br><br>Denied | 9982 | Swearword – D*mn Ma<br><br>The vehicle is a Gray 2016 Audi Q3<br><br>Similar plates reviewed:<br><br>**Denied**<br>DAMNGNA 10/18/21<br>DAMDANI 9/3/21<br>DAMNIKI 7/27/21<br>DAMN B 5/11/21<br>DAM BISH 4/16/21<br>M SE RUPE 4/2/21<br>GAHDAM 2/19/21<br><br>**Approved**<br>DAM DADY 8/16/21<br>HOTTDAM 8/10/21<br>H DAMN 6/15/21<br>BLAK DMN 4/7/21<br>DAMFAM 4/5/21<br>DAMN GRL 2/8/21<br>DAMMMM 12/29/20 | Cardinal Plate | What my grandkids call me | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| GETPKD | 2508 | Sexual – could be perceived as Get Poked | Zero End of Prostate | Prostate Awareness | ██████ | 1.Contains words, combinations |

WONSER_000380

| Denied | | The vehicle is a Maroon 2009 Chevrolet Colorado<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

**Ruthann Collins**
**Customer Service Assistant 2**
**Bureau of Motor Vehicles**
**1970 W. Broad Street, Columbus, Ohio 43223**
**Office: 614.752.7518**
**rncollins@dps.ohio.gov**



WONSER_000381