## Payne, Jeffrey

**From:**      Collins, Ruthann
**Sent:**      Friday, November 12, 2021 10:27 AM
**To:**        Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin
**Subject:**   FW: Invalid and Inappropriate Plates

**Importance:**    High

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, November 12, 2021 10:01 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Friday, November 12, 2021 9:52 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 1 JAFO<br><br>Denied | 9983 | Swearword – could be perceived as Just Another F*ckin' Observer (120 Up in Urban Dictionary)<br><br>Google result: An acronym used in the film, "JAFO", meaning Just another f*cking observer is police community ja... | N/A | Just another factory occupationalist | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT

18

WONSER_000382

| | | | | | | |
|---|---|---|---|---|---|---|
| | | is mention repeatedly in the film.<br><br>The vehicle is a Silver 2017 Chevrolet Equinox<br><br>Similar plates reviewed:<br><br>**Denied**<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FUBIDN 10/20/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21<br>FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

2

WONSER_000383

| | | |
|---|---|---|
| | | FN N FRL 8/12/21 |
| | | GOOGLFU 8/11/21 |
| | | F BOMBS 8/10/21 |
| | | IKYFL 7/30/21 |
| | | FKN MNT 7/27/21 |
| | | MEFNOW 7/27/ |
| | | BMFICON 7/26/21 |
| | | FNAWSM 7/23/21 |
| | | ZERO FUK 7/23/21 |
| | | FAF BOII 7/21/21 |
| | | FCK BIDN 7/20/21 |
| | | YEE YE MF 7/20/21 |
| | | 1MFMG 7/20/21 |
| | | MFWUT 7/20/21 |
| | | BADD MF 7/19/21 |
| | | BTFKOFF 7/16/21 |
| | | MFTB 7/16/21 |
| | | FK8 CTR 7/15/21 |
| | | ISYMFS2 7/14/21 |
| | | JMFR 7/14/21 |
| | | GDYUP MF 7/7/21 |
| | | OMG WTF1 7/1/21 |
| | | FCKTTUN 6/28/21 |
| | | NOGAF 6/28/21 |
| | | F UBL 6/28/21 |
| | | FKTYPER 6/25/21 |
| | | VAFANGU 6/23/21 |
| | | MF CKER 6/21/21 |
| | | OUT OF FX 6/21/21 |
| | | EF FRTY6 6/21/21 |
| | | FHRITP7 6/21/21 |
| | | FBGM14 6/17/21 |
| | | FU5RODA 6/16/21 |
| | | FU 22159 6/15/21 |
| | | FU 69 6/15/21 |
| | | FVCKOFF 6/15/21 |
| | | EFF YEAH 6/15/21 |
| | | SFCKD 6/11/21 |
| | | FAST MFR 6/10/21 |
| | | FUDEM 6/7/21 |
| | | GAMOTO 6/4/21 |
| | | FFAUCI (OSU logo plate) 6/4/21 |
| | | DAMFS 6/2/21 |
| | | AYOWTF 5/28/21 |
| | | FUK1T 5/27/21 |
| | | FU BRYAN 5/25/21 |
| | | FU CLUFF 5/25/21 |
| | | EST WTF 5/21/21 |
| | | FKJ 5/21/21 |
| | | O WTF 5/20/21 |

WONSER_000384

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| 1BADAC8<br><br>Approved | 9982 | Swearword – could be perceived as 1 bad *ss C8<br><br>The vehicle is a Blue 2017 Chevrolet Corvette<br><br>Similar plates reviewed: | N/A | Name of car | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or |

WONSER_000385

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>BDAS2 10/22/21<br>B4DASS 8/2/21<br>BADAZ2 7/2/21<br>FKNBDAS 7/1/21<br>BDAZME 6/7/21<br>BAD AZ VW 6/3/21<br>BADSAS 6/1/21<br>B ASS B 5/24/21<br><br>**Approved**<br>BDAZZ66 6/28/21<br>BA 1 DA 4/30/21<br>BA DA 4/30/21<br>BADAZR2 4/6/21 | | | | backwards)<br>that are<br>profane (that<br>is,<br>swearwords<br>and<br>expletives),<br>obscene,<br>sexually<br>explicit, or<br>scatological<br>(feces or<br>excrement). |
| KILLERZ<br><br>Denied | 9983 | Lawlessness – could be perceived as Killers<br><br>The Killers is also a rock band<br><br>The vehicle is a Blue 2017 Chevrolet Corvette<br><br>Similar plates reviewed:<br><br>**Denied**<br>DRUG DLR 5/12/21<br>KILLER50 4/21/21<br>COCAINA 4/7/21<br>KRWD KLR 1/4/21<br><br>**Approved**<br>K111ABF 6/17/21<br>1B STLN 6/1/21<br>NSXTASY 4/14/21<br>METHLAB 1/11/21 | N/A | Just for fun | ■■■■ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment |
| P1STOFF<br><br>Approved | 7502 | Could be perceived as Pissed Off<br><br>The vehicle is a Red 2009 Pontiac G8<br><br>Similar plates reviewed:<br><br>**Denied**<br>PSSPSS 5/28/21 | N/A | It's a thing with people with piston powered engines and turbine engines. Meaning no pistons | ■■■■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

WONSER_000386

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NEED 2 P 5/3/21<br>IGOTZ2P 4/6/21<br>PUSPUS 4/2/21<br><br>**Approved**<br>PISSA 8/13/21<br>WFE PSED 6/14/21<br>PEEE 6/9/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| SIKH AF<br><br>Denied | 9983 | Swearword – could be perceived as Sikh As F*ck<br><br>The vehicle is a Black 2017 BMW 330E<br><br>Similar plates reviewed:<br><br>**Denied**<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21 | N/A | Sikh is the name of my religion. The initials A. F. are of one of my gurus from my temple. | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

6

WONSER_000387

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br>HUMBLAF 12/2/20<br>FA OIHO 11/30/20<br>CAMD AF 11/16/20<br>922 AF 11/12/20<br><br>**Approved**<br>AF BEAST 11/19/20 | | | | |
| FJB 4<br><br>Denied, not the owners initials | 9982 | Swearword – could be perceived as F*ck Joe Biden<br><br>The vehicle is a Gray 2014 Nissan Pathfinder<br><br>Similar plates reviewed:<br><br>**Denied**<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21 | Ohio State Univ | Fuse junction box | ████ █ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000388

| | | EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>N/A | | | | |

**Ruthann Collins**
**Customer Service Assistant 2**
**Bureau of Motor Vehicles**
**1970 W. Broad Street, Columbus, Ohio 43223**
**Office: 614.752.7518**
rncollins@dps.ohio.gov



WONSER_000389