**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Friday, December 3, 2021 10:11 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Green, Sarah; Hunter, Kevin; Keathley, Pamela; Lohr, Janet; Monst, Allie; Riggins, Devon; Simkins, Julie; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| | |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, December 3, 2021 10:10 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Friday, December 3, 2021 9:ee56 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| KNATZ1 <br> There were 2 customer complaints. | 0601 | Derogatory It sounds like the word Nazi. | N/A | Last name. | ███ | 2.Contains words, combinations and/or phrases (in any |

PLAINTIFF'S EXHIBIT 19

| | | | | | | |
|---|---|---|---|---|---|---|
| Approved | | There were 2 complaints via PTS.<br>1.I saw a black Ford with the Ohio personalized plate that read: KNATZ1 in the Kohl's parking lot in St. Mary, Ohio. How was this approved? It's very derogatory toward Jewish people and i thought this wasn't allowed.<br><br>2. I would like to report an offensive license plate registered in Auglaize County. The plate reads KNATZ1. This is a Nazi reference and should not be permitted on a license plate. **The customer has had the plate since 1/24/20. There were no complaints.**<br><br>Customer also has the plate KNATZ. There were no complaints on that plate.<br><br>Similar plates reviewed:<br><br>**Denied** | | | | language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |

2

WONSER_000212

| | | | | | | |
|---|---|---|---|---|---|---|
| | | N3GRITA 10/5/21 WYT DVEL 6/1/21 INDNRED 6/1/21 SAMBO 3/11/21 INJUN 3/8/21 1 SQUAW 2/22/21 A SPADE 12/7/20 **Approved** DAMICK (after appeal). 10/27/21 BLK THNG 8/18/21 SMAD (Superman logo) 1/19/21 | | | | |
| OMW2UBH Denied | 1423 | Sexually explicit. On my way to your b*tch's house Similar plates reviewed: **Denied** GO N2 FUB 11/18/21 OMWTFYW 10/6/21 OMWTYBH 6/21/21 MW2FYG 3/31/21 OMW2FTW 3/3/21 OMW 2 YBC 12/8/20 **Approved** OMW2H3L 3/4/21 OMW2FSH 2/22/21 | N/A | On my way to my brother's house. | ██████ ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| PPEVENT | 7750 | Sexually Explicit. | N/A | Event of party, she | ██████ | 1.Contains words, |

WONSER_000213

| | | | | | |
|---|---|---|---|---|---|
| Denied | | PP is slang for male genitalia.<br><br>Similar plates reviewed:<br><br>**Denied**<br>SMO1 PP 10/15/21<br>DYCK 10/6/21<br>D1KF1TZ 9/15/21<br>PPBIG 8/20/21<br>SUGMA PP 8/2/21<br>4SKIN 7/26/21<br>HUNGWELL 7/15/21<br>BUDUSSY 7/6/21<br>DADY DCK 6/22/21<br>BIG COCK 6/21/21<br>LDYPRTS 6/17/21<br>SMDCK 6/14/21<br>NCE COK 6/14/21<br>DWEANIE 5/27/21<br>PEE NIS 5/24/21<br>NUTSK 5/20/21<br>BIG D NRG 5/10/21<br>BONR DNR 4/26/21<br>DOCPUD 4/7/21<br>NO BA11S 4/6/21<br>PUSPUS 4/2/21<br>B1GPP 3/30/21<br>LIL PEEN 3/26/21<br>HUGE PP 3/24/21<br>HALF SAC 3/23/21<br>SMOLL PP 3/1/21 | | said it means. | | combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

4

WONSER_000214

| | | | | | | |
|---|---|---|---|---|---|---|
| | | WLHUNG3 3/1/21 SMLLPP 1/11/21 <br><br>**Approved** LILPEPE 10/13/21 SM PNS 6/30/21 TEBAG 5/25/21 8IN OR UP 5/13/21 8646 5/6/21 DICKH 4/30/21 STAHRD 1/14/21 CHOD 12/8/20 | | | | |
| SGNWGON <br><br>*Approved* | 3410 | Sexually explicit. Shagging wagon. <br><br>This is registered to a 2010 Dodge Grand Caravan SE. <br><br>Similar plates reviewed: <br><br>**Denied** SHAG SW 11/4/21 SHG WGN 7/8/21 SHAGN 6/22/21 PSY WAGN 4/14/21 DR SHAG 3/22/21 BUGG3R 1/13/21 <br><br>**Approved** N/A | N/A | Station wagon. | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| PSYLVR <br><br>*Denied* | 9983 | Sexually explicit P*ssy lover. <br><br>Similar plates reviewed: | Cat Friendly | I have 19 cats, I love them. | ██████ | 1.Contains words, combinations and/or phrases (in any language and |

WONSER_000215

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>PSYGUY<br>11/22/21<br>SL4YER<br>10/21/21<br>PSYWHIP<br>10/8/21<br>PSSY PWR<br>9/21/21<br>TWT WFFL<br>4/5/21<br>PUSPUS 4/2/21<br>WAP BOX<br>1/15/21<br><br>**Approved**<br>BVR HSZN<br>11/30/21<br>I CU COMN<br>2/9/21 | | | | when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000216