**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Tuesday, December 14, 2021 10:34 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, December 14, 2021 10:25 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Tuesday, December 14, 2021 9:59 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 5HTRFU1 | 2159 | Scatological Shitter's full fr the movie, | | ily | ▆▆▆ | 1.Contains words, combinations |

PLAINTIFF'S EXHIBIT 21

WONSER_000226

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | "National Lampoon's Christmas Vacation".<br><br>Similar plates reviewed:<br><br>**Denied**<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21 | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000227

| | | | | | | |
|---|---|---|---|---|---|---|
| | | GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br><br>**Approved**<br>SHTCOIN 11/22/21<br>MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21<br>IDGAS 1/21/21 | | | | |
| HARD AF<br><br><span style="color:red">Denied</span> | 9982 | Sexually Explicit Hard as f*ck.<br><br>Similar plates reviewed:<br><br>**Denied**<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21 | N/A | Last Name and initials of my son who passed away. | Auto Tech<br><br>(According to the Secretary of State website, the Registered Agent is ██████████ ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br><br>**Approved**<br>N/A | | | | |
| HOEE SIT<br><br>Approved | 4510 | Swearword Play on words for holy sh*t. | N/A | Wow. | ███████ | 1.Contains words, combinations and/or |

WONSER_000229

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Similar plates reviewed:<br><br>**Denied**<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br><br>**Approved** | | | | phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000230

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SHTCOIN 11/22/21<br>MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21<br>IDGAS 1/21/21 | | | | |
| XXXTRA<br><span style="color:red">Approved</span> | 7902 | Sexually Explicit XXX is the movie rating for pornography.<br><br>Similar plates reviewed:<br><br>**Denied**<br>XXX JEEP 10/28/21<br>MCXXX 6/29/21<br>LXXX3 4/12/21<br>XXXMS 3/24/21<br>TRIPLE X 2/8/21<br>SMK5XXX 1/26/21<br>UFO XXX 1/4/21<br><br>**Approved**<br>BOXXX 5/13/21<br>ALEXXX 1/15/21<br><br><span style="color:red">**Another customer had the plate from 11/21/07 until 11/04/13. Cannot access the complaint file from that time period.**</span> | N/A | Extra | ▉ ▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

6

WONSER_000231

| COOTRS<br><br>Approved | 9983 | Sexually explicit. According to Urban, Cooter is slang for vagina. 5570 up 1109 down.<br><br>Cooter is also any of several freshwater turtles especially of the southern and eastern U.S.<br><br>Cooter is also a character on the Dukes of Hazzard, tv show.<br><br>There is a Facebook account for **Cooters Offroad Adventures**. In Vinton county.<br><br>Similar plates reviewed:<br><br>**Denied**<br>MUFD1VR 7/16/21<br>69LAYS 6/7/21<br>MUFF1N6 6/1/21<br>I LUV BJS 5/20/21<br>BLOW YOU 2/22/21<br>CUM4MEE 2/22/21<br>DODG SUX 1/22/21<br>SUX BALZ 12/30/20<br><br>**Approved**<br>DOONIE 9/22/21<br>LEGS GAP 8/23/21<br>JAG N OFF 5/18/21<br>4NICATE 4/12/21 | Ohio Battle Flag | I have an off road group called Cooters Offroad Adventures. | ███ █ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000232

| | | I GO RAW 2/26/21 | | | | |
|---|---|---|---|---|---|---|

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000233