**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Wednesday, December 15, 2021 9:42 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



---

**From:** Monst, Allie <ammonst@dps.ohio.gov>
**Sent:** Wednesday, December 15, 2021 9:41 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates

See below in red.

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, December 15, 2021 9:37 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BP BP BCH <br> Denied | 9982 | Swearword Beep, beep b*tch. | N/A | Beep, beep. | ████████ | 1.Contains words, combinations and/or phrases |

PLAINTIFF'S EXHIBIT 22

WONSER_000234

| | | | | | |
|---|---|---|---|---|---|
| | | Similar plates reviewed:<br><br>**Denied**<br>TAENA MO 12/9/21<br>THSBICH 12/7/21<br>B1CHOTA 11/29/21<br>80S BTCH 11/23/21<br>BEE OCH 11/19/21<br>YABISHH 11/18/21<br>MOOVBCH 11/4/21<br>LILBCH 11/2/21<br>S3XYBCH 10/27/21<br>1SEXYB 10/15/21<br>BICHOTA 10/15/21<br>B1GG B 9/29/21<br>STRONZA 9/28/21<br>BIH MOVE 9/20/21<br>RED BTCH 8/25/21<br>HEYBTCH 8/19/21<br>BCHNTRK 8/17/21<br>1 BISH 8/11/21<br>SXY8ICH 8/4/21<br>WINEYB 7/29/21<br>SXYBICH 7/20/21<br>TONI BA B 7/15/21<br>FBGM247 7/8/21<br>BYE BICH 7/7/21 | | | | (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

2

WONSER_000235

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SIDEBIH 7/1/21 THT BIH 6/23/21 LEXY BIH 6/10/21 SKNY BCH 6/7/21 BRITBIH 6/1/21 BISH BYE 5/25/21 B ASS B 5/24/21 LEBISH 5/20/21 JMB FBGM 5/10/21 BTCH BRN 5/6/21 BITCHH 5/4/21 BIGBTCH 4/29/21 BONR DNR 4/26/21 CRZBTCH 4/26/21 1SBITCH 4/23/21 DAM BISH 4/16/21 BADBCH 4/15/21 13ITCH 4/13/21 B1TCH73 4/7/21 WHT BTCH 3/31/21 BADBICH 3/29/21 RUDE BIH 3/25/21 L8TRBCH 3/18/21 ITCH17 1/27/21 BCH 8 ONE 1/26/21 MVEBTCH 12/23/20 | | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | THSBTCH 12/21/20<br><br>**Approved**<br>EZV BIFC 10/14/21<br>STREETB 10/8/21<br>SSTBCH 8/26/21<br>NUTBSH1 8/5/21<br>1PRITIB 7/7/21<br>CRZ BTH 3/23/21 | | | | |
| PSYSHIB <span style="color:red">Denied</span> | 1814 | Sexually explicit P\*ssy f\*cking.<br><br>According to Urban, Shib is slang for sexual contact with someone, f\*cking.<br>7 up 2 down<br><br>Similar plates reviewed:<br><br>**Denied**<br>PSYGUY 11/22/21<br>SL4YER 10/21/21<br>PSYWHIP 10/8/21<br>PSSY PWR 9/21/21<br>TWT WFFL 4/5/21<br>PUSPUS 4/2/21<br>WAP BOX 1/15/21<br><br>**Approved**<br>BVR HSZN 11/30/21<br>I CU COMN 2/9/21 | N/A | Nickname | ■■■ ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

4

WONSER_000237

| | | | | | | |
|---|---|---|---|---|---|---|
| | | <span style="color:red">**This customer was a joint owner on this plate from 11/22/20 until 9/1/22. He is now the single owner. There were no complaints.**</span> | | | | |
| BD AF<br>Denied | 1525 | Swear word Bad as f*ck.<br><br>This is on a 2014 Harley-Davidson FLHXI.<br><br>Similar plates reviewed:<br><br>**Denied**<br>HARD AF<br>12/14/21<br>JEEP AF1<br>12/6/21<br>ARMYAF<br>11/23/21<br>VTECAF<br>11/17/21<br>SIKH AF<br>11/12/21<br>AF SIDNY<br>11/9/21<br>MSAF 10<br>10/12/21<br>FASTAFK<br>9/29/21<br>SLW ASF<br>9/27/21<br>WARD AF<br>9/24/21<br>FAST A5 F<br>9/21/21<br>LOST AF<br>8/31/21<br>MANIC AF<br>8/31/21<br>WITCH AF<br>8/30/21 | POW/MIA | Bad Air Force. | ██ █ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000238

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MEMAW AF 8/27/21 FRSHASF 8/19/21 WIDE AF 8/16/21 AMMO AF 8/13/21 MINI AF 8/12/21 PAGAN AF 8/3/21 RED AF 7/27/21 BRKE AF 7/23/21 TEAM AF 7/13/21 THICK AF 7/6/21 RN AF 7/6/21 AS FK 7/2/21 ESNTL AF 6/30/21 L8TE AF 6/30/21 NANA AF 6/29/21 HIPPE AF 6/21/21 DP AF 6/3/21 SMOOV AF 5/27/21 RICE AF 5/25/21 NURSE AF 5/21/21 TOXIC AF 5/18/21 LOW ASF 5/17/21 WHYTE AF 5/13/21 BIG AF 4/23/21 IMLTEAF 4/19/21 BALD AF 4/8/21 SGL AF 4/6/21 SWOLE AF 3/29/21 | | | | |

6

WONSER_000239

| | | | | | |
|---|---|---|---|---|---|
| | | EVLAF 3/26/21<br>FUNNY AF<br>3/15/21<br>STOCK4F<br>3/9/21<br>SOLID AF<br>1/14/21<br>BOUJE AF<br>1/11/21<br>FOXY ASF<br>1/7/20<br>VEGANAF<br>12/16/20<br><br>**Approved**<br>N/A | | | |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000240