## Payne, Jeffrey

**From:** Dean, Anne
**Sent:** Thursday, January 6, 2022 2:13 PM
**To:** Norman, Charles; Corrigan, Kathleen; Collins, Ruthann; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin
**Subject:** RE: Invalid and Inappropriate Plates

Sounds good. We will leave it as is.

Thanks,
Anne

**From:** Norman, Charles <clnorman@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 2:05 PM
**To:** Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates

If they've had it this long might as well let them keep it

**From:** Corrigan, Kathleen <KCorrigan@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 1:54 PM
**To:** Dean, Anne <amdean@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates

If I looked it up right…it was used back in 2016 as go kill yourself, but even then, not very frequently. It didn't cross my mind at all – I figured it was either a person's or college/university initials. They have had since 2019. I recommend to allow them to keep it.

**From:** Dean, Anne <amdean@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 12:30 PM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet ; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, ; Norman, Charles

PLAINTIFF'S EXHIBIT

23

_____

WONSER_001035

<[clnorman@dps.ohio.gov](mailto:clnorman@dps.ohio.gov)>; Riggins, Devon <[DRiggins@dps.ohio.gov](mailto:DRiggins@dps.ohio.gov)>; Simkins, Julie <[jasimkins@dps.ohio.gov](mailto:jasimkins@dps.ohio.gov)>; Tura, John <[jatura@dps.ohio.gov](mailto:jatura@dps.ohio.gov)>; Wehner, Ronald <[rjwehner@dps.ohio.gov](mailto:rjwehner@dps.ohio.gov)>; Wood, Kristin <[kmwood@dps.ohio.gov](mailto:kmwood@dps.ohio.gov)>
**Subject:** RE: Invalid and Inappropriate Plates

I am thinking to recall GO KYS. Thoughts anyone?

Anne

---

**From:** Collins, Ruthann <[RNCollins@dps.ohio.gov](mailto:RNCollins@dps.ohio.gov)>
**Sent:** Thursday, January 6, 2022 9:37 AM
**To:** Collins, Ruthann <[RNCollins@dps.ohio.gov](mailto:RNCollins@dps.ohio.gov)>; Corrigan, Kathleen <[KCorrigan@dps.ohio.gov](mailto:KCorrigan@dps.ohio.gov)>; Dean, Anne <[amdean@dps.ohio.gov](mailto:amdean@dps.ohio.gov)>; Ford, Winston <[wmford@dps.ohio.gov](mailto:wmford@dps.ohio.gov)>; Fragale, Robert <[rafragale@dps.ohio.gov](mailto:rafragale@dps.ohio.gov)>; Green, Sarah <[slgreen@dps.ohio.gov](mailto:slgreen@dps.ohio.gov)>; Hunter, Kevin <[kdhunter@dps.ohio.gov](mailto:kdhunter@dps.ohio.gov)>; Keathley, Pamela <[PKeathley@dps.ohio.gov](mailto:PKeathley@dps.ohio.gov)>; King, Sydney <[SKing@dps.ohio.gov](mailto:SKing@dps.ohio.gov)>; Kirk, Joseph <[jakirk@dps.ohio.gov](mailto:jakirk@dps.ohio.gov)>; Lohr, Janet <[jslohr@dps.ohio.gov](mailto:jslohr@dps.ohio.gov)>; Martin, Nathan <[nlmartin@dps.ohio.gov](mailto:nlmartin@dps.ohio.gov)>; Mayhew, J <[cmayhew@dps.ohio.gov](mailto:cmayhew@dps.ohio.gov)>; Monst, Allie <[ammonst@dps.ohio.gov](mailto:ammonst@dps.ohio.gov)>; Norman, Charles <[clnorman@dps.ohio.gov](mailto:clnorman@dps.ohio.gov)>; Riggins, Devon <[DRiggins@dps.ohio.gov](mailto:DRiggins@dps.ohio.gov)>; Simkins, Julie <[jasimkins@dps.ohio.gov](mailto:jasimkins@dps.ohio.gov)>; Tura, John <[jatura@dps.ohio.gov](mailto:jatura@dps.ohio.gov)>; Wehner, Ronald <[rjwehner@dps.ohio.gov](mailto:rjwehner@dps.ohio.gov)>; Wood, Kristin <[kmwood@dps.ohio.gov](mailto:kmwood@dps.ohio.gov)>
**Subject:** FW: Invalid and Inappropriate Plates

---

**From:** Simkins, Julie <[jasimkins@dps.ohio.gov](mailto:jasimkins@dps.ohio.gov)>
**Sent:** Thursday, January 6, 2022 9:34 AM
**To:** Collins, Ruthann <[RNCollins@dps.ohio.gov](mailto:RNCollins@dps.ohio.gov)>; Corrigan, Kathleen <[KCorrigan@dps.ohio.gov](mailto:KCorrigan@dps.ohio.gov)>; Green, Sarah <[slgreen@dps.ohio.gov](mailto:slgreen@dps.ohio.gov)>; Hunter, Kevin <[kdhunter@dps.ohio.gov](mailto:kdhunter@dps.ohio.gov)>; Keathley, Pamela <[PKeathley@dps.ohio.gov](mailto:PKeathley@dps.ohio.gov)>; Lohr, Janet <[jslohr@dps.ohio.gov](mailto:jslohr@dps.ohio.gov)>; Monst, Allie <[ammonst@dps.ohio.gov](mailto:ammonst@dps.ohio.gov)>; Riggins, Devon <[DRiggins@dps.ohio.gov](mailto:DRiggins@dps.ohio.gov)>; Wood, Kristin <[kmwood@dps.ohio.gov](mailto:kmwood@dps.ohio.gov)>
**Subject:** RE: Invalid and Inappropriate Plates

Please see below.

---

**From:** Collins, Ruthann <[RNCollins@dps.ohio.gov](mailto:RNCollins@dps.ohio.gov)>
**Sent:** Thursday, January 6, 2022 9:29 AM
**To:** Collins, Ruthann <[RNCollins@dps.ohio.gov](mailto:RNCollins@dps.ohio.gov)>; Corrigan, Kathleen <[KCorrigan@dps.ohio.gov](mailto:KCorrigan@dps.ohio.gov)>; Green, Sarah <[slgreen@dps.ohio.gov](mailto:slgreen@dps.ohio.gov)>; Hunter, Kevin <[kdhunter@dps.ohio.gov](mailto:kdhunter@dps.ohio.gov)>; Keathley, Pamela <[PKeathley@dps.ohio.gov](mailto:PKeathley@dps.ohio.gov)>; Lohr, Janet <[jslohr@dps.ohio.gov](mailto:jslohr@dps.ohio.gov)>; Monst, Allie <[ammonst@dps.ohio.gov](mailto:ammonst@dps.ohio.gov)>; Riggins, Devon <[DRiggins@dps.ohio.gov](mailto:DRiggins@dps.ohio.gov)>; Simkins, Julie <[jasimkins@dps.ohio.gov](mailto:jasimkins@dps.ohio.gov)>; Wood, Kristin <[kmwood@dps.ohio.gov](mailto:kmwood@dps.ohio.gov)>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|-------|--------|-------------------|-----------|--------------|---------------|------|
|       |        |                   |           |              |               |      |

WONSER_001036

| GO KYS  Complaint  Approve | 9982 | Complaint via chat: "General Question... I saw a vanity plate that is offensive and shocked that it has been issued. Perhaps someone didn't catch it's meaning? It says GO KYS. That means Go Kill YourSelf. Just awful. I have a family member who did."  The vehicle is a Black 2018 Kia Optima  Similar plates reviewed:  **Denied** N/A  **Approved** N/A  Customer had plate since 12/14/2019 with no complaints | N/A | My alumni. | ⬛ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |
| EAT A55  Deny | 9983 | Swearword – could be perceived as Eat *ss  The vehicle is a 2020 Honda Fit  Similar plates reviewed:  **Denied** ZZATAEI 12/30/21 IATEASS 12/6/21 I EAT 4SS 11/5/21 ZZATA31 10/29/21 I EAT A33 10/26/21 IEATAZ 10/25/21 IE4TA55 8/23/21 ZAYMTA3 7/12/21 | N/A | Nicknames | ⬛ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually |

3

WONSER_001037

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IETA55 6/29/21<br>1EATA55 6/14/21<br>ZZA TA3 3/23/21<br><br>**Approved**<br>N/A | | | | explicit, or scatological (feces or excrement). |
| MILFHTR<br><br><span style="color:red">Deny</span> | 9983 | Sexual – could be perceived as MILF Hater<br><br>The vehicle is a Silver 2001 Chevrolet Camaro<br><br>Similar plates reviewed:<br><br>**Denied**<br>SXYMILF 11/23/21<br>MLF LVR 10/25/21<br>GILF 9/8/21<br>MLFMGNT 8/31/21<br>M1LF LXS 7/30/21<br>MILF1 7/16/21<br>GOT M1LF 6/17/21<br>HIS WILF 6/16/21<br>MILFS 5/25/21<br>M1LFLVR 4/14/21<br>VILF 10/8/20<br><br>**Approved:**<br>N/A | N/A | Nickname | ■■■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| AMNIT<br><br>Deny | 9982 | Swearword – could be perceived as D*mnit (with D logo plate)<br><br>The vehicle is a Chrome 2012 Honda Accord<br><br>Similar plates reviewed:<br><br>**Denied**<br>DAMNMA 11/9/21<br>DAMNGNA 10/18/21<br>DAMDANI 9/3/21<br>DAMNIKI 7/27/21<br>DAMN B 5/11/21<br>DAM BISH 4/16/21<br>M SE RUPE 4/2/21<br>GAHDAM 2/19/21<br><br>**Approved**<br>DAMSAGG 12/10/21<br>DAM DADY 8/16/21<br>HOTTDAM 8/10/21<br>H DAMN 6/15/21<br>BLAK DMN 4/7/21<br>DAMFAM 4/5/21<br>DAMN GRL 2/8/21 | Univeristy of Dayton | Nickname | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov

