## Payne, Jeffrey

| | |
|---|---|
| **From:** | Berger, Brenda |
| **Sent:** | Tuesday, February 22, 2022 11:43 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate plates |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, February 22, 2022 11:40 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate plates
**Importance:** High

See the responses below:

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Tuesday, February 22, 2022 11:28 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate plates
**Importance:** High

See Corrections in red.

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| **D8A PSY** <br><br>**Denied** | 1311 | Sexual – could be perceived as -Date a P*ssy<br><br>This vehicle is a 2019 Ford 2D<br><br>Sexual – Could be perceived as P*ssy Slayer<br><br>The vehicle is a 2015 BMW 528 | None | Data Science This is what I do for work | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Similar plates reviewed:<br><br>**Denied:**<br>S1AYER 12/9/21<br>SL4YER (Cat Friendly logo) 10/21/21<br>PSYWHIP 10/8/21<br>PSSY PWR 9/21/21<br>TWT WFFL 4/5/21<br>PUSPUS 4/2/21<br><br>**Approved**:<br>I CU COMN 2/9/21 | | | | sexually explicit, or scatological (feces or excrement). |
| **EKKK 10**<br><br>**Denied** | 7692 | Offensive - Could be perceived as saying KKK.<br><br>Vehicle is a gray 2011 ford 4s<br><br>Offensive - Could be perceived as saying KKK.<br><br>The vehicle is a Red 2008 Volkswagen EOS CN.<br><br>Similar plates reviewed:<br><br>**Denied**:<br>NIKKKK 2/15/22<br>RAKKK 2/14/22<br>ALEXKKK 1/7/22<br>XKXX 01/14/22<br>EMKKK 11/19/21<br><br>**Approved:**<br>N/A | None | The day I got married. | | 2. Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |
| **FNBOGEY**<br><br>**Denied** | 2530 | Swearwork – could be perceived as F*cking Bogey<br><br>Vehicle is 2016 Chevy Truck<br>Similar plates reviewed:<br><br>**Denied**<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21 | None | Golf Term | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21 | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21 | | | | |

4

WONSER_000808

| | | | | | | |
|---|---|---|---|---|---|---|
| | | F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21 | | | | |
| **H8UTO**<br><br>**Denied** | 6509 | Derogatory – Hate you too<br><br>Similar plates reviewed:<br><br>**Denied**<br>IH8PPUL 8/31/21<br>IH8UA11 4/6/21<br>I H8T PPL 11/13/20<br>H8EVRE1 11/3/20<br><br>**Approved**<br>IH8DOOK 8/18/21<br>RAVH8R 7/28/21<br>H8 U GERY 7/12/21<br>H8 CWBYS 5/25/21<br>DA1UH8 4/30/21<br>I H8 EWR 12/1/20 | NONE | Hate you too | ■■■■ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |
| **H8YOU**<br><br>**Denied** | 6509 | Derogatory – Hate you<br><br>Similar plates reviewed:<br><br>**Denied**<br>IH8PPUL 8/31/21<br>IH8UA11 4/6/21<br>I H8T PPL 11/13/20<br>H8EVRE1 11/3/20<br><br>**Approved**<br>IH8DOOK 8/18/21<br>RAVH8R 7/28/21<br>H8 U GERY 7/12/21<br>H8 CWBYS 5/25/21<br>DA1UH8 4/30/21<br>I H8 EWR 12/1/20 | None | Hate you | ■■■■ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from |

5

WONSER_000809

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | viewers without additional comment. |
| **HIS BISH**<br><br>**Denied** | 3122 | Swearword – Could be perceived as His B*tch<br><br>Similar plates reviewed:<br><br>**Denied**<br>C YA BTCH 2/10/22<br>CYABCHS 1/10/22<br>RCHBCH 12/23/21<br>DIS BIHH 12/20/21<br>BP BP BCH 12/15/21<br>TAENA MO 12/9/21<br>THSBICH 12/7/21<br>B1CHOTA 11/29/21<br>80S BTCH 11/23/21<br>BEE OCH 11/19/21<br>YABISHH 11/18/21<br>MOOVBCH 11/4/21<br>LILBCH 11/2/21<br>S3XYBCH 10/27/21<br>1SEXYB 10/15/21<br>BICHOTA 10/15/21<br>B1GG B 9/29/21<br>STRONZA 9/28/21<br>BIH MOVE 9/20/21<br>RED BTCH 8/25/21<br>HEYBTCH 8/19/21<br>BCHNTRK 8/17/21<br>1 BISH 8/11/21<br>SXY8ICH 8/4/21<br>WINEYB 7/29/21<br>SXYBICH 7/20/21<br>TONI BA B 7/15/21<br>FBGM247 7/8/21<br>BYE BICH 7/7/21<br>SIDEBIH 7/1/21<br>THT BIH 6/23/21<br>LEXY BIH 6/10/21<br>SKNY BCH 6/7/21<br>BRITBIH 6/1/21<br>BISH BYE 5/25/21<br>B ASS B 5/24/21<br>LEBISH 5/20/21<br>JMB FBGM 5/10/21<br>BTCH BRN 5/6/21<br>BITCHH 5/4/21<br>BIGBTCH 4/29/21<br>BONR DNR 4/26/21<br>CRZBTCH 4/26/21<br>1SBITCH 4/23/21<br>DAM BISH 4/16/21<br>BADBCH 4/15/21<br>13ITCH 4/13/21<br>B1TCH73 4/7/21<br>WHT BTCH 3/31/21<br>BADBICH 3/29/21<br>RUDE BIH 3/25/21<br>L8TRBCH 3/18/21 | NONE | Nickname | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ITCH17 1/27/21<br>BCH 8 ONE 1/26/21<br><br>**Approved**<br>EZV BIFC 10/14/21<br>STREETB 10/8/21<br>SSTBCH 8/26/21<br>NUTBSH1 8/5/21<br>1PRITIB 7/7/21<br>CRZ BTH 3/23/21 | | | | |
| **MEOW MF**<br><br>**Denied** | 2562 | Swearword – could be perceived a Meow Mother F*cker<br><br>Similar plates reviewed:<br><br>**Denied**<br>PHKNGO 2/17/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21 | None | Cats + initials o cats name | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo | | | | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| | | plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati | | | | |
| **MF JZA**<br><br>**Denied** | 9983 | Swearword – could be perceived as Mother F*cker<br><br>Similar plates reviewed:<br><br>**Denied**<br>PHKNGO 2/17/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21 | None | Many friends jesus zap air | ■■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

WONSER_000813

| | | FKING 11/22/21 | | | | |
|---|---|---|---|---|---|---|
| | | PHUCKOF 11/22/21 | | | | |
| | | FUKJB 11/22/21 | | | | |
| | | NWAFTP 11/19/21 | | | | |
| | | FUGAS 11/10/21 | | | | |
| | | FUKNLOW 11/9/21 | | | | |
| | | GET FUKD 10/26/21 | | | | |
| | | IRDGAF 10/25/21 | | | | |
| | | FKK OFF 10/25/21 | | | | |
| | | FURB 10/22/21 | | | | |
| | | FAFO GT 10/21/21 | | | | |
| | | GTFOOH 10/21/21 | | | | |
| | | FN GROOT 10/18/21 | | | | |
| | | FNA 10/14/21 | | | | |
| | | FKN NUTZ 10/12/21 | | | | |
| | | MFCEO 98 10/5/21 | | | | |
| | | FAFO 21 10/1/21 | | | | |
| | | FU ALS 10/1/21 | | | | |
| | | FU CNCR 9/2921 | | | | |
| | | FJBIDEN 9/29/21 | | | | |
| | | AFNZUS 9/28/21 | | | | |
| | | FKU JOE 9/17/21 | | | | |
| | | EFFNJOE 9/15/21 | | | | |
| | | F12UZB 9/15/21 | | | | |
| | | FVCK AMG 9/14/21 | | | | |
| | | F BIDN 9/13/21 | | | | |
| | | FCKUOM 9/8/21 | | | | |
| | | PHAHQ U 9/3/21 | | | | |
| | | 46 FU 9/3/21 | | | | |
| | | FAHQ734 8/31/21 | | | | |
| | | FKTY FUK 8/31/21 | | | | |
| | | FQISIS 8/30/21 | | | | |
| | | FKGA 8/27/21 | | | | |
| | | HWMF 11 8/2721 | | | | |
| | | FCKOFF 8/23/21 | | | | |
| | | EFGASS 8/23/21 | | | | |
| | | P FKN R 8/20/21 | | | | |
| | | AWFUKIT 8/18/21 | | | | |
| | | FAK U MNY 8/17/21 | | | | |
| | | FKBTCHS 8/17/21 | | | | |
| | | FN N FRL 8/12/21 | | | | |
| | | GOOGLFU 8/11/21 | | | | |
| | | F BOMBS 8/10/21 | | | | |
| | | IKYFL 7/30/21 | | | | |
| | | FKN MNT 7/27/21 | | | | |
| | | MEFNOW 7/27/ | | | | |
| | | BMFICON 7/26/21 | | | | |
| | | FNAWSM 7/23/21 | | | | |
| | | ZERO FUK 7/23/21 | | | | |
| | | FAF BOII 7/21/21 | | | | |
| | | FCK BIDN 7/20/21 | | | | |
| | | YEE YE MF 7/20/21 | | | | |
| | | 1MFMG 7/20/21 | | | | |
| | | MFWUT 7/20/21 | | | | |
| | | BADD MF 7/19/21 | | | | |
| | | BTFKOFF 7/16/21 | | | | |
| | | MFTB 7/16/21 | | | | |
| | | FK8 CTR 7/15/21 | | | | |
| | | ISYMFS2 7/14/21 | | | | |
| | | JMFR 7/14/21 | | | | |
| | | GDYUP MF 7/7/21 | | | | |

10

WONSER_000814

OMG WTF1 7/1/21
FCKTTUN 6/28/21
NOGAF 6/28/21
F UBL 6/28/21
FKTYPER 6/25/21
VAFANGU 6/23/21
MF CKER 6/21/21
OUT OF FX 6/21/21
EF FRTY6 6/21/21
FHRITP7 6/21/21
FBGM14 6/17/21
FU5RODA 6/16/21
FU 22159 6/15/21
FU 69 6/15/21
FVCKOFF 6/15/21
EFF YEAH 6/15/21
SFCKD 6/11/21
FAST MFR 6/10/21
FUDEM 6/7/21
GAMOTO 6/4/21
FFAUCI (OSU logo
plate) 6/4/21
DAMFS 6/2/21
AYOWTF 5/28/21
FUK1T 5/27/21
FU BRYAN 5/25/21
FU CLUFF 5/25/21
EST WTF 5/21/21
FKJ 5/21/21
O WTF 5/20/21
FFSM8 5/17/21
VAFFA 5/17/21
MTNMFR 5/17/21
FAQUA 5/12/21
FOO QUE 5/12/21
USLOFKR 5/7/21
FKBLU 5/7/21
ISSA FK7 4/7/21
SLOW FK7 4/5/21
1FOFF 5/5/21
IMFDUP 5/4/21
PHUKKU 4/26/21
WTFOX 4/26/21
FOX THAT 3/30/21
IDGAFOX 3/26/21

**Approved**
FYD BB 1/11/22
FC KR8TM 12/27/21
LFGOOO 12/13/21
FCC JO (FC Cincinnati

| | | | | | | |
|---|---|---|---|---|---|---|
| **NO 4N JNK**<br><br>**Approved** | 9982 | Could be preserved as derogatory – no foreign junk<br><br>Similar plates reviewed:<br><br>**Denied**<br>DEYGO 6/26/20<br>FCHINA 5/20/20 | None | Model of car | ■■■■ | 2. Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be |

WONSER_000815

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Approved**<br>CRKRPIG 2/10/20 | | | | expected to provoke a violent response from viewers without additional comment. |
| **QUIETAF**<br><br>**Denied** | 7692 | Swearword – could be perceived as Quiet as F*c<br><br>Similar plates reviewed:<br><br>**Denied**<br>PHKNGO 2/17/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21 | None | Quiet after first gear | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

WONSER_000816

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21 | | | | |

13

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati | | | | |
| **RWDPOS**<br><br>**Denied** | 9983 | Swearword – could be perceived as rear wheel drive piece of sh*t<br><br>Swearword<br><br>The vehicle is a Blue 1996 Dodge Viper<br><br>Similar plates reviewed:<br><br>**Denied**<br>WELL SHT 1/27/22<br>5HTRFU1 12/14/21<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21 | None | Car is rear wheel drive positioned | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

14

WONSER_000818

|  |  | POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br><br>**Approved**<br>SHTCOIN 11/22/21<br>MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21 |  |  |  |  |
|---|---|---|---|---|---|---|
| **SKEET**<br><br>**Approved** | 9983 | Sexually explicit –<br>According to urban<br>dictionary skeet means to<br>ejaculate.<br><br>Similar plates<br>reviewed:<br><br>**Denied**<br>CUM4ME 1/31/22<br>JIZZLE 8 1/21/22<br>JEEP JIZ 1/12/22<br>CUM4MEE 2/22/21<br><br>**Approved**<br>JIZZLE 8 1/20/22 | None | The name of my<br>car is Paquito<br>and it's<br>nickname is<br>Skeet | ▮▮▮▮ | 1.Contains<br>words,<br>combinations<br>and/or<br>phrases (in<br>any<br>language<br>and when<br>read either<br>frontward or<br>backwards)<br>that are<br>profane (that<br>is,<br>swearwords<br>and<br>expletives),<br>obscene,<br>sexually<br>explicit, or<br>scatological<br>(feces or<br>excrement). |
| **BDAS Z06**<br><br>**Approved** | 9982 | Swearword – Bas *ss z6<br><br>Swearword – Bad *ss<br>Snake<br><br>The vehicle is a Black<br>2008 Nissan Versa | 9982 | Replacement<br>plate for denied<br>plate FASTAZF | ▮▮▮▮ | 1.Contains<br>words,<br>combinations<br>and/or<br>phrases (in<br>any |

15

WONSER_000819

| | | Similar plates reviewed:<br><br>**Denied**<br>BADAS1 1/11/22<br>BDAS2 10/22/21<br>B4DASS 8/2/21<br>BADAZ2 7/2/21<br>FKNBDAS 7/1/21<br>BDAZME 6/7/21<br>BAD AZ VW 6/3/21<br>BADSAS 6/1/21<br>B ASS B 5/24/21<br><br>**Approved**<br><span style="color:red">**BDAZSNK 02/09/22 by C. Mayhew**</span><br>BADDAZ 12/17/21<br>BAA DAZ 12/2/21<br>1BADAC8 11/12/21<br>BDAZZ66 6/28/21<br>BA 1 DA 4/30/21<br>BA DA 4/30/21<br>BADAZR2 4/6/21 | | | | language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Brenda Berger
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-752-7518
bberger@dps.ohio.gov



16

WONSER_000820