**Payne, Jeffrey**

---

**From:** Taylor, Carrie
**Sent:** Thursday, March 17, 2022 9:48 AM
**To:** Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin
**Subject:** FW: Invalid and Inappropriate Plates

**Importance:** High

---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Thursday, March 17, 2022 9:47 AM
**To:** Taylor, Carrie <cataylor@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

---

**From:** Taylor, Carrie <cataylor@dps.ohio.gov>
**Sent:** Thursday, March 17, 2022 9:42 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|-------|--------|-------------------|-----------|--------------|---------------|------|
| **LFGO**<br><br>**Approved** | 9982 | Swearword – Perceived as Lets F*cking GO<br><br>The vehicle is a Black 2018 Tesla 4S.<br><br>Similar plates reviewed:<br><br>**Denied** | N/A | US Soccer team | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

PLAINTIFF'S EXHIBIT

30

WONSER_000875

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FN NERD 3/10/22<br>FNGUBO 3/10/22<br>PHUQQUE 3/10/22<br>WTFYB 3/8/22<br>OFCKS 3/7/22<br>OPHUX 3/7/22<br>PHKNGO 2/17/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000876

| | | EFFNJOE 9/15/21 | | | | |
|---|---|---|---|---|---|---|
| | | F12UZB 9/15/21 | | | | |
| | | FVCK AMG 9/14/21 | | | | |
| | | F BIDN 9/13/21 | | | | |
| | | FCKUOM 9/8/21 | | | | |
| | | PHAHQ U 9/3/21 | | | | |
| | | 46 FU 9/3/21 | | | | |
| | | FAHQ734 8/31/21 | | | | |
| | | FKTY FUK 8/31/21 | | | | |
| | | FQISIS 8/30/21 | | | | |
| | | FKGA 8/27/21 | | | | |
| | | HWMF 11 8/2721 | | | | |
| | | FCKOFF 8/23/21 | | | | |
| | | EFGASS 8/23/21 | | | | |
| | | P FKN R 8/20/21 | | | | |
| | | AWFUKIT 8/18/21 | | | | |
| | | FAK U MNY 8/17/21 | | | | |
| | | FKBTCHS 8/17/21 | | | | |
| | | FN N FRL 8/12/21 | | | | |
| | | GOOGLFU 8/11/21 | | | | |
| | | F BOMBS 8/10/21 | | | | |
| | | IKYFL 7/30/21 | | | | |
| | | FKN MNT 7/27/21 | | | | |
| | | MEFNOW 7/27/ | | | | |
| | | BMFICON 7/26/21 | | | | |
| | | FNAWSM 7/23/21 | | | | |
| | | ZERO FUK 7/23/21 | | | | |
| | | FAF BOII 7/21/21 | | | | |
| | | FCK BIDN 7/20/21 | | | | |
| | | YEE YE MF 7/20/21 | | | | |
| | | 1MFMG 7/20/21 | | | | |
| | | MFWUT 7/20/21 | | | | |
| | | BADD MF 7/19/21 | | | | |
| | | BTFKOFF 7/16/21 | | | | |
| | | MFTB 7/16/21 | | | | |
| | | FK8 CTR 7/15/21 | | | | |
| | | ISYMFS2 7/14/21 | | | | |
| | | JMFR 7/14/21 | | | | |
| | | GDYUP MF 7/7/21 | | | | |
| | | OMG WTF1 7/1/21 | | | | |
| | | FCKTTUN 6/28/21 | | | | |
| | | NOGAF 6/28/21 | | | | |
| | | F UBL 6/28/21 | | | | |
| | | FKTYPER 6/25/21 | | | | |
| | | VAFANGU 6/23/21 | | | | |
| | | MF CKER 6/21/21 | | | | |
| | | OUT OF FX 6/21/21 | | | | |
| | | EF FRTY6 6/21/21 | | | | |
| | | FHRITP7 6/21/21 | | | | |
| | | FBGM14 6/17/21 | | | | |
| | | FU5RODA 6/16/21 | | | | |

3

WONSER_000877

| | | FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21 | | | | |

4

WONSER_000878

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21 | | | | |
| **WHT PWR 6**<br><br>**Denied** | 9983 | Offensive – Perceived as White Power.<br><br>The vehicle is a Black 2021 Jeep SW.<br><br>Similar plates reviewed:<br><br>**Denied**<br>NIKKKK 2/15/22<br>RAKKK 2/14/22<br>ALEXKKK 1/7/22<br>XKXX 01/14/22<br>EMKKK 11/19/21<br>N3GRITA 10/5/21<br>WYT DVEL 6/1/21<br>INDNRED 6/1/21<br><br>**Approved**<br>DAMICK (after appeal). 10/27/21<br>BLK THNG 8/18/21<br>SMAD (Superman logo) 1/19/21 | N/A | What is power - 6 | ⬛ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment |

*Carrie A. Taylor*
Customer Service Assistant 2
Ohio Department of Public Safety
1970 W. Broad Street, Columbus, OH 43223
Office (614)752-7518


OHIO DEPARTMENT OF PUBLIC SAFETY
SAFETY · SERVICE · PROTECTION

WONSER_000879

WONSER_000880