## Payne, Jeffrey

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Friday, April 8, 2022 10:10 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |

**Importance:**     High


Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, April 8, 2022 9:59 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High


See responses below:


**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Friday, April 8, 2022 9:48 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| | | | | | | |



PLAINTIFF'S EXHIBIT

**33**

WONSER_001118

| DMNKDS<br><br>This is a customer complaint.<br><br>Approved | 2817 | Swearword<br>Complaint was received via phone. Complainant's meaning was, "D*mn kids".<br><br>Similar plates reviewed:<br><br>**Denied**<br>AMNIT (UNIV. DAYTON logo) 1/6/22<br>DAMSAGG 12/10/21<br>DAMNMA 11/9/21<br>DAMNGNA 10/18/21<br>DAMDANI 9/3/21<br>DAMNIKI 7/27/21<br>DAMN B 5/11/21<br>DAM BISH 4/16/21<br><br>**Approved**<br>DAMKAT 1/10/22<br>DAM DADY 8/16/21<br>HOTTDAM 8/10/21<br>H DAMN 6/15/21<br><br>**Customer has had the plate since 9/30/20. There have been no complaints.** | N/A | Kids are expensive. | ▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| DGAF3<br><br>Denied | 3131 | Swearword<br>Don't give a f*ck.<br><br>Similar plates reviewed:<br><br>**Denied** | N/A | Dogs go after Fred. He's the third. | ▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward |

WONSER_001119

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FKN BRIK 4/5/22 FNLARKY 4/5/22 FPTSD 4/4/22 FUKOF4/4/22 FAFO57 3/31/22 FAF BO1 3/28/22 FUK COLL 3/24/22 FAAQU 3/22/22 FU2TINI 3/22/22 FNBOGEY 02/22/22 IDGAF7 2/7/22 FK IM L8 2/3/22 2FNREAL 2/2/22 ABCDEFU 2/1/22 QWIK FKR 2/1/22 FUCC IT 01/25/22 FKN WADE 1/10/22 F UR SRT 1/5/22 FBGMONY 1/4/22 2FN SLOW 1/3/22 FUK EM 2 1/3/22 NAWFUHQ 12/27/21 FAFBOI 1 12/20/21 FK CHINA 12/17/21 FKNRGHT 12/16/21 ITSJPAF 12/16/21 EFM BNCO 12/9/21 PHCK 12 12/6/21 FN COLD 12/1/21 | | | | or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_001120

|  |  | FBGM69 11/29/21 IDGAF2 11/29/21 FKA2JZ 11/26/21 FKING 11/22/21 PHUCKOF 11/22/21 FUKJB 11/22/21 NWAFTP 11/19/21 FUGAS 11/10/21 FUKNLOW 11/9/21 GET FUKD 10/26/21 IRDGAF 10/25/21 FKK OFF 10/25/21 FURB 10/22/21 FAFO GT 10/21/21 GTFOOH 10/21/21 FN GROOT 10/18/21 FNA 10/14/21 FKN NUTZ 10/12/21 MFCEO 98 10/5/21 FAFO 21 10/1/21 FU ALS 10/1/21 FU CNCR 9/2921 FJBIDEN 9/29/21 AFNZUS 9/28/21 FKU JOE 9/17/21 EFFNJOE 9/15/21 F12UZB 9/15/21 FVCK AMG 9/14/21 F BIDN 9/13/21 FCKUOM 9/8/21 PHAHQ U 9/3/21 |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |

4

WONSER_001121

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21 | | | | |

WONSER_001122

| | | ISYMFS2 7/14/21 JMFR 7/14/21 **Approved** FYD BB 1/11/22 FC KR8TM 12/27/21 LFGOOO 12/13/21 FCC JO (FC Cincinnati logo)11/29/21 F IN FAST 10/20/21 F IN CHAT 10/18/21 DRIVE TF 10/8/21 NFG 10/4/21 1 FN JEEP 9/30/21 FUGLY 8/12/21 FNBILL 8/5/21 GFSF 7/27/21 YCFWM 7/21/21 FAKA 7/19/21 1HWMF 7/16/21 FLYN F 6/29/21 ZEFKS 6/16/21 FTRAIN 6/15/21 BIG CMF 6/8/21 MR FUFF 5/27/21 KAY N FU 5/24/21 FK8 CTR 1 5/18/21 BIGMQFQ 4/12/21 | | | | |
|---|---|---|---|---|---|---|
| DS NUTTZ

Denied | 5113 | Sexually explicit Dees (these) nuts.

Similar plates reviewed:

**Denied** DES N T S 1/25/22 | N/A | Name meaning go fast. | ████████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, |

6

WONSER_001123

| | | | | | | |
|---|---|---|---|---|---|---|
| | | AUDZ NTZ 8/6/21 COHONES 7/19/21 1DZ NTZ 7/15/21 **Approved** N/A | | | | swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FKNTINA Denied | 9983 | Swearword F*cking Tina. Similar plates reviewed: **Denied** FKN BRIK 4/5/22 FNLARKY 4/5/22 FPTSD 4/4/22 FUKOF4/4/22 FAFO57 3/31/22 FAF BO1 3/28/22 FUK COLL 3/24/22 FAAQU 3/22/22 FU2TINI 3/22/22 FNBOGEY 02/22/22 IDGAF7 2/7/22 FK IM L8 2/3/22 2FNREAL 2/2/22 ABCDEFU 2/1/22 QWIK FKR 2/1/22 FUCC IT 01/25/22 FKN WADE 1/10/22 F UR SRT 1/5/22 FBGMONY 1/4/22 2FN SLOW 1/3/22 FUK EM 2 1/3/22 | N/A | Be forgiving, be kind, be nice. | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_001124

| | | | | | |
|---|---|---|---|---|---|
| | | NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21 | | | |

8

WONSER_001125

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21 | | | | |

9

WONSER_001126

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21 | | | | |

WONSER_001127

| | | | | | |
|---|---|---|---|---|---|
| | | FK8 CTR 1 5/18/21 BIGMQFQ 4/12/21 | | | |
| HOBOSS Approved | 1820 | Sexually explicit Hoe boss Similar plates reviewed: **Denied** THATHO 4/6/22 SMOKHOZ 3/31/22 BADHOOE 3/29/22 HOEWAGN 3/22/22 BRO HOE 3/7/22 4DR MOHO 2/28/22 SIDEHOE 2/24/22 GAYHO 1/12/22 5 HOES 12/27/21 HO3WRX 10/25/21 STLRS HO 10/20/21 JOE N HOE 9/21/21 PYTHOE 9/20/21 STANGHO 9/20/21 HITMEHO 9/14/20 OH HI HO 8/31/21 OH HI HOE 8/17/21 350 HO 8/16/21 SLOHO 8/16/21 THOTBOX 8/9/21 HEY HO 6/14/21 SIXHOE 6/11/21 HARLOT 5/26/21 | N/A | Name of car. ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_001128

| | | BROHO 5/12/21 BUFAHOE 5/11/21 ASHAWO 5/6/21 C PIMPIN 4/9/21 <br><br>**Approved** O HI HO 4/7/22 4DFMW 2/28/22 TOOTHO 2/8/22 BRINHO 12/17/21 454 HO 12/10/21 BRAH O 5/25/21 (won appeal) SLUHOR 5/20/21 DAVE HO 5/7/21 <br><br>**\*\*Customer has had the plate since at least 4/12/06. There have been no complaints.\*\*** | | | | |
|---|---|---|---|---|---|

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_001129