## Payne, Jeffrey

| | |
|---|---|
| **From:** | Dean, Anne |
| **Sent:** | Tuesday, April 26, 2022 12:49 PM |
| **To:** | Hunter, Kevin; Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Ford, Winston; Fragale, Robert; Green, Sarah; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Snowball, Robert; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | RE: Invalid and Inappropriate Plates |

Please deny CUMMM.

Thanks,

Anne M. Dean
Assistant Registrar
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-387-3000
amdean@dps.ohio.gov



**From:** Hunter, Kevin <kdhunter@dps.ohio.gov>
**Sent:** Tuesday, April 26, 2022 11:13 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** FW: Invalid and Inappropriate Plates
**Importance:** High

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, April 26, 2022 11:10 AM
**To:** Hunter, Kevin <kdhunter@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High



PLAINTIFF'S
EXHIBIT

**36**

WONSER_001485

See responses below:

---

**From:** Hunter, Kevin <kdhunter@dps.ohio.gov>
**Sent:** Tuesday, April 26, 2022 10:37 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 1SHTY<br><br>Denied | 9983 | One Sh*tty<br><br>Similar plates reviewed:<br><br>**Denied**<br>SHAESHT 4/25/22<br>POS BUG 4/25/22<br>SHYTBX 4/1/22<br>MFSHTBX 3/21/22<br>BUKNSHT 3/14/22<br>G SHIT 3/14/22<br>POOPBOX 3/8/22<br>SHIIIID 3/4/22<br>SHITBX 3/1/22<br>SHIIIDD 2/1/22<br>AW SHIT1 2/1/22<br>WELL SHT 1/27/22<br>5HTRFU1 12/14/21<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21 | N/A | Nickname | ████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

WONSER_001486

| | | | | | | |
|---|---|---|---|---|---|---|
| | | CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br><br>**Approved**<br>SHTCOIN 11/22/21<br>MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21 | | | | |

3

WONSER_001487

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SHTF PT 4/26/21 | | | | |
| CAMDASF<br><br>Denied | 9983 | Cam'd as f*ck<br><br>Similar plates reviewed:<br><br>**Denied**<br>FASSTAF 4/18/22<br>AWOKE AF 4/5/22<br>FAT AF 4/5/22<br>BUJEE AF 4/5/22<br>SLWAF 4/1/22<br>COLD ASF 3/30/22<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22<br>SKRRT AF 2/28/22<br>FAST AZF 2/17/22<br>TXN AF 2/4/22<br>DOGSAF 2/2/22<br>KABUL AF 1/19/22<br>GRNASF1/3/22<br>ITSJPAF 12/16/21<br>BD AF 12/15/21<br>HARD AF 12/14/21<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21 | N/A | Engine Power | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

4

WONSER_001488

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FASTAFK 9/29/21 SLW ASF 9/27/21 WARD AF 9/24/21 FAST A5 F 9/21/21 LOST AF 8/31/21 MANIC AF 8/31/21 WITCH AF 8/30/21 MEMAW AF 8/27/21 FRSHASF 8/19/21 WIDE AF 8/16/21 AMMO AF 8/13/21 MINI AF 8/12/21 PAGAN AF 8/3/21 RED AF 7/27/21 BRKE AF 7/23/21 TEAM AF 7/13/21 THICK AF 7/6/21 RN AF 7/6/21 AS FK 7/2/21 ESNTL AF 6/30/21 L8TE AF 6/30/21 NANA AF 6/29/21 HIPPE AF 6/21/21 DP AF 6/3/21 SMOOV AF 5/27/21 RICE AF 5/25/21 NURSE AF 5/21/21 TOXIC AF 5/18/21 | | | | |

WONSER_001489

| | | | | | | |
|---|---|---|---|---|---|---|
| | | LOW ASF 5/17/21 WHYTE AF 5/13/21 **Approved** N/A | | | | |
| CMLTOE **Denied** | 9983 | Camel Toe Sexual explicit Similar plates reviewed: **Denied** LEAKY PP 3/31/22 GOMD 304 2/28/22 BGDKNRG 2/10/22 AH DICK 1/31/22 THA DONG 1/11/22 BIGD96 12/13/21 SFTWAB 12/6/21 PPEVENT 12/3/21 SMO1 PP 10/15/21 DYCK 10/6/21 D1KF1TZ 9/15/21 PPBIG 8/20/21 SUGMA PP 8/2/21 4SKIN 7/26/21 HUNGWELL 7/15/21 BUDUSSY 7/6/21 DADY DCK 6/22/21 BIG COCK 6/21/21 LDYPRTS 6/17/21 SMDCK 6/14/21 | N/A | Favorite dog | ■■■■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

6

WONSER_001490

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NCE COK 6/14/21 DWEANIE 5/27/21 PEE NIS 5/24/21 NUTSK 5/20/21 BIG D NRG 5/10/21 BONR DNR 4/26/21 **Approved** LILPEPE 10/13/21 SM PNS 6/30/21 TEBAG 5/25/21 8IN OR UP 5/13/21 8646 5/6/21 DICKH 4/30/21 | | | | |
| CUMMM **Approved** | 9983 | Sexually explicit Registered to a 2008 Toyota Tundra pickup truck Similar plates reviewed: **Denied** CUM4ME 1/31/22 JEEP JIZ 1/12/22 CUM4MEE 2/22/21 **Approved** JIZZLE 8 1/20/22 | N/A | It looks cool | ████████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |
| GNRL KLR **Denied** | 9983 | General Killer Registered to a 2022 Yamaha utility vehicle Similar plates reviewed: | N/A | Yamaha RMAX is better than a Polaris General. Just poking fun at some friends | ████████ | 3.Contains words, combinations and/or phrases ((in any language and when read either |

WONSER_001491

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>CHOKE ME<br>3/8/22<br>REDRUM8<br>11/4/21<br><br>**Approved**<br><br>R3D RUMM<br>12/8/21<br>R3DRUM1<br>10/19/21<br>K111ABF<br>6/17/21<br>MRDERD<br>3/23/21 | | | | frontward or backwards) that advocate immediate lawlessness or advocate lawless activities. |
| MGABTCH<br><br>Denied | 9983 | Mega B*tch<br><br>Similar plates reviewed:<br><br>**Denied**<br>CRANKY B<br>4/12/21<br>LTRBTCH<br>3/29/22<br>B1CH N 58<br>3/18/22<br>L8RBISH 3/2/22<br>B1CHN 68<br>2/28/22<br>C YA BCHS<br>1/10/22<br>RCHBCH<br>12/23/21<br>DIS BIHH<br>12/20/21<br>BP BP BCH<br>12/15/21<br>TAENA MO<br>12/9/21<br>THSBICH<br>12/7/21<br>B1CHOTA<br>11/29/21<br>80S BTCH<br>11/23/21<br>BEE OCH<br>11/19/21 | N/A | Initials of my husband and kids | ⬛ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

WONSER_001492

| | | | | | |
|---|---|---|---|---|---|
| | | YABISHH 11/18/21 MOOVBCH 11/4/21 LILBCH 11/2/21 S3XYBCH 10/27/21 1SEXYB 10/15/21 BICHOTA 10/15/21 B1GG B 9/29/21 STRONZA 9/28/21 BIH MOVE 9/20/21 RED BTCH 8/25/21 HEYBTCH 8/19/21 BCHNTRK 8/17/21 1 BISH 8/11/21 SXY8ICH 8/4/21 WINEYB 7/29/21 SXYBICH 7/20/21 TONI BA B 7/15/21 FBGM247 7/8/21 BYE BICH 7/7/21 SIDEBIH 7/1/21 THT BIH 6/23/21 LEXY BIH 6/10/21 SKNY BCH 6/7/21 BRITBIH 6/1/21 BISH BYE 5/25/21 B ASS B 5/24/21 LEBISH 5/20/21 JMB FBGM 5/10/21 | | | | |

9

WONSER_001493

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BTCH BRN 5/6/21 BITCHH 5/4/21 BIGBTCH 4/29/21 BONR DNR 4/26/21 CRZBTCH 4/26/21 **Approved:** EZV BIFC 10/14/21 STREETB 10/8/21 SSTBCH 8/26/21 NUTBSH1 8/5/21 1PRITIB 7/7/21 | | | | |
| TMGDM **Denied** | 9983 | Too Much G*d D*mn Money  Similar plates reviewed:  **Denied** DMDADIE 4/21/22 AMNIT (UNIV. DAYTON logo) 1/6/22 DAMSAGG 12/10/21 DAMNMA 11/9/21 DAMNGNA 10/18/21 DAMDANI 9/3/21 DAMNIKI 7/27/21 DAMN B 5/11/21  **Approved** DMNKDS (complaint) 4/8/22 DAMKAT 1/10/22 | N/A | It is the name of my Sales Team (Too Much G*dD*m Mondy) | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| | | DAM DADY 8/16/21 HOTTDAM 8/10/21 H DAMN 6/15/21 | | | | |
| TOFNSLO Denied | 8008 | Too F*cking Slow Similar plates reviewed: **Denied** F JEEPS 4/25/22 GFYM8 4/20/22 PHUK YU 4/19/22 FUKNHIC 4/18/22 PHUHQUU 4/18/22 FFRDRGR 4/15/22 RWGFY22 4/11/22 FKN BRIK 4/5/22 FNLARKY 4/5/22 FPTSD 4/4/22 FUKOF 4/4/22 FAFO57 3/31/22 FAF BO1 3/28/22 FUK COLL 3/24/22 FAAQU 3/22/22 FU2TINI 3/22/22 FNBOGEY 02/22/22 IDGAF7 2/7/22 FK IM L8 2/3/22 2FNREAL 2/2/22 ABCDEFU 2/1/22 QWIK FKR 2/1/22 | N/A | Trish of Seattle | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

WONSER_001495

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FUCC IT 01/25/22 FKN WADE 1/10/22 F UR SRT 1/5/22 FBGMONY 1/4/22 2FN SLOW 1/3/22 FUK EM 2 1/3/22 NAWFUHQ 12/27/21 FAFBOI 1 12/20/21 FK CHINA 12/17/21 FKNRGHT 12/16/21 ITSJPAF 12/16/21 EFM BNCO 12/9/21 PHCK 12 12/6/21 FN COLD 12/1/21 FBGM69 11/29/21 IDGAF2 11/29/21 FKA2JZ 11/26/21 FKING 11/22/21 PHUCKOF 11/22/21 FUKJB 11/22/21 NWAFTP 11/19/21 FUGAS 11/10/21 FUKNLOW 11/9/21 GET FUKD 10/26/21 IRDGAF 10/25/21 FKK OFF 10/25/21 | | | | | |

12

WONSER_001496

| | | | | | |
|---|---|---|---|---|---|
| | | FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21 | | | |

WONSER_001497

| | | | | | |
|---|---|---|---|---|---|
| | | FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br><br>**Approved**<br>CPLOFP 4/20/22<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21 | | | | |

WONSER_001498

| | | | | | | |
|---|---|---|---|---|---|---|
| | | F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21 | | | | |
| TRANSAF<br><br>Denied | 5215 | Transgender as F*ck<br><br>Similar plates reviewed:<br><br>**Denied**<br>MASTR AF 4/25/22<br>FASSTAF 4/18/22<br>AWOKE AF 4/5/22<br>FAT AF 4/5/22<br>BUJEE AF 4/5/22<br>SLWAF 4/1/22<br>COLD ASF 3/30/22<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22 | N/A | Trans Lives Matter! | ██████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

15

WONSER_001499

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SKRRT AF 2/28/22 FAST AZF 2/17/22 TXN AF 2/4/22 DOGSAF 2/2/22 KABUL AF 1/19/22 GRNASF1/3/22 ITSJPAF 12/16/21 BD AF 12/15/21 HARD AF 12/14/21 JEEP AF1 12/6/21 ARMYAF 11/23/21 VTECAF 11/17/21 SIKH AF 11/12/21 AF SIDNY 11/9/21 MSAF 10 10/12/21 FASTAFK 9/29/21 SLW ASF 9/27/21 WARD AF 9/24/21 FAST A5 F 9/21/21 LOST AF 8/31/21 MANIC AF 8/31/21 WITCH AF 8/30/21 MEMAW AF 8/27/21 FRSHASF 8/19/21 WIDE AF 8/16/21 AMMO AF 8/13/21 MINI AF 8/12/21 PAGAN AF 8/3/21 | | | | |

WONSER_001500

| | | | | | | |
|---|---|---|---|---|---|---|
| | | RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br><br>**Approved**<br>N/A | | | | |
| MCM1LF<br><br>Denied | 9982 | Mc Mothers I'd Like To F*ck<br><br>Similar plates reviewed:<br><br>**Denied**<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22 | 833- ALS Awareness | Father is ALS patient and includes 2 of life philosophies; Make it Count and My life fulfilled | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or |

WONSER_001501

| | | | | | |
|---|---|---|---|---|---|
| | | RWGFY22 4/11/22 FKN BRIK 4/5/22 FNLARKY 4/5/22 FPTSD 4/4/22 FUKOF4/4/22 FAFO57 3/31/22 FAF BO1 3/28/22 FUK COLL 3/24/22 FAAQU 3/22/22 FU2TINI 3/22/22 FNBOGEY 02/22/22 IDGAF7 2/7/22 FK IM L8 2/3/22 2FNREAL 2/2/22 ABCDEFU 2/1/22 QWIK FKR 2/1/22 FUCC IT 01/25/22 FKN WADE 1/10/22 F UR SRT 1/5/22 FBGMONY 1/4/22 2FN SLOW 1/3/22 FUK EM 2 1/3/22 NAWFUHQ 12/27/21 FAFBOI 1 12/20/21 FK CHINA 12/17/21 FKNRGHT 12/16/21 ITSJPAF 12/16/21 EFM BNCO 12/9/21 | | | | scatological (feces or excrement) |

WONSER_001502

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PHCK 12 12/6/21 FN COLD 12/1/21 FBGM69 11/29/21 IDGAF2 11/29/21 FKA2JZ 11/26/21 FKING 11/22/21 PHUCKOF 11/22/21 FUKJB 11/22/21 NWAFTP 11/19/21 FUGAS 11/10/21 FUKNLOW 11/9/21 GET FUKD 10/26/21 IRDGAF 10/25/21 FKK OFF 10/25/21 FURB 10/22/21 FAFO GT 10/21/21 GTFOOH 10/21/21 FN GROOT 10/18/21 FNA 10/14/21 FKN NUTZ 10/12/21 MFCEO 98 10/5/21 FAFO 21 10/1/21 FU ALS 10/1/21 FU CNCR 9/2921 FJBIDEN 9/29/21 AFNZUS 9/28/21 FKU JOE 9/17/21 | | | | |

19

WONSER_001503

| | | | | | | |
|---|---|---|---|---|---|---|
| | | EFFNJOE 9/15/21 F12UZB 9/15/21 FVCK AMG 9/14/21 F BIDN 9/13/21 FCKUOM 9/8/21 PHAHQ U 9/3/21 46 FU 9/3/21 FAHQ734 8/31/21 FKTY FUK 8/31/21 FQISIS 8/30/21 FKGA 8/27/21 HWMF 11 8/2721 FCKOFF 8/23/21 EFGASS 8/23/21 P FKN R 8/20/21 AWFUKIT 8/18/21 FAK U MNY 8/17/21 FKBTCHS 8/17/21 FN N FRL 8/12/21 GOOGLFU 8/11/21 F BOMBS 8/10/21 IKYFL 7/30/21 FKN MNT 7/27/21 MEFNOW 7/27/ BMFICON 7/26/21 FNAWSM 7/23/21 ZERO FUK 7/23/21 FAF BOII 7/21/21 | | | | |

WONSER_001504

| | | | | | |
|---|---|---|---|---|---|
| | | FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br><br>**Approved**<br>CPLOFP 4/20/22<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21 | | | | |

21

WONSER_001505

| | | KAY N FU<br>5/24/21<br>FK8 CTR 1<br>5/18/21 | | | | |
|---|---|---|---|---|---|---|

Kevin Hunter
Customer Service Assistant 3
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614) 752-2059
Fax (614) 995-4739
kdhunter@dps.ohio.gov



22

WONSER_001506