## Payne, Jeffrey

| | |
|---|---|
| **From:** | Snowball, Robert |
| **Sent:** | Friday, May 27, 2022 10:01 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Snowball, Robert; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, May 27, 2022 9:46 AM
**To:** Snowball, Robert <rasnowball@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Snowball, Robert <rasnowball@dps.ohio.gov>
**Sent:** Friday, May 27, 2022 9:42 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer N |
|---|---|---|---|---|---|
| SH1T SHO<br><br>Denied | 9982 | Sh*t Show<br><br>Similar plates reviewed:<br><br>Denied<br>BOSSH1T 5/20/22<br>1SHTY 4/26/22<br>SHAESHT 4/25/22<br>POS BUG 4/25/22<br>SHYTBX 4<br>MFSHTBX | N/A | Car is a Taurus SHO | |

PLAINTIFF'S EXHIBIT 37

| | | | | | |
|---|---|---|---|---|---|
| | | BUKNSHT 3/14/22<br>G SHIT 3/14/22<br>POOPBOX 3/8/22<br>SHIIIID 3/4/22<br>SHITBX 3/1/22<br>SHIIIDD 2/1/22<br>AW SHIT1 2/1/22<br>WELL SHT 1/27/22<br>5HTRFU1 12/14/21<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br><br>Approved<br>SHTCOIN 11/22/21<br>MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21 | | | |
| EFORTY6<br><br>Denied on a BMW and no spacing | 9983 | F*ck 46 (Joe Biden)<br><br>Similar plates reviewed:<br><br>Denied<br>FKBYDEN 5/25/22<br>FJB 5/23/22<br>FUKB1DN 5/17/22 | N/A | E46 is the model of the car. | ■ |

WONSER_001298

| | | | | | |
|---|---|---|---|---|---|
| | | FJBBJF – 5/13/22<br>FK JO BDN 5/12/22<br>FJBNKH 4/29/22<br>FUC BIDN 4/28/22<br>FJBATH 4/4/22<br>FJB 5 3/16/22<br>FJB 4VER 3/15/22<br>FJB1LGB 3/14/22<br>F46 LGB 3/10/22<br>EFB1DEN 3/8/22<br>FJBLG46 3/7/22<br>FKBDN 3/7/22<br>FJLGB 3/4/22<br>FJOEB 3/3/22<br>FJB2O24 3/2/22<br>TRMP FJB 3/2/22<br>NEDIBJF 1/24/2022<br>FJBLOL 01/19/22<br>FKJB 1/13/22<br>FJB USA 1/3/21<br>USA FJB 12/22/21<br>F BDN 12/13/21<br>FK JOE 12/10/21<br>FUQBIDN 12/6/21<br>FKB1DN 11/30/21<br>FJB3 11/29/21<br>FJB 2 11/19/21<br>FJBILLS 11/18/21<br>FJOE 11/16/21<br>FUJB 11/16/21<br>FJBO46 11/15/21<br>FJB 4 11/2/21<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3/21<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21 | | | |

3

WONSER_001299

| | | F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>EF FRTY6 6/21/21<br><br>Approved<br>FCC JO (FC Cincinnati logo)11/29/21 | | | |
|---|---|---|---|---|---|

Customer Service Agent 2
Bureau of Motor Vehicles Registration Support Services
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518



WONSER_001300