## Payne, Jeffrey

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Friday, July 15, 2022 10:17 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Snowball, Robert; Taylor, Carrie; Tura, John; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, July 15, 2022 10:15 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Friday, July 15, 2022 10:12 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| HALFASS<br><br>Denied | 9982 | Swearword – could be perceived as Half *ss<br><br>The vehicle is a Silver 2018 Jeep Grand Cherokee<br><br>Similar plates reviewed: | N/A | Name of our farm | ███████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are |

**PLAINTIFF'S EXHIBIT 40**

WONSER_001598

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>TTTKA 7/6/22<br>PUNKA55 7/5/22<br>A55 BOY 6/16/22<br>BUTPLUG 6/6/22<br>BHOLE98 6/2/22<br>EJOH22A 1/21/22 (complaint)<br><br>**Approved**<br>JB2 HOLE 3/31/22 | | | | profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| I GET WET<br><br><span style="color:red">Denied</span> | 9983 | Sexual – could be perceived as I Get Wet<br><br>Or Smoking PCP (638 Up in Urban Dictionary)<br><br>The vehicle is a Maroon 2005 Chevrolet Malibu<br><br>Similar plates reviewed:<br><br>**Denied:**<br>IJWTESP 7/5/22<br>VANGINA 6/2/22<br>FUWAP 5/3/22<br>KAYWAP 4/14/22<br>CUNTE 4/4/22<br>BAMA WAP 3/29/22<br>S1AYER 12/9/21<br>SL4YER (Cat Friendly logo) 10/21/21<br>PSYWHIP 10/8/21<br>PSSY PWR 9/21/21<br><br>**Approved**:<br>SHAVED (Cat Friendly Logo) 1/19/22 | N/A | Car is a rally car/dune buggy….when it rains I get soaked | ████████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| PSYGETR<br><br><span style="color:red">Denied</span> | 9982 | Sexual – could be perceived as P*ssy Getter | N/A | PSYchology Gets Every Thing Right | ████████ | 1.Contains words, combinations and/or phrases (in |

WONSER_001599

| | | | | | | |
|---|---|---|---|---|---|---|
| | | The vehicle is a Silver 2000 Toyota Echo<br><br>Similar plates reviewed:<br><br>**Denied:**<br>IJWTESP 7/5/22<br>VANGINA 6/2/22<br>FUWAP 5/3/22<br>KAYWAP 4/14/22<br>CUNTE 4/4/22<br>BAMA WAP 3/29/22<br>S1AYER 12/9/21<br>SL4YER (Cat Friendly logo) 10/21/21<br>PSYWHIP 10/8/21<br>PSSY PWR 9/21/21<br><br>**Approved**:<br>SHAVED (Cat Friendly Logo) 1/19/22 | | | | any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| THE F<br><br>Approved | 2521 | Swearword – could be perceived as The F*ck<br><br>The vehicle is a 2016 Honda Accord<br><br>Similar plates reviewed:<br><br>**Denied:**<br>EODMF 7/1/22<br>FUB4R 7/1/22<br>PHUHKEW – 5/10/22<br>O FKS – 5/10/22<br>FBOBA – 5/9/22<br>FU GOP – 5/9/22<br>FDIPG 5/5/22<br>F RND 5/5/22<br>D1L1GAF 5/4/22<br>FCK RCSM 5/2/22<br>FUC BIDN 4/28/22<br>FCKML 4/28/22 | N/A | Family Name | New Bathroom Design LLC | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

3

WONSER_001600

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TOFNSLO 4/26/22<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>RWGFY22 4/11/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21 | | | | |

WONSER_001601

| | | | | | |
|---|---|---|---|---|---|
| | | FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br><br>**Approved:**<br>LFG CLE 6/30/22<br>CPLOFP 4/20/22<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21 | | | |
| WTFUCK | 9983 | Swearword – could be perceived as What The F*ck | N/A | Asking question | ▉ | 1.Contains words, combinations |

WONSER_001602

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | The vehicle is a Brown 2014 Lincoln MKT<br><br>Similar plates reviewed:<br><br>**Denied**<br>WTFIGO 6/21/22<br>WTF JOE 6/15/22<br><br>**Approved**<br>N/A | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FOXGVN<br><br>Denied | 4510 | Swearword – could be perceived as Zero F*cks Given (with logo)<br><br>The vehicle is a Gray 2017 Jeep Wrangler<br><br>Similar plates reviewed:<br><br>**Denied**<br>O FKS – 5/10/22<br>ZROPHKS 4/5/22<br>ZERO FUK 7/23/21<br><br>**Approved**<br>N/A<br><br>\*\*another customer with last name Fox had this personalization on and Ohio State Univ logo plate from 3/23/17 until 3/14/21\*\* | Ohio State Univ | Family Name | ■■■■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| SO FJB | 9983 | Swearword – could be perceived as So F*ck Joe Biden | One Nation | Service officer first John boat | ■■■■ | 1.Contains words, combinations |

WONSER_001603

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | The vehicle is a Black 2009 Mercedes-Benz C-Class<br><br>Similar plates reviewed:<br><br>**Denied**<br>FKBIDN 7/11/22<br>FUCJB 7/8/22<br>F J B DN 6/30/22<br>FJB 8 6/28/22<br>FUCK JOE 6/22/22<br>WTF JOE 6/15/22<br>4 FJB 6/7/22<br>F JB1D3N 6/7/22<br>FB1D3N 5/31/22<br>EFORTY6 5/27/22<br>FKBYDEN 5/25/22<br>FJB 5/23/22<br>FUKB1DN 5/17/22<br>FJBBJF – 5/13/22<br>FK JO BDN 5/12/22<br>FJBNKH 4/29/22<br>FUC BIDN 4/28/22<br>FJBATH 4/4/22<br>FJB 5 3/16/22<br>FJB 4VER 3/15/22<br>FJB1LGB 3/14/22<br>F46 LGB 3/10/22<br>EFB1DEN 3/8/22<br>FJBLG46 3/7/22<br>FKBDN 3/7/22<br>FJLGB 3/4/22<br>FJOEB 3/3/22<br>FJB2O24 3/2/22<br>TRMP FJB 3/2/22<br>NEDIBJF 1/24/2022<br>FJBLOL 01/19/22<br>FKJB 1/13/22<br>FJB USA 1/3/21<br>USA FJB 12/22/21<br>F BDN 12/13/21<br>FK JOE 12/10/21<br>FUQBIDN 12/6/21<br>FKB1DN 11/30/21 | Under God | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

7

WONSER_001604

| | | | | | |
|---|---|---|---|---|---|
| | | FJB3 11/29/21<br>FJB 2 11/19/21<br>FJBILLS 11/18/21<br>FJOE 11/16/21<br>FUJB 11/16/21<br>FJBO46 11/15/21<br>FJB 4 11/2/21<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3/21<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br><br>**Approved**<br>FCC JO (FC Cincinnati logo)11/29/21 | | | |
| T1NYPP<br><br>Denied | 9983 | Sexual – could be perceived as Tiny P*nis<br><br>The vehicle is a White 2006 Toyota Tacoma<br><br>Similar plates reviewed:<br><br>**Denied:**<br>OCK (on a Cleveland Guardians plate) 5/19/22 | Stop Bullying | Stop bullying me because I have a big truck and think I have a small pp | ████ 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), |

WONSER_001605

| | | | | | |
|---|---|---|---|---|---|
| | | B1GDNRG 5/9/22<br>DONGWEE 4/18/22<br>DRU P WNG 4/14/22<br>LEAKY PP 3/31/22<br>GOMD 304 2/28/22<br>BGDKNRG 2/10/22<br>AH DICK 1/31/22<br>THA DONG 1/11/22<br>BIGD96 12/13/21<br>SFTWAB 12/6/21<br>PPEVENT 12/3/21<br>SMO1 PP 10/15/21<br>DYCK 10/6/21<br>D1KF1TZ 9/15/21<br>PPBIG 8/20/21<br>SUGMA PP 8/2/21<br>4SKIN 7/26/21<br>HUNGWELL 7/15/21<br><br>**Approved**<br>BDDFC 5/23/22<br>LILPEPE 10/13/21 | | | obscene, sexually explicit, or scatological (feces or excrement). |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov



9

WONSER_001606