# Ohio | Department of Public Safety

**Mike DeWine,** Governor
**Jon Husted,** Lt. Governor

**Thomas J. Stickrath,** Director
**Robin McGuire Rose,** Chief Legal Counsel

July 19, 2022

*Via e-mail and regular US Mail*
Brian D. Bardwell
Speech Law LLC
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113

Dear Mr. Bardwell:

I am writing in response to your letter of July 14, 2022, demanding that the Ohio Bureau of Motor Vehicles (BMV) reverse its denial of the specialized license plate applied for by your client, Jeffrey Wonser, and make guarantees of how it will carry out its functions in the future. The BMV declines your demand.

The BMV properly reviewed Mr. Wonser's application for a special reserve (personalized) license plate. After the BMV rejected Mr. Wonser's requested personalization, he appealed. The registrar did not approve the personalization and Mr. Wonser was notified of this result in writing. It should be noted that Mr. Wonser has provided varying explanations for the meaning of his requested personalization, "F46 LGB."

Mr. Wonser can use the online specialized plates lookup to see what Ohio personalized plates are still available. The lookup can be found here: Ohio BMV - Online Services  There are available options using the basis of the requested personalization including "LGB NO 46" and "LGB NOW." Many personalized license plate configurations containing both "46" and "LGB" have been issued and are unavailable.

Regarding the current status of the law, I am not able to provide you with legal advice.

Please contact me if you have any questions.

Sincerely,

Heather H. Coglianese
Associate Legal Counsel

**PLAINTIFF'S EXHIBIT**
**41**

1970 West Broad Street
P.O. Box 182081
Columbus, Ohio 43218-2081

WONSER_003719