**Payne, Jeffrey**

---

| | |
|---|---|
| **From:** | Berger, Brenda |
| **Sent:** | Tuesday, July 26, 2022 10:48 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John |
| **Subject:** | FW: Invalid and Inappropriate Plates (Revised) |
| **Importance:** | High |

---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, July 26, 2022 10:46 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates (Revised)
**Importance:** High

See responses below:

---

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Tuesday, July 26, 2022 10:31 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates (Revised)
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BOOBEE<br><br>Approved | 9982 | Boobies<br><br>Similar plates reviewed:<br><br>**Denied:**<br>LVBOOBS 6/22/22<br>SHO TITZ 5/24/22<br>8008135 3/16/22<br>TITTAYS 3/2/22 | n/a | Nickname | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and |

PLAINTIFF'S EXHIBIT

**42**

WONSER_001799

| | | | | | | |
|---|---|---|---|---|---|---|
| | | S318OOB 1/11/22 BIGTITS 12/7/21 TITPINK 12/6/21 TITSOUT 11/3/21 T1DD13S 11/1/21 4K BOOBZ 10/20/21 C TITTY 10/12/21 T1TTY 8/24/21 **Approved:** BEWBIES 06/28/22 **(on appeal)** TTVAGV 8/6/21 BEWBS 7/13/21 | | | | expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| KILL M Denied | 8305 | Kill M Similar plates reviewed: **Denied** CHOKE ME 3/8/22 | N/A | What I call my car | ███ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities. |
| MCMASFK Denied | 5758 | Mid Century and Modern as F*ck Similar plates reviewed: **Denied** FASSTAF 4/18/22 AWOKE AF 4/5/22 | N/A | Mid Century Modern and Furniture | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

WONSER_001800

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FAT AF 4/5/22<br>BUJEE AF 4/5/22<br>SLWAF 4/1/22<br>COLD ASF 3/30/22<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22<br>SKRRT AF 2/28/22<br>FAST AZF 2/17/22<br>TXN AF 2/4/22<br>DOGSAF 2/2/22<br>KABUL AF 1/19/22<br>GRNASF1/3/22<br>ITSJPAF 12/16/21<br>BD AF 12/15/21<br>HARD AF 12/14/21<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21 | | | | is,<br>swearwords and expletives),<br>obscene,<br>sexually explicit, or scatological (feces or excrement) |

WONSER_001801

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FRSHASF 8/19/21 WIDE AF 8/16/21 AMMO AF 8/13/21 MINI AF 8/12/21 PAGAN AF 8/3/21 RED AF 7/27/21 BRKE AF 7/23/21 **Approved** N/A | | | | |
| RX DEALR  Denied | 9983 | Illegal activity Drug Dealer  **Denied:** DRG DELR 6/17/22 GNRL KLR 4/26/22 KIL SHOT 3/24/22 B1CHOTA 11/29/21 BICHOTA 10/15/21 BMFDBOY 7/27/21 BMFPLUG 7/27/21  **Approved:** BGR SUGR 5/24/22 | N/A | I am a pharmacist | ■ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities. |
| SHAGNN  Denied | 9995 | Sexually explicit. A play on words for Shagging wagon.  Customer has had plate since at least 2007.  Similar plates reviewed:  **Denied** | N/A | | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and |

4

WONSER_001802

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SGNWGON 12/3/21 SHAG SW 11/4/21 SHG WGN 7/8/21 **Approved** N/A | | | | expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FK DNT<br><br>Denied | 4714 | F*ck Don't<br><br>Similar plates reviewed:<br><br>**Denied**<br>FASSTAF 4/18/22<br>AWOKE AF 4/5/22<br>FAT AF 4/5/22<br>BUJEE AF 4/5/22<br>SLWAF 4/1/22<br>COLD ASF 3/30/22<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22<br>SKRRT AF 2/28/22<br>FAST AZF 2/17/22<br>TXN AF 2/4/22<br>DOGSAF 2/2/22<br>KABUL AF 1/19/22<br>GRNASF1/3/22<br>ITSJPAF 12/16/21<br>BD AF 12/15/21<br>HARD AF 12/14/21<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21 | Superman | Fortnight Danny Nick Trish | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br><br>**Approved**<br>N/A | | | | |
| ROYLPP1<br><br><span style="color:red">Denied – ROYLPPL is available.</span> | 9983 | Sexual – could be perceived as royal penis<br><br>Similar plates reviewed:<br><br>**Denied**<br>DYCK 10/6/21<br>D1KF1TZ 9/15/21<br>PPBIG 8/20/21<br>SUGMA PP 8/2/21 | N/A | It's the color which is 1 year nly and the type of vehicle which is a performance package car | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), |

6

WONSER_001804

| | | | | | obscene, sexually explicit, or scatological (feces or excrement). |
|---|---|---|---|---|---|
| | 4SKIN<br>7/26/21<br><br>**Approved**<br>LILPEPE<br>10/13/21 | | | | |

Brenda Berger
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-752-7518
bberger@dps.ohio.gov



WONSER_001805