**Payne, Jeffrey**

---

| | |
|---|---|
| **From:** | Berger, Brenda |
| **Sent:** | Tuesday, August 23, 2022 10:18 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Snowball, Robert; Taylor, Carrie; Tura, John |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, August 23, 2022 10:06 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

---

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Tuesday, August 23, 2022 9:58 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BMFBOSS<br><br>Denied | 5904 | Swearword – Bad Mother F*cking Boss<br><br>**Denied:**<br>BAMFGTR 08/22/22<br>KOTJMF 08/09/22<br>IMA MF G 8/8/22<br>BMFS 33 7/19/22<br>SLOMF 7/18/22<br>EODMF 7/1/202 | N/A | Kids Names, Brian, Maria, Frankie | ▇▇▇▇ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are |

PLAINTIFF'S EXHIBIT

**44**

WONSER_001764

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MFCEO 98 10/5/21<br>HWMF 11 8/2721<br><br>**Approved**<br>N/A | | | | profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| F4STASF<br><br><span style="color:red">Denied</span> | 9983 | Swearword – perceived as Fast as F*ck<br><br>Similar plates reviewed:<br><br>**Denied:**<br>FKRY 8/3/22<br>GO FU 8/3/22<br>4FCKSKS 8/2/22<br>IDGAF1 7/27/22<br>FDAVE 7/25/22<br>FF RNGR 7/25/22<br>BMFS 33 7/19/22<br>FUDUC 7/19/22<br>SLOMF 7/18/22<br>EODMF 7/1/2022<br>FN RANGR 6/21/22<br>TA92FFR 6/16/22<br>FX4 FFR 5/23/22<br>FFRANGR 5/11/22<br>PHUHKEW 5/10/22<br>O FKS 5/10/22<br>FBOBA 5/9/22<br>FU GOP 5/9/22<br>FDIPG 5/5/22<br>F RND 5/5/22<br>FCK RCSM 5/2/22<br>FCKML 4/28/22<br>TOFNSLO 4/26/22<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>RWGFY22 4/11/22 | N/A | Fast | ■■ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_001765

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21 | | | | |

WONSER_001766

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br><br>**Approved:**<br>THE F 7/15/22<br>CPLOFP 4/20/22<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21 | | | | |
| GFYM 556<br><br>Denied | 9983 | Swearword- perceived as Go F*ck your mother 556<br><br>Similar plates reviewed:<br><br>**Denied:**<br>GOFYM 08/22/22<br>FKRY 8/3/22<br>GO FU 8/3/22 | N/A | Going for Your money and semi truck number | ███████ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are |

4

WONSER_001767

| | | | | | |
|---|---|---|---|---|---|
| | | 4FCKSKS 8/2/22<br>IDGAF1 7/27/22<br>FDAVE 7/25/22<br>FF RNGR 7/25/22<br>BMFS 33 7/19/22<br>FUDUC 7/19/22<br>SLOMF 7/18/22<br>EODMF 7/1/2022<br>FN RANGR 6/21/22<br>TA92FFR 6/16/22<br>FX4 FFR 5/23/22<br>FFRANGR 5/11/22<br>PHUHKEW 5/10/22<br>O FKS 5/10/22<br>FBOBA 5/9/22<br>FU GOP 5/9/22<br>FDIPG 5/5/22<br>F RND 5/5/22<br>FCK RCSM 5/2/22<br>FCKML 4/28/22<br>TOFNSLO 4/26/22<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>RWGFY22 4/11/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22 | | | | profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_001768

| | | | | | |
|---|---|---|---|---|---|
| | | 2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721 | | | |

WONSER_001769

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br><br>**Approved:**<br>THE F 7/15/22<br>CPLOFP 4/20/22<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21 | | | | |
| PLZ B 18<br><br>Denied | 1712 | Asking if person is old enough to have relations.<br><br>Similar plates reviewed:<br><br>DENIED<br>n/a<br><br>APPROVED<br>n/a | n/a | Please be 18 | ▮▮▮ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities. |
| STOCKAF<br><br>Denied | 9983 | Perceived as Stock as F*ck<br><br>Similar plates reviewed:<br><br>**Denied**<br>USLOWAF 7/14/22<br>BUJIE AF 7/7/22<br>N3RD AFK 7/6/22<br>FST ASF 6/27/22<br>KIDUS AF 6/24/22<br>CUTEAF 5/11/2022<br>SIKAZF – 5/10/22 | N/A | Car is in stock condition | ▮▮▮ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords |

7

WONSER_001770

| | | | | | | |
|---|---|---|---|---|---|---|
| | | AWOKE AF 4/5/22<br>FAT AF 4/5/22<br>BUJEE AF 4/5/22<br>SLWAF 4/1/22<br>COLD ASF 3/30/22<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22<br>SKRRT AF 2/28/22<br>FAST AZF 2/17/22<br>TXN AF 2/4/22<br>DOGSAF 2/2/22<br>KABUL AF 1/19/22<br>GRNASF1/3/22<br>ITSJPAF 12/16/21<br>BD AF 12/15/21<br>HARD AF 12/14/21<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br><br>**Approved**<br>HDAF 7/12/22 | | | | and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| 2A FJB<br><br>Denied | 9983 | Perceived as F*ck Joe Biden<br><br>Similar plates reviewed:<br><br>**Denied** | Veteran Army | 2alpha is army special forces and first letter of my dads name and 2 brothers | ██████ | 1. Contains words, combinations and/or phrases (in any language and when |

WONSER_001771

| | | | | | |
|---|---|---|---|---|---|
| | | KDRK FJB 08/02/22<br>SO FJB 7/15/22<br>FKBIDN 7/11/22<br>FUCJB 7/8/22<br>F J B DN 6/30/22<br>FJB 8 6/28/22<br>FUCK JOE 6/22/22<br>WTF JOE 6/15/22<br>4 FJB 6/7/22<br>F JB1D3N 6/7/22<br>FB1D3N 5/31/22<br>EFORTY6 5/27/22<br>FKBYDEN 5/25/22<br>FJB 5/23/22<br>FUKB1DN 5/17/22<br>FJBBJF – 5/13/22<br>FK JO BDN 5/12/22<br>FJBNKH 4/29/22<br>FUC BIDN 4/28/22<br>FJBATH 4/4/22<br>FJB 5 3/16/22<br>FJB 4VER 3/15/22<br>FJB1LGB 3/14/22<br>F46 LGB 3/10/22<br>EFB1DEN 3/8/22<br>FJBLG46 3/7/22<br>FKBDN 3/7/22<br>FJLGB 3/4/22<br>FJOEB 3/3/22<br>FJB2O24 3/2/22<br>TRMP FJB 3/2/22<br>NEDIBJF 1/24/2022<br>FJBLOL 01/19/22<br>FKJB 1/13/22<br>FJB USA 1/3/21<br>USA FJB 12/22/21<br>F BDN 12/13/21<br>FK JOE 12/10/21<br>FUQBIDN 12/6/21<br>FKB1DN 11/30/21<br>FJB3 11/29/21<br>FJB 2 11/19/21<br>FJBILLS 11/18/21<br>FJOE 11/16/21<br>FUJB 11/16/21<br>FJBO46 11/15/21<br>FJB 4 11/2/21<br>FJBLGB 11/8/21 | | that served in military | | read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

9

WONSER_001772

| | | | | | | |
|---|---|---|---|---|---|---|
| | | LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3/21<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br><br>**Approved**<br>FCC JO (FC Cincinnati logo)11/29/21 | | | | |
| BAZTRK<br><br>Denied | 9982 | Bad A** truck | Cardinal | Nickname plus abbreviation for truck | ██████ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_001773

Brenda Berger
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-752-7518
bberger@dps.ohio.gov



WONSER_001774