Gmail

Brian Bardwell <brian.bardwell@speech.law>

## Special License Plate Denial

**Brian Bardwell** <brian.bardwell@speech.law>                                    Wed, Apr 24, 2024 at 6:48 PM
To: "hhcoglianese@dps.ohio.gov" <hhcoglianese@dps.ohio.gov>

Hi, Heather.

My client continues to be interested in obtaining the license plate we previously discussed. He attempted to do so yesterday, but the website wouldn't allow it.

I understand that since we discussed this, there has been a change of leadership at both ODPS and the BMV, so I wanted to ask whether those personnel changes have resulted in any policy changes that would affect the BMV's previous decision on this license plate.

Please let me know.

Thanks,

Brian D. Bardwell
Speech Law LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195
brian.bardwell@speech.law
www.speech.law

[Quoted text hidden]



PLAINTIFF'S
EXHIBIT

**47**

WONSER_003720