| PLATE # | DENIAL DATE |
| --- | --- |
| EFFGAS1 | 9/13/2022 |
| FJBHD | 9/13/2022 |
| TURD BRD | 9/13/2022 |
| LES CHNX | 9/13/2022 |
| DTFU | 9/12/2022 |
| SHIT MPG | 9/12/2022 |
| PHKERE | 9/12/2022 |
| PHKERY | 9/12/2022 |
| FUXOFF | 9/9/2022 |
| YEFKNHA | 9/9/2022 |
| DT24FJB | 9/8/2022 |
| FUTA | 9/8/2022 |
| IM A POS | 9/8/2022 |
| FKN DEAD | 9/7/2022 |
| H8FULAF | 9/7/2022 |
| STFUR | 9/7/2022 |
| BURGLE | 9/7/2022 |
| 1BDMFR | 9/6/2022 |
| 5 SLOW AF | 9/6/2022 |
| LGBFJB7 | 9/6/2022 |
| LOT LZRD | 9/6/2022 |
| OMWTFUG | 9/6/2022 |
| LICKER | 9/6/2022 |
| PIIMP | 9/2/2022 |
| FBIDIN | 9/2/2022 |
| MILFWGN | 9/1/2022 |
| CVNT | 9/1/2022 |
| SALTY AF | 8/29/2022 |
| PIMPAL4 | 8/29/2022 |
| OG BEANR | 8/29/2022 |
| MURD3R | 8/29/2022 |
| FJB 6 | 8/29/2022 |
| EW WTF | 8/29/2022 |
| BALZ OUT | 8/29/2022 |
| ASSHOJE | 8/29/2022 |
| BGDICK | 8/26/2022 |
| BISCH | 8/25/2022 |
| FUCKHER | 8/25/2022 |
| PHO Q2 | 8/25/2022 |
| KKKB22 | 8/24/2022 |
| BMFBOSS | 8/23/2022 |
| F4STASF | 8/23/2022 |
| GFYM556 | 8/23/2022 |
| PLZB18 | 8/23/2022 |
| STOCKAF | 8/23/2022 |
| 2AFJB | 8/23/2022 |



PLAINTIFF'S EXHIBIT
48

WONSER_002004

| | |
|---|---|
| BAMFGTR | 8/22/2022 |
| EATMYAZ | 8/22/2022 |
| GOFYM | 8/22/2022 |
| IH8PPPL | 8/22/2022 |
| IH8OHIO | 8/22/2022 |
| SLOWA5F | 8/22/2022 |
| WLHUNG1 | 8/19/2022 |
| BCH PLZ E | 8/18/2022 |
| MOV3HOE | 8/18/2022 |
| SUP BCHS | 8/18/2022 |
| MRIFYB | 8/18/2022 |
| CARALHO | 8/17/2022 |
| BLUBISH | 8/16/2022 |
| BO085 | 8/16/2022 |
| HOES | 8/16/2022 |
| KRM FAFO | 8/16/2022 |
| SH1TR FL | 8/16/2022 |
| SHAG GR8 | 8/16/2022 |
| ANAL | 8/16/2022 |
| SUCCME | 8/15/2022 |
| FKM1CH | 8/15/2022 |
| AJIZZLE | 8/12/2022 |
| FK 7 | 8/12/2022 |
| GT FKT | 8/12/2022 |
| JST FAFO | 8/12/2022 |
| DAAMMDJ | 8/12/2022 |
| STU KATS | 8/12/2022 |
| SNAFU4 | 8/12/2022 |
| UMFKNRT | 8/12/2022 |
| EFN HEMI | 8/11/2022 |
| IDGAF | 8/11/2022 |
| PKLPMP | 8/11/2022 |
| HOWDY HO | 8/10/2022 |
| POP1MPN | 8/10/2022 |
| RATEDX | 8/10/2022 |
| SHTSHO | 8/9/2022 |
| KOTJMF | 8/9/2022 |
| 2FASTFU | 8/8/2022 |
| FAFO 89 | 8/8/2022 |
| IMA MF G | 8/8/2022 |
| POOOP | 8/8/2022 |
| WTFERY | 8/8/2022 |
| MVB1CH | 8/8/2022 |
| DICK247 | 8/8/2022 |
| FKRY | 8/3/2022 |
| GO FU | 8/3/2022 |
| GOTRAMD | 8/3/2022 |

WONSER_002005

| | |
|---|---|
| GRMNPOS | 8/3/2022 |
| POSVW | 8/3/2022 |
| SCI BTCH | 8/3/2022 |
| STU KATZ | 8/3/2022 |
| 4FCKSKS | 8/2/2022 |
| 513 HBIC | 8/2/2022 |
| AHWMF | 8/2/2022 |
| BNGQUIF | 8/2/2022 |
| EVIL AF | 8/2/2022 |
| KDRK FJB | 8/2/2022 |
| PSSY247 | 8/2/2022 |
| RBF JEEP | 8/2/2022 |
| IH8RJ | 8/1/2022 |
| RLBDBSH | 8/1/2022 |
| GETSUKD | 7/29/2022 |
| EFFME | 7/29/2022 |
| OFUXG | 7/29/2022 |
| S 3 X | 7/29/2022 |
| USA F YEA | 7/29/2022 |
| W4NKER | 7/29/2022 |
| CERTMLF | 7/29/2022 |
| 9 CHOOCH | 7/28/2022 |
| BCHOTA | 7/28/2022 |
| ICUP | 7/28/2022 |
| BA11ZAC | 7/27/2022 |
| BIHPLZ | 7/27/2022 |
| IDGAF1 | 7/27/2022 |
| FK DNT | 7/26/2022 |
| KILLM | 7/26/2022 |
| MCMASFK | 7/26/2022 |
| ROYLPP1 | 7/26/2022 |
| RX DEALR | 7/26/2022 |
| SHAGNN | 7/26/2022 |
| BEANER | 7/25/2022 |
| FDAVE | 7/25/2022 |
| FFRANGR | 7/25/2022 |
| SHSUX1 | 7/25/2022 |
| DOOKIE | 7/21/2022 |
| GET RAMD | 7/21/2022 |
| KXKKX | 7/21/2022 |
| PHA QU | 7/21/2022 |
| VIADO | 7/21/2022 |
| BAD BCH1 | 7/20/2022 |
| SHIZZ | 7/20/2022 |
| JIZZ | 7/20/2022 |
| HIT | 7/20/2022 |
| BMFS 33 | 7/19/2022 |

WONSER_002006

| | |
|---|---|
| FUDUC | 7/19/2022 |
| GPMERDE | 7/19/2022 |
| 6 BLOW ME | 7/18/2022 |
| FAFO RR | 7/18/2022 |
| NO HOES | 7/18/2022 |
| POOOPY | 7/18/2022 |
| SLOMF | 7/18/2022 |
| TROLLOP | 7/18/2022 |
| LFG 9 | 7/18/2022 |
| LFGCBJ | 7/18/2022 |
| FOXGVN | 7/15/2022 |
| HALFASS | 7/15/2022 |
| I GET WET | 7/15/2022 |
| PSYGETR | 7/15/2022 |
| SO FJB | 7/15/2022 |
| T1NYPP | 7/15/2022 |
| WTFUCK | 7/15/2022 |
| EATCHIT | 7/14/2022 |
| PHQYU85 | 7/14/2022 |
| USLOWAF | 7/14/2022 |
| J XXX B | 7/12/2022 |
| FKBIDN | 7/11/2022 |
| ODNZ NTZ | 7/11/2022 |
| FUCJB | 7/8/2022 |
| NWA4EVR | 7/8/2022 |
| BITCHHH | 7/7/2022 |
| BUJIE AF | 7/7/2022 |
| CDIKCUM | 7/6/2022 |
| HUSSY | 7/6/2022 |
| N3RD AFK | 7/6/2022 |
| TTTKA | 7/6/2022 |
| SIHTBOX | 7/6/2022 |
| SH1TBX | 7/6/2022 |
| F12K | 7/5/2022 |
| GOT2POU | 7/5/2022 |
| IJWTESP | 7/5/2022 |
| PUNKA55 | 7/5/2022 |
| UNFUKR | 7/5/2022 |
| FUB4R | 7/1/2022 |
| EODMF | 7/1/2022 |
| SLO HOE | 6/30/2022 |
| F J B DN | 6/30/2022 |
| FJB 8 | 6/28/2022 |
| FILTHY B | 6/28/2022 |
| BEWBIES | 6/28/2022 |
| 1H8YALL | 6/27/2022 |
| BDMF | 6/27/2022 |

WONSER_002007

| | |
|---|---|
| BMFS42 | 6/27/2022 |
| DRTY HKR | 6/27/2022 |
| FNRUSTY | 6/27/2022 |
| FST ASF | 6/27/2022 |
| FUUK GAS | 6/27/2022 |
| FYB OMW | 6/27/2022 |
| HDMLF | 6/27/2022 |
| I LIKE 69 | 6/27/2022 |
| TK DASHT | 6/27/2022 |
| U MF WILD | 6/24/2022 |
| RAM BUTT | 6/24/2022 |
| KIDUS AF | 6/24/2022 |
| SHIZYL | 6/23/2022 |
| FUCK JOE | 6/22/2022 |
| H8PEOPL | 6/22/2022 |
| LVBOOBS | 6/22/2022 |
| MFSUSHI | 6/22/2022 |
| MILF D8R | 6/22/2022 |
| SMUGGLR | 6/22/2022 |
| WTFIT | 6/22/2022 |
| FN RANGR | 6/21/2022 |
| LEXXXI | 6/21/2022 |
| POOZLE | 6/21/2022 |
| R4MDH3R | 6/21/2022 |
| WTFIGO | 6/21/2022 |
| OOFACE | 6/21/2022 |
| DYELIB | 6/21/2022 |
| DRG DELR | 6/17/2022 |
| B1GPMPN | 6/17/2022 |
| SHAG VAN | 6/16/2022 |
| TA92FFR | 6/16/2022 |
| A55 BOY | 6/16/2022 |
| 1BMFER1 | 6/16/2022 |
| ZFGMF | 6/15/2022 |
| WTF JOE | 6/15/2022 |
| OMW2WH | 6/15/2022 |
| GIR BISH | 6/15/2022 |
| GASFML | 6/14/2022 |
| M1LFMBL | 6/14/2022 |
| MYYHOE | 6/14/2022 |
| TANG ETR | 6/14/2022 |
| T8R THOT | 6/13/2022 |
| DSNTZ | 6/13/2022 |
| N8H1GGR | 6/10/2022 |
| RDMF | 6/9/2022 |
| LLIGMA | 6/8/2022 |
| HATE M | 6/8/2022 |

WONSER_002008

| | |
|---|---|
| 4 FJB | 6/7/2022 |
| F JB1D3N | 6/7/2022 |
| JJBH8TN | 6/7/2022 |
| AUMF | 6/6/2022 |
| BMF RON | 6/6/2022 |
| BUTPLUG | 6/6/2022 |
| CTSVFJB | 6/6/2022 |
| FA1FO | 6/6/2022 |
| H8 MY ST8 | 6/6/2022 |
| NMFW | 6/6/2022 |
| FUGM | 6/3/2022 |
| BOFADZ | 6/3/2022 |
| 1 DAM NGO | 6/2/2022 |
| AF JEEP 1 | 6/2/2022 |
| VANGINA | 6/2/2022 |
| BHOLE98 | 6/2/2022 |
| HAFADA | 6/2/2022 |
| OHSHIT | 6/1/2022 |
| FAFOUT | 6/1/2022 |
| PHUC | 6/1/2022 |
| FB1D3N | 5/31/2022 |
| EFORTY6 | 5/27/2022 |
| SH1TSHO | 5/27/2022 |
| OMWTYNH | 5/26/2022 |
| POLAK | 5/25/2022 |
| HWMF1 | 5/25/2022 |
| FUKEM | 5/25/2022 |
| FMLY JWL | 5/25/2022 |
| FKBYDEN | 5/25/2022 |
| I 8 HER | 5/24/2022 |
| SHO TITZ | 5/24/2022 |
| NO F BOIZ | 5/24/2022 |
| FKUIL | 5/24/2022 |
| DT B A DK | 5/24/2022 |
| BIGJIZZ | 5/24/2022 |
| LTLCKR | 5/24/2022 |
| EAZY HOE | 5/23/2022 |
| FJB | 5/23/2022 |
| FX4 FFR | 5/23/2022 |
| OHHFJB | 5/23/2022 |
| OMW2HYL | 5/23/2022 |
| BOSSH1T | 5/20/2022 |
| xkx | 5/20/2022 |
| PLSKYS | 5/20/2022 |
| DZ NUTTS | 5/19/2022 |
| BRIKDUP | 5/19/2022 |
| EATSASS | 5/19/2022 |

WONSER_002009

| | |
|---|---|
| H8URFCE | 5/19/2022 |
| IC2FYB | 5/19/2022 |
| OCK | 5/19/2022 |
| FUAH | 5/19/2022 |
| UKKAK3 | 5/18/2022 |
| CUTEBSH | 5/18/2022 |
| OMW2MBH | 5/18/2022 |
| LOLICON | 5/18/2022 |
| B1TCHY | 5/17/2022 |
| FUKB1DN | 5/17/2022 |
| D33Z NTZ | 5/16/2022 |
| WHT TOES | 5/16/2022 |
| FA N FO | 5/13/2022 |
| FJBBJF | 5/13/2022 |
| G FK URSL | 5/13/2022 |
| KXKXXK | 5/13/2022 |
| GETFKT | 5/12/2022 |
| LIGGMA | 5/12/2022 |
| FKJB LGB | 5/12/2022 |
| FK JO BDN | 5/12/2022 |
| NO BICHS | 5/11/2022 |
| CUTEAF | 5/11/2022 |
| FFRANGR | 5/11/2022 |
| MF NL TCH | 5/11/2022 |
| THZXXX | 5/11/2022 |
| SIKAZF | 5/10/2022 |
| RICEBAG | 5/10/2022 |
| PHUHKEW | 5/10/2022 |
| ofks | 5/10/2022 |
| DAMN RAM | 5/10/2022 |
| B1GDNRG | 5/9/2022 |
| PRISSY B | 5/9/2022 |
| FU GOP | 5/9/2022 |
| FBOBA | 5/9/2022 |
| BADAZZ8 | 5/9/2022 |
| SH4GGIN | 5/6/2022 |
| BDAZ 37 | 5/6/2022 |
| BETCH 01 | 5/6/2022 |
| FUKRW | 5/6/2022 |
| STROKM3 | 5/5/2022 |
| FDIPG | 5/5/2022 |
| F RND | 5/5/2022 |
| ASSHATT | 5/4/2022 |
| CRAZYHO | 5/4/2022 |
| D1L1GAF | 5/4/2022 |
| FUEL HOE | 5/4/2022 |
| OFA DZ | 5/4/2022 |

WONSER_002010

| | |
|---|---|
| FUK U HO | 5/3/2022 |
| FUWAP | 5/3/2022 |
| IEAT455 | 5/3/2022 |
| NAM ZZA | 5/3/2022 |
| SLDAF | 5/3/2022 |
| 75SFMF | 5/3/2022 |
| SLOAZF | 5/3/2022 |
| FCK RCSM | 5/2/2022 |
| ROBBICH | 5/2/2022 |
| YO GFY | 5/2/2022 |
| FJBNKH | 4/29/2022 |
| MSBICHY | 4/29/2022 |
| FCKML | 4/28/2022 |
| FUC BIDN | 4/28/2022 |
| BIG BISH | 4/27/2022 |
| 1SHTY | 4/26/2022 |
| CAMDASF | 4/26/2022 |
| CMLTOE | 4/26/2022 |
| GNRL KLR | 4/26/2022 |
| MGABTCH | 4/26/2022 |
| TMGDM | 4/26/2022 |
| TOFNSLO | 4/26/2022 |
| TRANSAF | 4/26/2022 |
| MCM1LF | 4/26/2022 |
| CUMMM | 4/26/2022 |
| BKT ASS | 4/25/2022 |
| F JEEPS | 4/25/2022 |
| MASTR AF | 4/25/2022 |
| NOT2BFW | 4/25/2022 |
| POS BUG | 4/25/2022 |
| SHAESHT | 4/25/2022 |
| EOSBISH | 4/22/2022 |
| DMN BOOG | 4/21/2022 |
| GFYM8 | 4/20/2022 |
| CATEATR | 4/19/2022 |
| OMYTFYM | 4/19/2022 |
| PHUK YU | 4/19/2022 |
| TTFAN | 4/19/2022 |
| CUM DUMP | 4/18/2022 |
| DONGWEE | 4/18/2022 |
| E3ATA55 | 4/18/2022 |
| FASSTAF | 4/18/2022 |
| FUKNHIC | 4/18/2022 |
| PHUHQUU | 4/18/2022 |
| 1NJNS | 4/15/2022 |
| BAGOD1X | 4/15/2022 |
| FFRDRGR | 4/15/2022 |

WONSER_002011

| | |
|---|---|
| ME MAMMY | 4/15/2022 |
| DRU P WNG | 4/14/2022 |
| FK BID3N | 4/14/2022 |
| KAYWAP | 4/14/2022 |
| POS2 | 4/14/2022 |
| TNIZZLE | 4/14/2022 |
| ASSSSA | 4/13/2022 |
| PHUCJB | 4/13/2022 |
| XXXADDY | 4/13/2022 |
| CRANKY B | 4/12/2022 |
| FJBRHEC | 4/12/2022 |
| L9BFJB2 | 4/12/2022 |
| EFF J B | 4/12/2022 |
| FJB1DN | 4/12/2022 |
| DRTYHO3 | 4/11/2022 |
| NO FK BYS | 4/11/2022 |
| PHUHKET | 4/11/2022 |
| RWGFY22 | 4/11/2022 |
| DGAF3 | 4/8/2022 |
| DS NUTTZ | 4/8/2022 |
| FKNTINA | 4/8/2022 |
| PRTY BCH | 4/7/2022 |
| OTW2FYG | 4/6/2022 |
| SHAGON | 4/6/2022 |
| THATHO | 4/6/2022 |
| AWOKE AF | 4/5/2022 |
| FAT AF | 4/5/2022 |
| FKN BRIK | 4/5/2022 |
| FNLARKY | 4/5/2022 |
| ZROPHKS | 4/5/2022 |
| BUJEE AF | 4/4/2022 |
| CUNTE | 4/4/2022 |
| FPTSD | 4/4/2022 |
| BADA22 | 4/4/2022 |
| FJBATH | 4/4/2022 |
| FUKOF | 4/4/2022 |
| SHYTBX | 4/1/2022 |
| SLWAF | 4/1/2022 |
| FAFO57 | 3/31/2022 |
| LEAKY PP | 3/31/2022 |
| SMOKHOZ | 3/31/2022 |
| COLD ASF | 3/30/2022 |
| HONK3Y | 3/30/2022 |
| ODBMF | 3/30/2022 |
| BADHOOE | 3/29/2022 |
| BAMA WAP | 3/29/2022 |
| BIGNUTZ | 3/29/2022 |

WONSER_002012

| | |
|---|---|
| FAF BO1 | 3/28/2022 |
| FUCK1T | 3/28/2022 |
| H8T PPL | 3/28/2022 |
| LTRBTCH | 3/28/2022 |
| IH8ERY1 | 3/25/2022 |
| FUK COLL | 3/24/2022 |
| KIL SHOT | 3/24/2022 |
| WATNASS | 3/24/2022 |
| FAHGOT | 3/24/2022 |
| FAAQU | 3/22/2022 |
| FU2TINI | 3/22/2022 |
| HOEWAGN | 3/22/2022 |
| KALI A MF | 3/22/2022 |
| MFSHTBX | 3/21/2022 |
| ROTARD | 3/21/2022 |
| TITS 55 | 3/21/2022 |
| B1CH N 58 | 3/18/2022 |
| M1LFWGN | 3/18/2022 |
| WHT PWR 6 | 3/17/2022 |
| FJB 5 | 3/16/2022 |
| 8008135 | 3/16/2022 |
| BLUBAL5 | 3/15/2022 |
| FJB 4EVER | 3/15/2022 |
| SH1T4LK | 3/15/2022 |
| 370HSSA | 3/14/2022 |
| BUKNSHT | 3/14/2022 |
| FJB1LGB | 3/14/2022 |
| G SHIT | 3/14/2022 |
| KIA F9 AF | 3/14/2022 |
| PTTYAF | 3/14/2022 |
| F46 LGB | 3/10/2022 |
| FN NERD | 3/10/2022 |
| FNGUMBO | 3/10/2022 |
| PHUQQUE | 3/10/2022 |
| CYABISH | 3/9/2022 |
| CHOKE ME | 3/8/2022 |
| DAT BISH | 3/8/2022 |
| EFB1DEN | 3/8/2022 |
| LOWD ASF | 3/8/2022 |
| RAT3D X | 3/8/2022 |
| WTFYB | 3/8/2022 |
| BRO HOE | 3/7/2022 |
| FJBLG46 | 3/7/2022 |
| FKBDN | 3/7/2022 |
| I C WIENR | 3/7/2022 |
| OFCKS | 3/7/2022 |
| POOPBOX | 3/7/2022 |

WONSER_002013

| | |
|---|---|
| TITSOAK | 3/7/2022 |
| OPHUX | 3/7/2022 |
| BOOTARD | 3/7/2022 |
| FJLGB | 3/4/2022 |
| MRS AZZ | 3/4/2022 |
| SHIIIID | 3/4/2022 |
| BKSPADE | 3/3/2022 |
| FJOEB | 3/3/2022 |
| WTF WE DO | 3/3/2022 |
| FJB2O24 | 3/2/2022 |
| L8RBISH | 3/2/2022 |
| TRMP FJB | 3/2/2022 |
| TITTAYS | 3/2/2022 |
| FBGM DOM | 3/1/2022 |
| FINE AF | 3/1/2022 |
| HEFF AF | 3/1/2022 |
| SHITBX | 3/1/2022 |
| EZNUTZ | 3/1/2022 |
| 4DR MOHO | 2/28/2022 |
| BLKFCE5 | 2/28/2022 |
| GOMD 304 | 2/28/2022 |
| MFCAMBO | 2/28/2022 |
| SKRRT AF | 2/28/2022 |
| SPADE13 | 2/25/2022 |
| BALSAK | 2/24/2022 |
| RAW DWG1 | 2/24/2022 |
| SIDEHOE | 2/24/2022 |
| XXKXXK | 2/23/2022 |
| PHAT455 | 2/23/2022 |
| D8A PSY | 2/22/2022 |
| FNBOGEY | 2/22/2022 |
| H8UTO | 2/22/2022 |
| H8YOU | 2/22/2022 |
| HIS BISH | 2/22/2022 |
| MEOW MF | 2/22/2022 |
| MF JZA | 2/22/2022 |
| QU1ETAF | 2/22/2022 |
| RWDPOS | 2/22/2022 |
| EKKK 10 | 2/22/2022 |
| RWDPOS | 2/22/2022 |
| O FUX | 2/18/2022 |
| HS BCH | 2/18/2022 |
| FAST AZF | 2/17/2022 |
| JKKKDAD | 2/17/2022 |
| PHKNGO | 2/17/2022 |
| P5Y5LYR | 2/16/2022 |
| B1CHN 68 | 2/15/2022 |

WONSER_002014

| | |
|---|---|
| MFROOFN | 2/15/2022 |
| NIKKKK | 2/15/2022 |
| RAKKK | 2/14/2022 |
| 1E8AZZ | 2/11/2022 |
| L9BFJB | 2/10/2022 |
| BGDKNRG | 2/9/2022 |
| C YA BTCH | 2/9/2022 |
| U WANKA | 2/9/2022 |
| X R8T3D | 2/9/2022 |
| FYALL | 2/8/2022 |
| PSY EATR | 2/8/2022 |
| JAGGOFF | 2/8/2022 |
| IDGAF7 | 2/7/2022 |
| TXN AF | 2/4/2022 |
| FK IM L8 | 2/3/2022 |
| 2FNREAL | 2/2/2022 |
| UTEATR | 2/2/2022 |
| ABCDEFU | 2/1/2022 |
| AW SHIT1 | 2/1/2022 |
| DRATER | 2/1/2022 |
| NGR LADY | 2/1/2022 |
| QWIK FKR | 2/1/2022 |
| SAKUJO | 2/1/2022 |
| SHIIIDD | 2/1/2022 |
| TOYHOE | 2/1/2022 |
| WTFART | 2/1/2022 |
| AH DICK | 1/31/2022 |
| CUM4ME | 1/31/2022 |
| FUBAR 95 | 1/31/2022 |
| IMAHWMF | 1/31/2022 |
| OFUKGVN | 1/31/2022 |
| 1 WIDE MF | 1/27/2022 |
| ALEX KKK | 1/27/2022 |
| FUKMS | 1/27/2022 |
| JACK 455 | 1/27/2022 |
| WELL SHT | 1/27/2022 |
| DES N T S | 1/25/2022 |
| EEAT ASS | 1/25/2022 |
| FUCC IT | 1/25/2022 |
| MWTFYW | 1/25/2022 |
| nedibjf | 1/24/2022 |
| SSLUT | 1/24/2022 |
| RAW DOGG | 1/21/2022 |
| STU GOZZ | 1/21/2022 |
| UPINHER | 1/21/2022 |
| YIPKYMF | 1/21/2022 |
| FJBLOL | 1/19/2022 |

WONSER_002015

| | |
|---|---|
| JAGMEOF | 1/19/2022 |
| JOEBLWS | 1/19/2022 |
| KABUL AF | 1/18/2022 |
| NEGRA 7 | 1/18/2022 |
| XKXX | 1/14/2022 |
| FK KOVID | 1/13/2022 |
| FKJB | 1/13/2022 |
| JEEP JIZ | 1/12/2022 |
| OMWTFYD | 1/12/2022 |
| GAYHO | 1/12/2022 |
| B AS BTCH | 1/11/2022 |
| BADAS1 | 1/11/2022 |
| BSSBTCH | 1/11/2022 |
| EAT PSSY | 1/11/2022 |
| FJAYB | 1/11/2022 |
| I RAW DOG | 1/11/2022 |
| THA DONG | 1/11/2022 |
| S318OOB | 1/11/2022 |
| 55ATA3I | 1/10/2022 |
| CYABCHS | 1/10/2022 |
| FJB TAB | 1/10/2022 |
| FKN WADE | 1/10/2022 |
| HEAD BIC | 1/10/2022 |
| LGBFJB1 | 1/10/2022 |
| ALYIXXX | 1/7/2022 |
| PUCK OFF | 1/7/2022 |
| SHART CR | 1/7/2022 |
| AMNIT | 1/6/2022 |
| EAT A55 | 1/6/2022 |
| MILFHTR | 1/6/2022 |
| F UR SRT | 1/5/2022 |
| FBGMONY | 1/4/2022 |
| 2FN SLOW | 1/3/2022 |
| FJB USA | 1/3/2022 |
| FUK EM 2 | 1/3/2022 |
| GRNASF | 1/3/2022 |
| 5HT SHOW | 12/30/2021 |
| ZZATAEI | 12/30/2021 |
| A55 MANN | 12/28/2021 |
| JCK4SS | 12/28/2021 |
| 5 HOES | 12/27/2021 |
| NAWFUHQ | 12/27/2021 |
| ZZNUTS | 12/27/2021 |
| RCHBCH | 12/23/2021 |
| GFYM38 | 12/22/2021 |
| USA FJB | 12/22/2021 |
| FJBFKH | 12/22/2021 |

WONSER_002016

| | |
|---|---|
| FAFBOI 1 | 12/21/2021 |
| IATNEH | 12/21/2021 |
| DIS BIHH | 12/20/2021 |
| FK CHINA | 12/17/2021 |
| FN03OO | 12/17/2021 |
| FKNRGHT | 12/16/2021 |
| GTFOMA | 12/16/2021 |
| ITSJPAF | 12/16/2021 |
| TOGTFO | 12/16/2021 |
| BP BP BCH | 12/15/2021 |
| BD AF | 12/15/2021 |
| 5HTRFU1 | 12/14/2021 |
| HARD AF | 12/14/2021 |
| BIGD96 | 12/13/2021 |
| F BDN | 12/13/2021 |
| FK JOE | 12/10/2021 |
| EFM BNCO | 12/9/2021 |
| OOBIE | 12/9/2021 |
| S1AYER | 12/9/2021 |
| TAENA MO | 12/9/2021 |
| FAGG | 12/8/2021 |
| BIGTITS | 12/7/2021 |
| THSBICH | 12/7/2021 |
| 1 MFJL | 12/6/2021 |
| A MFJL | 12/6/2021 |
| FUQBIDN | 12/6/2021 |
| IATEASS | 12/6/2021 |
| JEEP AF1 | 12/6/2021 |
| MFN ENZO | 12/6/2021 |
| PHCK 12 | 12/6/2021 |
| SFTWAB | 12/6/2021 |
| TITPINK | 12/6/2021 |
| OMW2UBH | 12/3/2021 |
| PPEVENT | 12/3/2021 |
| PSYLVR | 12/3/2021 |
| BAA DAZ | 12/2/2021 |
| 5HTR FUL | 12/1/2021 |
| FN COLD | 12/1/2021 |
| JAKASS | 12/1/2021 |
| FKB1DN | 11/30/2021 |
| B1CHOTA | 11/29/2021 |
| FBGM69 | 11/29/2021 |
| IDGAF2 | 11/29/2021 |
| U AS SOUL | 11/29/2021 |
| 4FUXSK | 11/29/2021 |
| FJB3 | 11/29/2021 |
| FKA2JZ | 11/26/2021 |

WONSER_002017

| | |
|---|---|
| LMAOFF | 11/26/2021 |
| 80S BTCH | 11/23/2021 |
| ARMYAF | 11/23/2021 |
| SXYMILF | 11/23/2021 |
| 1 BADSAS | 11/22/2021 |
| 3BMFS3 | 11/22/2021 |
| BJFBGL | 11/22/2021 |
| DEESNUT | 11/22/2021 |
| FKING | 11/22/2021 |
| FUKJB | 11/22/2021 |
| PHUCKOF | 11/22/2021 |
| PSYGUY | 11/22/2021 |
| SHT4BRN | 11/22/2021 |
| AZZ K1 KN | 11/19/2021 |
| BEE OCH | 11/19/2021 |
| EMKKK | 11/19/2021 |
| FJB 2 | 11/19/2021 |
| NWAFTP | 11/19/2021 |
| FJBILLS | 11/18/2021 |
| GO N2 FUB | 11/18/2021 |
| YABISHH | 11/18/2021 |
| DICKIN | 11/18/2021 |
| D3ZNTZ | 11/18/2021 |
| BOSSHYT | 11/17/2021 |
| VTECAF | 11/17/2021 |
| FJOE | 11/16/2021 |
| FUJB | 11/16/2021 |
| LGBF46 | 11/15/2021 |
| MZ BTCH | 11/15/2021 |
| PEKRHED | 11/15/2021 |
| POOPA 20 | 11/15/2021 |
| FKTTUN | 11/15/2021 |
| FTTUNO | 11/15/2021 |
| FJBO46 | 11/15/2021 |
| DEEZ COX | 11/15/2021 |
| 1 JAFO | 11/12/2021 |
| FJB 4 | 11/12/2021 |
| KILLERZ | 11/12/2021 |
| SIKH AF | 11/12/2021 |
| 22ATAE | 11/10/2021 |
| FCKGVN | 11/10/2021 |
| FUGAS | 11/10/2021 |
| AF SIDNY | 11/9/2021 |
| DAMNMA | 11/9/2021 |
| FUKNLOW | 11/9/2021 |
| GETPKD | 11/9/2021 |
| MASC AF | 11/9/2021 |

WONSER_002018

| | |
|---|---|
| WHT R1CE | 11/9/2021 |
| 1FJBLGB | 11/8/2021 |
| FJBLGB | 11/8/2021 |
| LGBFJB2 | 11/8/2021 |
| SCKMDCK | 11/8/2021 |
| I EAT 4SS | 11/5/2021 |
| 1BADA33 | 11/5/2021 |
| MOOVBCH | 11/4/2021 |
| REDRUM8 | 11/4/2021 |
| RYCBOX | 11/4/2021 |
| SHAG SW | 11/4/2021 |
| DIS NUTS | 11/3/2021 |
| FK JB 046 | 11/3/2021 |
| TITSOUT | 11/3/2021 |
| F1 SHTY | 11/2/2021 |
| FJBMAGA | 11/2/2021 |
| MF WOLF | 11/2/2021 |
| NIU BI | 11/2/2021 |
| LILBCH | 11/2/2021 |
| GRETAFU | 11/1/2021 |
| LGB F JB | 11/1/2021 |
| T1DD13S | 11/1/2021 |
| ZZATA31 | 10/29/2021 |
| IH8YU | 10/29/2021 |
| CHINGO | 10/28/2021 |
| XXX JEEP | 10/28/2021 |
| S3XYBCH | 10/27/2021 |
| GET FUKD | 10/26/2021 |
| I EAT A33 | 10/26/2021 |
| OH FU | 10/26/2021 |
| SFMOFO | 10/26/2021 |
| AXEHOLE | 10/26/2021 |
| 370455 V | 10/25/2021 |
| F OFF 46 | 10/25/2021 |
| FCK JOE | 10/25/2021 |
| FJB RZR | 10/25/2021 |
| FJBFJB | 10/25/2021 |
| FKK OFF | 10/25/2021 |
| FUJOEB | 10/25/2021 |
| HO3WRX | 10/25/2021 |
| IEATAZ | 10/25/2021 |
| IRDGAF | 10/25/2021 |
| MLF LVR | 10/25/2021 |
| SMFL | 10/25/2021 |
| XXFJBXX | 10/25/2021 |
| BDAS2 | 10/22/2021 |
| LOLFJB | 10/22/2021 |

WONSER_002019

| | |
|---|---|
| FAFO GT | 10/21/2021 |
| GTFOOH | 10/21/2021 |
| SL4YER | 10/21/2021 |
| 4K BOOBZ | 10/20/2021 |
| FUBIDN | 10/20/2021 |
| STALKIN | 10/20/2021 |
| STLRS HO | 10/20/2021 |
| NOOK69 | 10/19/2021 |
| DAMNGNA | 10/18/2021 |
| FN GROOT | 10/18/2021 |
| PMFNB | 10/18/2021 |
| 1SEXYB | 10/15/2021 |
| 269 U | 10/15/2021 |
| BICHOTA | 10/15/2021 |
| DAMICK | 10/15/2021 |
| HAWK SHT | 10/15/2021 |
| FNA | 10/14/2021 |
| FU JOE | 10/13/2021 |
| 2MF FAST | 10/12/2021 |
| BADUSSY | 10/12/2021 |
| C TITTY | 10/12/2021 |
| FKN NUTZ | 10/12/2021 |
| MSAF 10 | 10/12/2021 |
| TIGSUX | 10/12/2021 |
| TNSAF | 10/12/2021 |
| PSYWHIP | 10/8/2021 |
| GYLTY | 10/8/2021 |
| TKS NO BS | 10/8/2021 |
| DYCK | 10/6/2021 |
| OMWTFYW | 10/6/2021 |
| BOGUSAF | 10/5/2021 |
| FJBIDN | 10/5/2021 |
| FJOBDN | 10/5/2021 |
| JAP TRUK | 10/5/2021 |
| MFCEO98 | 10/5/2021 |
| MS MYA22 | 10/5/2021 |
| N3GRITA | 10/5/2021 |
| H8OHIO | 10/5/2021 |
| SLAP | 10/5/2021 |
| G56HOE | 10/4/2021 |
| LMAO EPA | 10/4/2021 |
| SASSHOL | 10/4/2021 |
| FAFO 21 | 10/1/2021 |
| FU ALS | 10/1/2021 |
| BAMF ST | 9/30/2021 |
| 1SASSIB | 9/29/2021 |
| B1GG B | 9/29/2021 |

WONSER_002020

| | |
|---|---|
| DMFL 78 | 9/29/2021 |
| FJBIDEN | 9/29/2021 |
| FSTAFK | 9/29/2021 |
| FU CNCR | 9/29/2021 |
| IPALOT | 9/28/2021 |
| STRONZA | 9/28/2021 |
| SUKTDRY | 9/28/2021 |
| SCHITS | 9/28/2021 |
| AFNZUS | 9/28/2021 |
| BMFRJ1 | 9/27/2021 |
| FUSARAH | 9/27/2021 |
| SLW ASF | 9/27/2021 |
| BADMF9 | 9/27/2021 |
| EF BIDEN | 9/24/2021 |
| HAWLN AS | 9/24/2021 |
| IDG2FKS | 9/24/2021 |
| WARD AF | 9/24/2021 |
| CMFD | 9/23/2021 |
| DUCK BDN | 9/23/2021 |
| ANAL SEX | 9/21/2021 |
| FAST A5 F | 9/21/2021 |
| JOE N HOE | 9/21/2021 |
| KMFK | 9/21/2021 |
| PSSY PWR | 9/21/2021 |
| BIH MOVE | 9/20/2021 |
| BOSS BSH | 9/20/2021 |
| BSTANUT | 9/20/2021 |
| F IN SLOW | 9/20/2021 |
| IGOTWAP | 9/20/2021 |
| LMAO GAS | 9/20/2021 |
| PYTHOE | 9/20/2021 |
| STANGHO | 9/20/2021 |
| WAP WGN | 9/20/2021 |
| BKAZZUP | 9/17/2021 |
| FKU JOE | 9/17/2021 |
| SUKM3 | 9/17/2021 |
| BMF2RAW | 9/16/2021 |
| D1KF1TZ | 9/15/2021 |
| EFFNJOE | 9/15/2021 |
| F12UZB | 9/15/2021 |
| GMFBRKS | 9/15/2021 |
| HITMEHO | 9/14/2021 |
| BLU3BLZ | 9/14/2021 |
| CDZ NUTS | 9/14/2021 |
| FVCK AMG | 9/14/2021 |
| POMOFO | 9/14/2021 |

WONSER_002021