7:59 .ııll 5G 🔋

An official State of Ohio site. Here's how you know ⌄

 OhioBMV 🔍 🛒

## Check Availability (Passenger)

### Enter Personalized Plate Below

Select your desired logo

Standard (no logo) ⌄

**Search By Image**

Personalized Plate Number

F46 LGB

**Check Availability** ⚪

Click here for information about Personalized and Initial Reserve license plates.

### Preview

❗ Please fix the following errors:

- Inappropriate / Invalid Plate

**Back**

AA 🔒 bmvonline.dps.ohio.gov ↻



PLAINTIFF'S
EXHIBIT

**49**



WONSER_003721