

PLAINTIFF'S EXHIBIT 50

WONSER_003722

An official State of Ohio site. Here's how you know ⌄

**Ohio BMV** | **ONLINE SERVICES**    Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)  ⌄

Personalized Plate Number
NEGRO

[Search By Image]

[Check Availability]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⊘ Please fix the following errors:
- Inappropriate / Invalid Plate

[Back]    [Cancel]


WONSER_003723

WONSER_003723



WONSER_003724

WONSER_003724



WONSER_003725

WONSER_003725



WONSER_003726

An official State of Ohio site. Here's how you know ⌄

OhioBMV | ONLINE SERVICES

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ⌄

Personalized Plate Number
RUSSIAN

**Search By Image**

**Check Availability**

**Preview**

⊗ Please fix the following errors:
- Inappropriate / Invalid Plate

Click here for information about Personalized and Initial Reserve license plates.

**Back**

**Cancel**

WONSER_003727

WONSER_003727



WONSER_003728

WONSER_003728



WONSER_003729

WONSER_003729



WONSER_003730

WONSER_003730



WONSER_003731

WONSER_003731



WONSER_003732

WONSER_003732



WONSER_003733



WONSER_003734

WONSER_003734



WONSER_003735

WONSER_003735



WONSER_003736

WONSER_003736



WONSER_003737

WONSER_003737

An official State of Ohio site. Here's how you know ∨

**OhioBMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

### Enter Personalized Plate Below

Select your desired logo
Standard (no logo) ∨

Personalized Plate Number
WLW

**Search By Image**

**Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

### Preview

⊗ Please fix the following errors:
- Inappropriate / Invalid Plate

**Back**

**Cancel**

WONSER_003738

WONSER_003738

An official State of Ohio site. Here's how you know ⌄

**Ohio BMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ⌄

Personalized Plate Number
MLW

[Search By Image]

[Check Availability]

**Preview**

⊘ Please fix the following errors:
- Plate is issued.

Click here for information about Personalized and Initial Reserve license plates.

[Back]    [Cancel]

WONSER_003739

WONSER_003739

An official State of Ohio site. Here's how you know ⌄

**Ohio**BMV | **ONLINE SERVICES**    Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ⌄

[ Search By Image ]

Personalized Plate Number
WLM

[ Check Availability ]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⊗ Please fix the following errors:
- Plate is issued.

[ Back ]    [ Cancel ]

WONSER_003740

WONSER_003740

An official State of Ohio site. Here's how you know ⌄

**Ohio**BMV | **ONLINE SERVICES**     Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)  ⌄

**Search By Image**

Personalized Plate Number
CIS

**Check Availability**

**Preview**

⚠ Please fix the following errors:
- Plate is issued.

Click here for information about Personalized and Initial Reserve license plates.

**Back**                    **Cancel**



WONSER_003741

WONSER_003741

An official State of Ohio site. Here's how you know ⌄

**OhioBMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ⌄

Personalized Plate Number
QUEER

Search By Image

Check Availability

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⊘ Please fix the following errors:
- Inappropriate / Invalid Plate

Back

Cancel

WONSER_003742

WONSER_003742



WONSER_003743

WONSER_003743



## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

Personalized Plate Number
TAOIST

**Search By Image**

**Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

This plate number is currently available.

The plate selection is subject to approval by a committee. ORC 4503.10 (E) grants the Registrar of the Bureau of Motor Vehicles the authority to revoke license plates.

⇄ Exchange My Plate

**Back**

**Cancel**

WONSER_003744

WONSER_003744



WONSER_003745

WONSER_003745



An official State of Ohio site. Here's how you know ∨

**OhioBMV** | **ONLINE SERVICES**    Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ∨

Personalized Plate Number
BAHAI

[Search By Image]

[Check Availability]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**



This plate number is currently available.

The plate selection is subject to approval by a committee. ORC 4503.10 (E) grants the Registrar of the Bureau of Motor Vehicles the authority to revoke license plates.

[⇄ Exchange My Plate]

[Back]    [Cancel]

WONSER_003746

WONSER_003746



WONSER_003747

WONSER_003747



WONSER_003748

WONSER_003748



WONSER_003749

WONSER_003749