**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY WONSER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-02160 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| CHARLES L. NORMAN, et al., | : | Magistrate Judge |
| | : | Elizabeth A. Preston Deavers |
| Defendants. | : | |

**DEFENDANT CHARLES L. NORMAN'S RESPONSES TO PLAINTIFF'S INTERROGATORIES**

**Defendants reserve the right to further supplement all responses as new information becomes available over the course of litigation.**

1. Affirm that all your responses to requests for production and requests for admission in this matter are the truth, the whole truth, and nothing but the truth.

**See Verification, *infra*.**

2. Identify every communication or other document you are withholding in discovery on the basis of privilege or work-product protection, including the date and time of the communication, its sender, its recipients, its subject, and its purpose.

**A privilege log has been provided alongside Defendants' responses to the requests for production of documents.**

3. Identify every person involved in deciding whether to approve Messages for Vanity License Plates from January 1, 2019 forward, including their name, job title, and dates of membership on the committee.

**Defendants do not possess this data from 2019. For 2020-2024:**

| YEAR | NAME | JOB TITLE |
|---|---|---|
| **2020** | Allie Monst | CSM (TWL) |
| | Kevin Hunter | CSA 3 |
| | Pamela Keathley | MA |
| | Brenda Berger | CSA 2 |
| | Heidi Boltz | CSA 2 |
| | Ruthann Collins | |
| | Janet Lohr | CSA 2 |



PLAINTIFF'S
EXHIBIT

**52**

|  |  |  |
|---|---|---|
|  | Carrie Taylor | CSA 2 |
|  | Joseph West | CSA 2 |
| **2021** | Allie Monst | CSM |
|  | Kevin Hunter | CSA 3 |
|  | Pamela Keathley | MA |
|  | Brenda Berger | CSA 2 |
|  | Heidi Boltz | CSA 2 |
|  | Ruthann Collins |  |
|  | Janet Lohr | CSA 2 |
|  | Carrie Taylor | CSA 2 |
| **2022** | Allie Monst | CSM |
|  | Kevin Hunter | CSA 3 |
|  | Pamela Keathley | MA |
|  | Brenda Berger | CSA 2 |
|  | Brandi-Beardsley |  |
|  | Ruthann Collins |  |
|  | Janet Lohr | CSA 2 |
|  | Carrie Taylor | CSA 2 |
|  | Robert Snowball | CSA 2 |
|  | Carrie Taylor | MA |
| **2023** | Allie Monst | CSM |
|  | Kevin Hunter | CSA 3 |
|  | Brandi Beardsley | CSA 2 |
|  | Brenda Berger | CSA 2 |
|  | Jacob Harmon | CSA 2 |
|  | Michelle James | CSA 2 |
|  | Angela Russell | CSA 2 |
|  | Robert Snowball | CSA 2 |
|  | Carrie Taylor | MA |
|  | Brady Wolf | CSA 2 |
| **2024** | Allie Monst | CSM |
|  | Kevin Hunter | CSA 3 |
|  | Brenda Berger | CSA 2 |
|  | Jacob Harmon | CSA 2 |
|  | Michelle James | CSA 2 |
|  | Angela Russell | CSA 2 |
|  | Robert Snowball | CSA 2 |
|  | Carrie Taylor | MA |
|  | Brady Wolf | CSA 2 |

4.  Identify any training, knowledge, skills or experience required as a condition of participating in the BMV's Special Plate Committee.

2

**Anyone assigned to Registration Support Services (RSS) is on the Special Plate committee, as the task falls under the unit. A copy of the Special Plate Daily Requisition Procedural Manual has been produced to Plaintiff. This manual is used to train the employees for the committee.**

5. Identify the Bureau's procedure for determining whether words, combinations and/or phrases (in any language and when read either frontward or backward) violate Guideline 1.

**Defendants do not possess this information. Vanity plate applications are assessed on a case-by-case basis. Records produced to Plaintiff in response to his public records request, and RFPs will provide more context on Defendants' procedures.**

6. Identify all words, combinations and/or phrases (in any language and when read either frontward or backward) that violate "Guideline 1," as identified in Paragraph 139 of the Answer.

**See response to Interrogatory # 5.**

7. Identify all words, combinations and/or phrases (in any language and when read either frontward or backward) that violate "Guideline 2."

**See response to Interrogatory # 5.**

8. Identify all words, combinations and/or phrases (in any language and when read either frontward or backward) that violate "Guideline 3."

**See response to Interrogatory # 5.**

9. Identify all words, combinations and/or phrases (in any language and when read either frontward or backward) contained in "F46 LGB" that violate "Guideline 1," as identified in Paragraph 139 of the Answer.

**See response to Interrogatory # 15.**

10. Identify every Vanity License Plate that was rejected but subsequently approved, from January 1, 2018 forward.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records with data responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Existing records with this information are in a format that cannot be readily retrieved and assessed to produce an answer. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer could be provided.**

**As to the Objection:**
***/s/ Gareth A. Whaley* (0102156)**

**Notwithstanding the foregoing objection, records containing this information have been produced to Plaintiff in response to his requests for public records. Further answering, see the response to RFPs ## 9 and 15, below.**

11. Identify every Vanity License Plate that was recalled despite an earlier approval, from January 1, 2018 forward.

**See response to Interrogatory #10.**

12. Identify every source BMV employees are permitted to rely on to determine whether a word, combination, or phrase violates its screening guidelines.

**There are no policies restricting the materials that BMV employees are permitted to consult when assessing a vanity plate application.**

13. Identify every source BMV employees are prohibited from relying on to determine whether a word, combination, or phrase violates its screening guidelines.

**See response to Interrogatory #12.**

14. Identify the criteria by which a person of ordinary intelligence can determine whether any given Message would violate the BMV's screening guidelines.

**A person of ordinary intelligence can determine whether a message contains a meaning which violates the Guidelines based on the ordinary, colloquial definitions of the terms used in the Guidelines.**

15. Identify every governmental interest advanced by rejecting the Message "F46 LGB."

**The government has an interest in refraining from publishing messages into public spaces, such as roadways, which contain profanity in abbreviated form, including the statement "Fuck 46, Let's Go Brandon" and the statement "FAG LGB." The public expects government publications to express messages in a reserved and non-inflammatory manner. Drivers are free to use bumper stickers and other readily available media to express their views in a manner which includes profanity.**

16. Identify every governmental interest advanced by Guideline 1.

**See the response to Interrogatory 15.**

17. Define "obscene," as used in the Bureau's screening guidelines.

**The Bureau does not employ specialized definitions of any term in the Guidelines. Each is given its ordinary colloquial meaning.**

18. Define "sexually explicit," as used in the Bureau's screening guidelines.

**See the response to Interrogatory 17.**

19. Define "scatalogical," [sic] as used in the Bureau's screening guidelines.

**See the response to Interrogatory 17.**

20. Identify every fact supporting your denial of Paragraph 136 of the Complaint.

**OBJECTION: Calls for a legal conclusion.**

> **As to the Objection:**
>
> **/s/ Gareth A. Whaley (0102156)**

**Notwithstanding the foregoing objection, the message of Mr. Wonser's vanity plate violated the Guidelines because it contained profanity. Restricting publication of profanity in public spaces is a reasonable and constitutional practice.**

21. Explain the relevance of "public complaints"—as described in Paragraph 69—when deciding whether to approve, reject, or recall a Vanity License Plate.

**Public comments can alert the BMV to meanings of messages and acronyms, including slang terms and terms in other languages, which assist in a fuller assessment of whether a message's meaning violates the Guidelines.**

5

## **VERIFICATION**

I hereby certify that the answers to the above Interrogatories are true and correct to the best of my knowledge.

_____

Devon Riggins