## Special License Plate Screening Guidelines: Process

In reviewing requests for special license plates, the Bureau of Motor Vehicles ("BMV") will apply the substantive criteria provided below and will employ the following procedure:

1.  The Special Plate Screening Committee ("Committee") shall meet to review and vote upon proposed special license plates. If the Committee votes to allow the special license plate, the special license plate shall be issued to the applicant.

2.  If the Committee votes to disallow the proposed special license plate, the applicant shall be notified in writing within thirty (30) days of the Committee's receipt of the request for the proposed special license plate. The Committee's denial letter shall inform applicants of their right to appeal the denial in writing to the Registrar of the BMV. In order to trigger the Registrar's review, the applicant's appeal letter must be received within thirty (30) days from the date the Committee's denial letter is mailed. The Registrar shall issue his or her decision within (30) days of receipt of the applicant's appeal letter. If the Registrar decides to overturn the decision of the Committee, the special license plate shall be issued to the applicant. If the Registrar decides to uphold the decision of the Committee, the applicant shall be notified in writing of the reasons for the Registrar's decision. The decision of the Registrar shall be final and is not subject to appeal.

3.  Nothing in these guidelines precludes the filing of a lawsuit by an applicant if the applicant wishes to challenge the decision of the Registrar.

## Special License Plate Screening Guidelines: Substantive Criteria

In reviewing requests for special license plates, the BMV shall reject any request that:

1.  Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are profane (that is, swearwords or expletives), obscene, sexually explicit, or scatological; or

2.  Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment; or

3.  Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities.



PLAINTIFF'S
EXHIBIT

**56**