**Declaration of Brian D. Bardwell**

I, Brian D. Bardwell, declare as follows based upon personal knowledge:

1.  I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2.  I was plaintiff's counsel in *Wonser v. Norman*, No. 2:24-cv-02160 (S.D. Ohio) and in *Saki v. Norman*, No. 1:25-cv-01893 (N.D. Ohio).

3.  In the *Wonser* case, I served discovery demands on the defendants in this case. Authentic copies of the demands and responses are attached as Exs. 52–54.

4.  Among the productions in that case was the settlement agreement from *Zucco v. Caltrider*, No. 2:01-cv-01270 (S.D. Ohio), An authentic copy of that production is attached as Ex. 56.

5.  Defendants also produced two Excel files in response to a request for a "list of all granted Vanity License Plate combinations from January 1, 2018 forward." Authentic copies of those Excel files are being separately filed as Ex. 57 and Ex. 58. Those lists are consolidated in a single PDF as Ex. 59.

6.  Defendants also produced "the Invalid/Inappropriate List," a list of combinations they automatically reject when drivers attempt to register them from the BMV website. An authentic copy of that Excel file is being separately filed as Ex. 60. The list is also consolidated in a single PDF as Ex. 61.

7.  After the *Saki* case resolved on September 11, 2025, based on Defendants' promise to review its database and ensure that it adheres to the *Zucco* guidelines, I requested copies of its "Invalid / Inappropriate" list as it existed on September 10, 2025, September 11, 2025, September 12, 2025, and September 25, 2025. An authentic copy of the record produced in response to my request is attached as Ex. 65.

8.  A cursory review of the September 25, 2025, list shows that Defendants have not fulfilled their promise. That list is also consolidated in a single PDF as Ex. 66.

9.  The list of messages the BMV believes are not protected by the First Amendment is more than 33,000 rows long. Thousands of those messages predate the October 2, 2003 settlement in *Zucco*, and many cannot possibly be justified under the rules the BMV agreed to enforce in that case.

10. The problems go back to the earliest entry on the list: the November 1995 rejection of "R U TRPN." Numerous other pre-*Zucco* messages likewise remain banned with no apparent basis, including "MFAIA," "REDNEK," "BIGOT," "HALLYES," "1SNIPER," and "THIEF."



PLAINTIFF'S
EXHIBIT

**62**

11.    And the BMV has likewise continued to reject new messages even after the *Saki* settlement, refusing, for instance, to issue license plates reading "TYPSHH," "J3WBARU," "NINASF," "SMUTY," "FRUNK1T," and "FIXXXER."

I declare the above to be true under penalty of perjury of the laws of the United States of America.

_____    05/16/2026_____
Brian D. Bardwell                  Date