**Declaration of William Saki**

I, William Saki, declare as follows based upon personal knowledge:

1. I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2. I was the plaintiff in *Saki v. Norman*, No. 1:25-cv-01893 (N.D. Ohio).

3. I brought that lawsuit because the Ohio BMV refused to issue a license plate reading "GAY" that I had attempted to order to celebrate National Coming Out Day. The BMV had likewise refused to register several other plates I attempted to register with gay-pride messages, including "HOMO," "FAG," and "F46 LGB."

4. During a hearing to settle the case, the BMV agreed to permit those plates to be issued, agreed to review its list of forbidden license plates to remove messages that did not fit narrowly defined criteria, and agreed to provide instructions on its website for people who wished to challenge previously banned messages.

5. Soon after that settlement, I was able to register a license plate reading "GAY" for my car.

6. But my 2006 Honda Accord was aging rapidly, so I recently purchased a new car to replace it.

7. The timing was serendipitous: Because Pride Month was fast approaching, it gave me an opportunity to register another one of the messages that the BMV had promised to make available.

8. Pride Month is a major celebration in the gay community, providing a wide-open forum for gay people a forum for free expression of the truth about their identities after millennia of oppression.

9. But when I went to the BMV's page to register a license plate announcing that I was a "HOMO," the BMV would not allow that me to express myself using that word, saying my message was "Invalid / Inappropriate."

10. I attempted several alternatives, including "FAG," "F46 LGB," and other messages, some of which were the subject of my first lawsuit. They were also forbidden as "Invalid / Inappropriate."

11. I do not understand why I am unable to register any of these messages. I agreed to dismiss that first lawsuit and agreed not to pursue damages or other relief against the BMV in exchange for its promise to make these plates available.

12. More importantly, there is nothing invalid or inappropriate about describing myself honestly, using slang terms, or attempting reclaim pejoratives.



PLAINTIFF'S
EXHIBIT

**63**

Doc ID: ef022a9168df291aae84d3cb8b562597bd52b2df

13. And more importantly still, the BMV has no business limiting the public's right to engage in free speech.

14. The refusal to register those messages was even more offensive because I saw that the BMV was simultaneously marketing message with opposing viewpoints s as available for registration:



15. I understand that the BMV has prohibited "F46 LGB" because it believes it means "Fuck Joe Biden."

16. That is not what it means to me. I am a Democrat who voted for and supported Joe Biden. To me, it means "Fag Love: Gavin and Billy," a statement of my affection for and commitment to my partner of three years.

17. Because the BMV agreed as part of our settlement "to provide instructions on its website for applicants who believe their application has been improperly rejected," I expected that I would at least be able to process some kind of appeal after it rejected my messages, but that was not true.

Doc ID: ef022a9168df291aae84d3cb8b562597bd52b2df

18. The page that rejected my message contained no such instructions. Although it did include a link to "request the BMV to review a previously denied license plate," that link took me to another BMV page with no such instructions.

19. Every day where the BMV enforces its "Don't Say Gay" policy against me while letting other drivers advertise that they are "HETERO" or "STR8" reinforces the injuries inflicted by Ohio's longstanding and zealous campaign against the interests of its gay citizens, both for me and for any married gay person who would benefit from being reminded that we have moved past the time when "Ohio can erase his marriage … for all time." *Obergefell v. Hodges*, 576 U.S. 644, 678 (2015).

20. If Defendants won't do it voluntarily, the Court must order them to treat us with dignity and respect our right to free speech, on the same terms as straight people, Ohio State fans, or anyone else the BMV permits to identify themselves with vanity plates.

21. After learning that the BMV was still generally still enforcing its "Don't Say Gay" policy, I checked to see whether it is still giving preferential treatment to white supremacists.

22. Indeed it is. It automatically rejects "BLK POWR," "BLK POWA," and "BLK PWR 1," but it allows "WHT POWR," "WHT POWA," or "WHT PWR 1":



Page 3 of 4

Doc ID: ef022a9168df291aae84d3cb8b562597bd52b2df

23. Because the BMV has broken all the promises it made to induce me to settle my previous case, I was forced to register a boring, preprinted license plate that says nothing about me, even as other drivers are permitted to advertise themselves as literal Nazis:



24. The BMV should not be censoring people's license plates.

25. Those plates are a forum for free speech for drivers.

26. Because of the news coverage of my first lawsuit, I have talked about vanity plates with more people than I can count. I don't believe I've ever heard anyone say they believe vanity plates are messages from the state.

I declare the above to be true under penalty of perjury of the laws of the United States of America.

_____                    05 / 17 / 2026
William Saki                                        Date

Doc ID: ef022a9168df291aae84d3cb8b562597bd52b2df

 **Dropbox** Sign                                    Audit trail

| Title | Ex. 063 2026-05-17 Saki declaration [Service Copy].pdf |
|---|---|
| File name | Ex.%20063%202026-...ice%20Copy%5D.pdf |
| Document ID | ef022a9168df291aae84d3cb8b562597bd52b2df |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **05 / 17 / 2026** 22:21:50 UTC-4 | Sent for signature to William Saki (wdsaki@me.com) by services@clio.com acting on behalf of general@speech.law IP: 65.25.29.105 |
| **VIEWED** | **05 / 17 / 2026** 22:58:52 UTC-4 | Viewed by William Saki (wdsaki@me.com) IP: 68.107.189.189 |
| **SIGNED** | **05 / 17 / 2026** 22:59:18 UTC-4 | Signed by William Saki (wdsaki@me.com) IP: 68.107.189.189 |
| **COMPLETED** | **05 / 17 / 2026** 22:59:18 UTC-4 | The document has been completed. |

Powered by **Dropbox** Sign