**Declaration of Cyrus Mahdavi**

I, Cyrus Mahdavi, declare as follows based upon personal knowledge:

1.  I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2.  In advance of Eid Milad un Nabi, the Islamic celebration of the birth of the Prophet Muhammad, I attempted to use the Ohio BMV website to register a vanity license plate identifying myself as "MUSLIM."

3.  When I tried to do so, my application was immediately rejected with a message saying that "MUSLIM" is "Invalid / Inappropriate":



4.  It is not inappropriate or invalid to tell people that I am a Muslim. The Qur'an calls on believers to be "witnesses for Allah." It commands Muslims: "Be steadfast for Allah, witnesses in justice, and do not let the hatred of a people lead you away from justice."

5.  Every day that the BMV refuses to let me bear witness on the same terms as atheists, Baptists and Hindus, it pressures me to conform to its narrow set of acceptable faiths and infringes my freedom to exercise my religious beliefs.

I declare the above to be true under penalty of perjury of the laws of the United States of America.



Cyrus Mahdavi

PLAINTIFF'S
EXHIBIT

**64**

09 / 07 / 2025

Date

Doc ID: 0135c199fd0f400b0509da64d5181c6557e6a546



**Dropbox** Sign                                          Audit trail

| | |
|---|---|
| **Title** | DRAFT Mahdavi declaration.pdf |
| **File name** | DRAFT%20Mahdavi%20declaration.pdf |
| **Document ID** | 0135c199fd0f400b0509da64d5181c6557e6a546 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **09 / 07 / 2025** 19:18:06 UTC-4 | Sent for signature to Cyrus Mahdavi (cymahdavi@gmail.com) from general@speech.law IP: 173.90.52.154 |
| **VIEWED** | **09 / 07 / 2025** 19:18:33 UTC-4 | Viewed by Cyrus Mahdavi (cymahdavi@gmail.com) IP: 75.227.222.1 |
| **SIGNED** | **09 / 07 / 2025** 19:18:53 UTC-4 | Signed by Cyrus Mahdavi (cymahdavi@gmail.com) IP: 75.227.222.1 |
| **COMPLETED** | **09 / 07 / 2025** 19:18:53 UTC-4 | The document has been completed. |

Powered by **Dropbox** Sign