An electronic version of this exhibit will be filed manually with the Clerk.

