Outlook

---

### RE: [EXTERNAL]Re: Denied Special Plate (F46 LGB1)

---

**From** ajrussell@dps.ohio.gov <ajrussell@dps.ohio.gov>

**Date** Mon 7/21/2025 7:59 PM

**To** jeff wonser <mbha178@hotmail.com>

**Cc** BBerger@dps.ohio.gov <BBerger@dps.ohio.gov>; jmhamon@dps.ohio.gov <jmhamon@dps.ohio.gov>; kdhunter@dps.ohio.gov <kdhunter@dps.ohio.gov>; mljames@dps.ohio.gov <mljames@dps.ohio.gov>; ammonst@dps.ohio.gov <ammonst@dps.ohio.gov>; rasnowball@dps.ohio.gov <rasnowball@dps.ohio.gov>; cataylor@dps.ohio.gov <cataylor@dps.ohio.gov>

---

Dear Jeffrey Wonser:

Due to no response, a full refund/credit request has been completed. The credit will process next Wednesday and can take up to 15 days to appear on your statement depending on your financial institute. The registration for your prior plate has been re-instated. The registration expiration date for that prior plate will be the same as it was prior to you placing the order for the denied plate number.

If you have any further questions, please call Registration Support Services at 614-752-7518, 8:00 a.m. to 4:45 p.m. Monday through Friday.

Sincerely,

**Angie Russell**

Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
Registration Support Services
1970 W. Broad Street, Columbus, OH 43223
Office (614) 752-7518
Fax (614) 995-4739
ajrussell@dps.ohio.gov

**Ohio** | Department of Public Safety | Bureau of Motor Vehicles

---

**From:** Russell, Angela <ajrussell@dps.ohio.gov>
**Sent:** Tuesday, July 1, 2025 8:54 AM
**To:** jeff wonser <mbha178@hotmail.com>
**Cc:** Berger, Brenda <BBerger@dps.ohio.gov>; Hamon, Jacob <jmhamon@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; James, Michelle <mljames@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Russell, Ang[...]gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Car[...]ov>
**Subject:** RE: [EXTERNAL]Re: Denied S[...]



Good Morning Jeff,

The decision to deny this plate was made by the Special Plates Committee.

It was denied based on Rule 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement).

The following are your options:
1. Request a different personalization. (Please indicate if any spacing between letters and where. Also, include the meaning of your new selection)
2. Renew the registration for your prior plate and receive a partial refund for the fees paid for the denied personalized plate
3. Request a full refund. (This will re-instate your prior plate number as well as the registration expiration date)
4. Appeal the decision. If you appeal, it must be in writing and specifically state that it is an appeal. You can attach your appeal to a response to this email. Or, you can mail it to: The Ohio BMV, Attn: Registration Support Services, P.O. Box 16520 Columbus, Ohio 43216. You will need to include the reason for wanting the plate and any supporting documentation. The appeal must be submitted within 30 days of first notification. 6/20/2025.
If there is no response prior to 7/18/2025, a full refund will be generated and the registration record of your prior plate re-instated.
If you have any questions, please respond to this email or call Registration Support Services at the number below between the hours of 8:00 a.m. and 4:45 pm. M-F.
Thank you,

Angie Russell
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
Registration Support Services
1970 W. Broad Street, Columbus, OH 43223
Office (614) 752-7518
Fax (614) 995-4739
ajrussell@dps.ohio.gov



---

**From:** jeff wonser <mbha178@hotmail.com>
**Sent:** Saturday, June 28, 2025 1:26 AM
**To:** Russell, Angela <ajrussell@dps.ohio.gov>
**Subject:** [EXTERNAL]Re: Denied Special Plate (F46 LGB1)

Angie Russel,

Can you please tell me:

Was the decision to deny done by a computer, a single person, or a group of people?

If it was a person or group of people, Who decided it should be denied?

Why was this denied?

~Jeff Wonser

On Jun 27, 2025, at 2:32 PM, ajrussell@dps.ohio.gov wrote:

Dear Jeffrey Wonser:

This is a Follow Up in reference to your internet special plate transaction. The Special Plate Committee reviewed your request and it was denied due to the potential perception of inappropriateness. Therefore, we are unable to process your order.

Here are your options:

1. Request a different personalization. (Please indicate if any spacing between letters and where. Also, include the meaning of your new selection)

2. Renew the registration for your prior plate and receive a partial refund for the fees paid for the denied personalized plate

3. Request a full refund. (This will re-instate your prior plate number as well as the registration expiration date)

4. Appeal the decision. If you appeal, it must be in writing and specifically state that it is an appeal. You can attach your appeal to a response to this email. Or, you can mail it to: The Ohio BMV, Attn: Registration Support Services, P.O. Box 16520 Columbus, Ohio 43216. You will need to include the reason for wanting the plate and any supporting documentation. The appeal must be submitted within 30 days of first notification. 6/20/2025.

If there is no response prior to 7/18/2025, a full refund will be generated and the registration record of your prior plate re-instated.

If you have any questions, please respond to this email or call Registration Support Services at the number below between the hours of 8:00 a.m. and 4:45 pm. M-F.

Thank you,

Angie Russell
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
Registration Support Services
1970 W. Broad Street, Columbus, OH 43223
Office (614) 752-7518
Fax (614) 995-4739
ajrussell@dps.ohio.gov

<image001.png>

---

**From:** Russell, Angela <ajrussell@dps.ohio.gov>
**Sent:** Friday, June 20, 2025 8:32 AM
**To:** mbha178@hotmail.com
**Cc:** Berger, Brenda <BBerger@dps.ohio.gov>; Hamon, Jacob <jmhamon@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; James, Michelle <mljames@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Russell, Angela <ajrussell@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** Denied Special Plate (F46 LGB1)

Dear Jeffrey Wonser:

This is in reference to your internet special plate transaction. The Special Plate Committee reviewed your request and it was denied due to the potential perception of inappropriateness. Therefore, we are unable to process your order.

The BMV rejects any special license plate that contains words, combinations, and/or phrases (in any language, whether frontwards or backwards) that:

1. Are profane (that is, swearwords or expletives), or can be interpreted as obscene, sexually explicit, or scatological (i.e., pertaining to feces or excrement).

2. Are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment.

3. Advocate immediate lawlessness or advocate lawless activities.

We look forward to assisting you with another license plate selection or a full refund/credit. Please contact our office at your earliest convenience.

Please feel free to email us or call Registration Support Services at 614-752-7518, 8:00 a.m. to 4:45 p.m. Monday through Friday.

Thank you,


Angie Russell
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
Registration Support Services
1970 W. Broad Street, Columbus, OH 43223
Office (614) 752-7518
Fax (614) 995-4739
ajrussell@dps.ohio.gov


<image001.png>

CAUTION: This email was received from an EXTERNAL source, use caution when clicking links or opening attachments. If you believe this to be a malicious and/or phishing email, please send this email as an attachment to Servicedesk@dps.ohio.gov.