**Declaration of Patrick Corrigan**

I, Patrick Corrigan, declare as follows based upon personal knowledge:

1. I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2. On May 16, 2026, I used the BMV website in an attempt to register a vanity license plate for my 2017 Chevy Cruze.

3. I tried to register a license plate that said "MAFIA," but the BMV website would not allow me, saying that my message was "Invalid / Inappropriate."

4. When the website rejected my request, it did not provide me with instructions to challenge the rejection of my request. It gave me a link to "request the BMV to review a previously denied license plate," but that link took me to another BMV page, which also had no such instructions.

5. The BMV said that I could instead register a license plate that says "NO MAFIA." Authentic screenshots of those messages are below:



6. The BMV should not be censoring people's license plates.Those plates are a forum for free speech for drivers.

7. I don't believe I've ever heard anyone say that they believe vanity plates are messages from the state.

8. Whatever other drivers would like to say on their plates, I would like to be able to hear it.



PLAINTIFF'S
EXHIBIT

**69**

Doc ID: a3fd82abb8b9f74b40e656fc1864f2ae8a01c860

I declare the above to be true under penalty of perjury of the laws of the United States of America.

_____        05 / 16 / 2026

Patrick Corrigan                                          Date

Doc ID: a3fd82abb8b9f74b40e656fc1864f2ae8a01c860

 **Dropbox** Sign                                  Audit trail

| | |
|---|---|
| **Title** | DRAFT Ex. 69 2026-05-16 Corrigan declaration [Service... |
| **File name** | DRAFT%20Ex.%2069%...ice%20Copy%5D.pdf |
| **Document ID** | a3fd82abb8b9f74b40e656fc1864f2ae8a01c860 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**05 / 16 / 2026**
19:21:07 UTC-4

Sent for signature to Patrick Corrigan (pcorrig98@gmail.com)
by services@clio.com acting on behalf of general@speech.law
IP: 65.25.29.105

**VIEWED**
**05 / 16 / 2026**
19:21:31 UTC-4

Viewed by Patrick Corrigan (pcorrig98@gmail.com)
IP: 172.58.127.22

**SIGNED**
**05 / 16 / 2026**
19:22:52 UTC-4

Signed by Patrick Corrigan (pcorrig98@gmail.com)
IP: 172.58.127.22

**COMPLETED**
**05 / 16 / 2026**
19:22:52 UTC-4

The document has been completed.