FILED

MAY 18 2026

CLERK U.S. DISTRICT COURT
~~NORTHERN DISTRICT OF OHIO~~ CLEVELAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **WILLIAM SAKI,** *et al.,*<br>*Plaintiffs,*<br><br>v.<br><br>**CHARLES L. NORMAN,** *et al.,*<br>*Defendants.* | Case No.: 1:26-cv-1148<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |

**EXHIBITS 57, 58, 60 AND 65 TO PLAINTIFFS' MOTION FOR
A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF #2)**

Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan are manually filing the following exhibits in support of their motion for a temporary restraining order and preliminary injunction:

- Exhibit 57: Excel file of approved license plates as of December 16, 2024.
- Exhibit 58: Excel file of approved license plates as of December 16, 2024.
- Exhibit 60: Excel file of rejected license plates as of December 12, 2024.
- Exhibit 65: Excel file of rejected license plates as of September 25, 2025.

Respectfully submitted,

/s/Brian D. Bardwell
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs William Saki, Jeffrey
Wonser, and Patrick Corrigan*

Page 1 of 2

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan*

Page 2 of 2