IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

<table>
<tr><td>

**WILLIAM SAKI,** *et al.*,

            *Plaintiffs,*

v.

**CHARLES L. NORMAN,** *et al.*,

            *Defendants.*

</td><td>

Case No.: 1:26-cv-1148

Judge Dan Aaron Polster

Magistrate Judge Jonathan D. Greenberg

</td></tr>
<tr><td colspan="2" align="center">**NOTICE**</td></tr>
</table>

Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan respectfully give notice that they have served Defendants with the Court's order to respond to the motion for a temporary restraining order. *See* Exhibit 1. Plaintiffs will likewise provide Defendants notice of the call in-information for the hearing once it has been circulated.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan*

**CERTIFICATE OF SERVICE**

I certify that on May 19, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan*