Case: 1:26-cv-01148-DAP Doc #: 5-1 Filed: 05/19/26 1 of 2. PageID #: 2481

 Gmail

Brian Bardwell <brian.bardwell@speech.law>

## Activity in Case 1:26-cv-01148-DAP Saki, et al. v. Norman, et al Order

**Brian Bardwell** <brian.bardwell@speech.law>                    Tue, May 19, 2026 at 11:28 AM
To: Alex Armitage <asarmitage@dps.ohio.gov>
Cc: Rachel Huston <Rachel.Huston@ohioago.gov>, "Donald C. Brey" <DBrey@isaacwiles.com>
Bcc: Brian Bardwell <brian.bardwell@speech.law>

Alex,

Please see the order below. The Court is asking for a response to our motion no later than noon on May 26, with a Zoom conference to follow on May 28 at 9:45 a.m.

I'm copying Rachel Huston and Don Brey on the assumption they may be involved, as well. If there's anyone else I should be directing these to, please let me know.

Thanks,

--Brian


Brian D. Bardwell
Speech Law LLC
4403 St. Clair Ave.
Cleveland, OH 44103
216-912-2195
brian.bardwell@speech.law
www.speech.law


---------- Forwarded message ---------
From: <ohndecf@ohnd.uscourts.gov>
Date: Tue, May 19, 2026 at 10:37 AM
Subject: Activity in Case 1:26-cv-01148-DAP Saki, et al. v. Norman, et al Order
To: <OHNDdb_CleECF@ohnd.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**NORTHERN DISTRICT OF OHIO**

## Notice of Electronic Filing

The following transaction was entered on 5/19/2026 at 10:36 AM EDT and filed on 5/19/2026
**Case Name:**          Saki, et al. v. Norman, et al
**Case Number:**      1:26-cv-01148-DAP
**Filer:**
**Document Number:** No document attached



PLAINTIFF'S EXHIBIT

1

5/19/26, 11:28 AM

Case: 1:26-cv-01148-DAP Doc #: 5-1 Filed: 05/19/26 2 of 2. PageID #: 2482

Speech Law Mail - Activity in Case 1:26-cv-01148-DAP Szabo, et al. v. Haugland, et al. Order

**Docket Text:**

**Order** [non-document] The Court hereby directs Defendants to file a response **no later than 12:00pm on May 26, 2026**, addressing Plaintiffs' contentions in the Complaint and Motion for TRO. ECF [2] Defendants should either concede that they are not in compliance with the consent order issued in Case No. 25-cv-1893 and the 2001 Zucco settlement, or explain why they believe they are in compliance with both. A zoom hearing on the matter will be held at **9:45am on May 28, 2026**. Call-in information will be circulated separately. **Plaintiffs are responsible for ensuring Defendants receive notice of this order and the call-in information for the hearing, and should inform the Court that this is completed.** Entered on behalf of Judge Dan Aaron Polster on 5/19/2026. (K,K)

**1:26-cv-01148-DAP Notice has been electronically mailed to:**

Brian D. Bardwell     brian.bardwell@speech.law, bdb484.gmail.com@recap.email, efile@speech.law

**1:26-cv-01148-DAP Notice has been delivered by other means to:**