## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

WILLIAM SAKI, *et al.*,

                *Plaintiffs*,

      -vs-

CHARLES L. NORMAN, *et al.*,

                *Defendants*.

:
:
:
:
:
:
:
:
:
:

Case No. 1:26-cv-1148

Judge Dan Aaron Polster

Magistrate Judge Jonathan D. Greenberg

### DECLARATION OF JULIE SIMKINS

1. I, Julie Simkins, am the Assistant Chief of Vehicle Information Services at the Ohio Bureau of Motor Vehicles ("BMV").

2. I am over 18 years of age and am competent to make this declaration.

3. The BMV is part of the Ohio Department of Public Safety ("DPS").

4. I have been in my position since 2011 and have been with DPS since 1998.

5. As the Assistant Chief of Vehicle Information Services, my primary responsibilities consist of organizing and overseeing daily operations for Registration Support Services Unit Admin Unit within VIS. I also supervise assigned staff, including responding to programmatic, technical and administrative issues regarding VIS. Furthermore, I monitor special projects and task forces, transmit decisions, directive and BMV policy and legislative changes as they occur.

6. I am familiar with the vanity license plate application process, both before and after revisions were made by the BMV in October of 2025.

7. Vanity license plate applications are reviewed pursuant to agreed-upon guidelines from a prior Southern District of Ohio case. *See Zucco v. Caltrider*, No. 2:01-cv-01270 (S.D. Ohio)

Page 1 of 7

8.     Specifically, the *Zucco* guidelines outline that the "BMW shall reject any request" that:

**Special License Plate Screening Guidelines: Substantive Criteria**

In reviewing requests for special license plates, the BMV shall reject any request that:

1.     Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are profane (that is, swearwords or expletives), obscene, sexually explicit, or scatological; or

2.     Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment; or

3.     Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities.

9.     I am also familiar with a settlement involving Plaintiff William Saki and DPS/BMV through a prior Northern District of Ohio Court case captioned *Saki v. Norman*, Case No.: 1-25-cv-01893 ("Saki I").

10.    For example, despite being at issue in Saki I, and pursuant to the settlement agreement reached in the case, "MUSLIM" is a vanity license plate currently available for purchase and issuance.

11.    "MUSLIM" was not requested following the conclusion of Saki I.

12.    "GAY" was approved on September 12, 2025, for issuance of a vanity license plate.

13.    Mr. Saki submitted the September 12, 2025, application and request for the "GAY" vanity license plate.

14.    On or about October 1, 2025, DPS IT exported all vanity plate applications from the Invalid Plate Table added before December 31, 2003, for VIS review.

15.    This review was done in accordance with the Saki I settlement agreement, and to ensure that VIS was reviewing and approving vanity license plate applications pursuant to the terms of the Zucco guidelines.

16. This review resulted in the deletion of more than 29,000 previously denied vanity license plate applications.

17. Exhibit A is the list of the approximately 29,000 previously denied vanity license plate applications that are now eligible to be applied for.

18. Because 29,000 previously denied vanity license plate applications were deleted, that means that each of those 29,000 alphanumeric stylings is eligible for a vanity license plate application.

19. While approximately 29,000 previously denied vanity license plate applications are now eligible to be applied for, approximately 3,378 plates remain denied.

20. "HOMO" is one of the 3,378 vanity license plate applications that remains denied.

21. On October 20, 2025, the BMV adjusted its online vanity license plate application process.

22. Prior to that date, if an application was submitted online, and the plate was not assigned to a vehicle, or was not previously prohibited by the BMV, the following screen appeared:

 

23.     The proposed wording of the plate was then submitted to a BMV committee which would review the plate under the Zucco criteria and decide whether to accept or reject the plate. If the plate were denied, the applicant could appeal the decision for further review and consideration.

24.     In contrast, if the vanity plate was previously prohibited, then the applicant was told the plate was "Inappropriate/Invalid" and they had no online method to continue the application.

25.     After the Saki I settlement, if the application is initially denied as "Inappropriate/Invalid", the new license plate application process permits an applicant to click "[r]equest the BMV to review a previously denied license plate" if an applicant's personalized plate number is flagged under the Zucco settlement:

26.     Upon clicking the link, an applicant arrives at a Plate Denial Review screen:

27.     After the applicant completes the Plate Denial Review and clicks submit, a review occurs at the BMV through its vanity plate review committee.

28.     BMV staff in the Registration Support Services section then personally contact the applicant to directly inform them of the outcome.

29.     The applicant is permitted to respond, ask questions, and/or voice concerns about the outcome.

30.     Applicants denied a specialty plate are mailed an Inappropriate Request Notice of Denial (BMV 4751), regardless of which agency issued the transaction (i.e., in person at a Deputy Registrar, OPLATES, or by mail). For applications denied via OPLATES (online) and by mail, a member of the Specialty Plate Requisition Committee personally reaches out by phone or email to assist the customer by either routing an appeal, processing another plate selection, or refunding the transaction.

31.     Attached as Exhibit B is a copy of a true and accurate flowchart of the revised application process as of October 28, 2025.

32.     Since the new application process was enacted on October 20, 2025, the BMV has approved the issuance of six previously denied plates: GODZ1LA, SL4YER, GRTSCOT, BALZ, BADAXE, HIH8R.

33.     An application is recognized by the BMV once action is taken on the vanity license plate application query. This means that an applicant must request BMV plate review (as outlined above), or complete a plate/registration transaction for BMV to know the plate was "applied for."

34.     The BMV typically denies vanity license plate applications that involve the combination of "MF" because that phrase is typically understood to be an abbreviation for the word "mother fucker."

35.     That being said, the BMV provides some type of appeal process when a vanity license plate is first denied.

36. For example, MF CADDY was approved after it was determined that "MF" constituted the applicant's initials and provided meaning. The approval was not as a result of an appeals process.

37. "MF TNDRA" was denied based upon the "MF" abbreviation for mother fucker.

38. The initial denial of "MF TNDRA" was rendered on November 21, 2025, following an appeal the decision was upheld on December 9, 2025. *See* Application attached as Exhibit C.

39. Vanity plate applications for "FAG" and "FAGGOT" were denied before the *Zucco* guidelines.

40. A vanity license plate application for "CUNTY" was rejected under the *Zucco* guidelines.

41. An application for the vanity license plate "HOMO" was denied on April 10, 1996.

42. No subsequent requests for this vanity license plate have been made.

43. This means that HOMO has not been applied for since the BMV's October 20, 2025, revisions to its vanity license plate application process.

44. Similarly, an application for the vanity license plate "MAFIA" was denied on December 4, 1995.

45. No subsequent requests for this vanity license plate have been made.

46. This means that MAFIA has not been applied for (as that term is denied above) since the BMV's October 20, 2025, revisions to its vanity license plate application process.

47. If the BMV revokes a license plate, the owner of the vehicle must return the plate to the BMV.

48. The BMV rejects hundreds of proposed vanity plates per year.

*I declare under penalty of perjury that the foregoing is true and accurate.*

Julie Simkins
_____
Julie Simkins

5/25/2026
_____
Date