# BMV PLATE REVIEW OF PREVIOUSLY DENIED PERSONALIZED LICENSE PLATES

Exhibit B

## OPLATES Screen Flow

- User selects option to obtain personalized license plate
- User enters a previously denied personalized license plate



- Plate Denial Review Screen - User submits contact information and personalized plate meaning
- Receives confirmation



- User attempts to resubmit another plate for review within 24 hours the following message displays



## BMV Online Services (BMVOS) Screen Flow

- User enters personalized license plate via BMVOS Specialized Plates Availability screen
- User enters a previously denied personalized license plate
- Option to request BMV review of plate is presented
- User redirected to OHID login to complete Plate Denial Review screen via OPLATES





## BMV Internal Processing

- Registration Support Services (RSS) receives email requesting BMV plate review



- The Requisition processor creates and maintains a Project Tracking System (PTS) log for each request. Notes are to be added to update the log as decisions are rendered and further communications occur from or the customer. The PTS log is to be assigned to **Appeals.**
- Special Plate Requisition Committee reviews plate using current guidelines within two (2) business days upon receipt of the email.
- Registrar's Office may respond after the REQ is submitted; however, it is not necessary to wait for a response. If Registrar's Office responds and overrides the initial decision, reply by email accordingly.

.

**Daily REQ Email (Sample)**

| Plate | Agency | Perceived Meaning | Replacement Y/N | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|---|
| ABCDEG | OPLATES | Previously Denied "Perceived Meaning" | N | N/A | Meaning Customer Supplied | John Doe | Add Rule # or N/A if committee determines no rule violation |

### Scenario 1 – Customer requests the BMV review a previously denied license plate

- o  9.15.25 – BMV receives the request
- o  9.16.25 – BMV adds the request to the Daily Req email
  - VIS denies the license plate request
  - No one disagrees with the denial (i.e. Legal/Registrar's Office)
- o  9.17.25 – BMV notifies the customer of the **denial** being **upheld**.

**(Email response to customer / Denial upheld):**

*This is in reference to your internet specialty license plate transaction. The Special Plate Committee reviewed your request, and it was denied due to the potential perception of inappropriateness. Therefore, we are unable to release the selection for purchase.*

*The BMV rejects any special license plate that contains words, combinations, and/or phrases (in any language, whether frontwards or backwards) that:*

*1. Are profane (that is, swearwords or expletives), or can be interpreted as obscene, sexually explicit, or scatological (i.e., pertaining to feces or excrement).*

*2. Are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment.*

*3. Advocate immediate lawlessness or advocate lawless activities.*

*Thank you for the opportunity to serve you.*

**Scenario 2 – Customer requests the BMV review a previously denied license plate**

- o 9.15.25 – BMV receives the request
- o 9.16.25 – BMV adds the request to the Daily Req email
  - VIS **approves** the license plate request
  - No one disagrees with the **approval** (i.e. Legal/Registrar's Office)
- o 9.17.25 – BMV notifies the customer of the **denial** being **overturned.**

**(Email response to customer / Approval to issue):**

*This is in reference to your internet specialty license plate transaction. The Special Plate Committee reviewed your request, and it was approved for issuance. When you are ready to complete your special plate transaction on [www.oplates.com](www.oplates.com), please contact Registration Support Services at (614) 752-7518, 8:00 a.m. to 4:45 p.m. Monday through Friday.*

*Thank you for the opportunity to serve you.*

- The purpose of requiring the customer to contact RSS, is to coordinate the plate deletion from the Vehicle Registration (VR) Invalid Maintenance table. Once deleted, the plate is available for issuance. NOTE: If the previously denied plate was issued in the past three (3) years, and is still in the VR summary (with cancellation disposition), the plate needs deleted in addition to removing it from the VR Invalid Plate Maintenance.
- Once customer contacts RSS, verify they are ready to complete the online purchase of the previously denied plate. If yes, delete plate from the Vehicle Registration (VR) Invalid Plate Maintenance.
  - o Advise the customer that the plate is now available for purchase.
  - o NOTE:  If customer hesitates to purchase until a day/week after they contact RSS, the plate may be purchased by someone else in the interim. RSS has no control once we delete the plate from the VR Invalid table.
- If the customer requesting review fails to contact RSS within one (1) full year after being notified that their requested plate has been approved for issuance, they will be required to repeat the process to request review of the same plate.
- Registrar's Office may respond after the REQ is submitted; however, it is not necessary to wait for a response. If Registrar's Office responds and overrides the initial decision, reply by email accordingly.