

Exhibit C

| | |
|---|---|
| **From:** | amdean@dps.ohio.gov |
| **Sent:** | Tuesday, December 9, 2025 8:01 AM |
| **To:** | mljames@dps.ohio.gov; clnorman@dps.ohio.gov |
| **Cc:** | KCorrigan@dps.ohio.gov; jmhamon@dps.ohio.gov; ammonst@dps.ohio.gov; DRiggins@dps.ohio.gov; ajrussell@dps.ohio.gov; jasimkins@dps.ohio.gov; rasnowball@dps.ohio.gov |
| **Subject:** | RE: Special Plate Appeal (MF TNDRA) |

Denied

---

**From:** James, Michelle
**Sent:** Friday, December 5, 2025 2:34 PM
**To:** Dean, Anne ; Norman, Charles
**Cc:** Corrigan, Kathleen ; Hamon, Jacob ; James, Michelle ; Monst, Allie ; Riggins, Devon ; Russell, Angela ; Simkins, Julie ; Snowball, Robert
**Subject:** Special Plate Appeal (MF TNDRA)

Good morning,

I have attached documentation for the review and approval or denial to issue plate, "**MF TNDRA**".

• On 11/19/2025 the customer completed an exchange transaction online, Agency 9983, for personalized plate "**MF TNDRA**".
• On 11/20/2025 the plate was reviewed and deemed inappropriate due to rule 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). (Attached).
• On 12/5/2025 an appeal for reconsideration was received via email. (Attached).
• On 12/5/2025 Kathy recommends upholding the denial. (Attached).


Please review and advise of plate approval or denial.



Thank you,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov



| | |
|---|---|
| **From:** | mljames@dps.ohio.gov |
| **Sent:** | Tuesday, May 19, 2026 3:33 PM |
| **To:** | DRiggins@dps.ohio.gov |
| **Cc:** | jasimkins@dps.ohio.gov; ammonst@dps.ohio.gov |
| **Subject:** | FW: [EXTERNAL]Re: Denied Special Plate (MF TNDRA) |

Good afternoon,

Please see below all communication sent to and received by Mr. Wonser for the denied special plate MF TNDRA.

Thank You,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov



**From:** James, Michelle <mljames@dps.ohio.gov>
**Sent:** Tuesday, January 6, 2026 11:34 AM
**To:** jeff wonser <mbha178@hotmail.com>
**Cc:** Hamon, Jacob <jmhamon@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Russell, Angela <ajrussell@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; James, Michelle <mljames@dps.ohio.gov>
**Subject:** RE: [EXTERNAL]Re: Denied Special Plate (MF TNDRA)

Dear Jeffrey Wonser:

Due to no response, a full refund/credit request has been completed. The credit will process next Wednesday and can take up to 15 days to appear on your card statement depending on your financial institute. The registration for your prior plate has been re-instated. The registration expiration date for that prior plate will be the same as it was prior to you placing the order for the denied plate number.

If you have any further questions, please call Registration Support Services at 614-752-7518, 8:00 a.m. to 4:45 p.m. Monday through Friday.

1

Thank you,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov



**From:** James, Michelle
**Sent:** Friday, December 19, 2025 8:56 AM
**To:** jeff wonser <mbha178@hotmail.com>
**Cc:** Hamon, Jacob <jmhamon@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Russell, Angela <ajrussell@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <CATaylor@dps.ohio.gov>; James, Michelle <mljames@dps.ohio.gov>
**Subject:** RE: [EXTERNAL]Re: Denied Special Plate (MF TNDRA)

Mr. Wonser,

A decision was made and unfortunately the appeal for **MF TNDRA** was denied. I have attached a copy of the denial letter. You will also receive the hard copy via mail.

Here are your options moving forward:

1. Request a different personalization. *(Please indicate if any spacing between letters and where. Also, include the meaning of your new selection)*
2. Request a full refund. . *(This will re-instate your prior plate number as well as the registration expiration date)*

If there is no response prior to **(1/2/25)**, a full refund will be generated and the registration record of your prior plate re-instated. Please let me know if you have any questions.

Thank you,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov



---

**From:** James, Michelle
**Sent:** Friday, December 5, 2025 10:35 AM
**To:** 'jeff wonser' <mbha178@hotmail.com>
**Cc:** Hamon, Jacob <jmhamon@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Russell, Angela <ajrussell@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <CATaylor@dps.ohio.gov>
**Subject:** RE: [EXTERNAL]Re: Denied Special Plate (MF TNDRA)

Mr. Wonser,

I have received and started your appeal process. I will notify you when I am informed with a decision or approval or denial.

Thank you,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov



---

**From:** jeff wonser <mbha178@hotmail.com>
**Sent:** Thursday, December 4, 2025 10:08 PM
**To:** James, Michelle <mljames@dps.ohio.gov>
**Cc:** Hamon, Jacob <jmhamon@dps.ohio.gov>; kdhunter@dps.ohio.gov; Monst, Allie <ammonst@dps.ohio.gov>; Russell, Angela <ajrussell@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; James, Michelle <mljames@dps.ohio.gov>
**Subject:** Re: [EXTERNAL]Re: Denied Special Plate (MF TNDRA)

Michelle James, and others at BMV Denial office,

I am appealing the denial of my registration. "MF" stands for "my family." In other contexts, it may also stand for "mezzo forte," "medium frequency," "mycosis fungoides," "microfiche," or "myelofibrosis."

To me, my license plate means "My Family Tundra." Please approve it and apologize for insulting me and my mother.

-Jeff Wonser

3

On Dec 1, 2025, at 10:02 AM, mljames@dps.ohio.gov wrote:


Good morning,

MF TNDRA falls under Rule 1 due to the potential perception of inappropriateness. MF is a very common abbreviation for "Mother F*cking". The plate was perceived as reading, "Mother F*cking Tundra" and therefore denied.

You may respond with your appeal.  You will need to include the reason for wanting the plate and any supporting documentation. Once received, I will get the appeal process started.

Thank you,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov

<image001.png>

**From:** jeff wonser <mbha178@hotmail.com>
**Sent:** Thursday, November 27, 2025 8:28 AM
**To:** James, Michelle <mljames@dps.ohio.gov>
**Subject:** Re: [EXTERNAL]Re: Denied Special Plate (MF TNDRA)


I'm still unclear. This license plate doesn't have any words at all. How does it violate Rule 1?"



On Nov 21, 2025, at 3:22 PM, mljames@dps.ohio.gov wrote:


Good afternoon Mr. Wonser,

The personalization, "MF TNDRA" was denied under Rule 1. Are profane (that is, swearwords or expletives), obscene, sexually explicit, or scatological (i.e., pertaining to feces or excrement). You have the right to appeal this decision of the Registrar of Motor Vehicles. Your request for appeal must be received in writing within 30 days from the date of this correspondence. You may attach your appeal in a response to this email. Once received, I will get the appeal process started.

Please let me know if you have any questions.

4

Thank you,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov

<image001.png>

---

**From:** jeff wonser <mbha178@hotmail.com>
**Sent:** Friday, November 21, 2025 12:53 PM
**To:** James, Michelle <mljames@dps.ohio.gov>
**Subject:** [EXTERNAL]Re: Denied Special Plate (MF TNDRA)

Mr. James:

Thanks for writing, but could you please clarify which prohibited category this plate falls into? I'd like to appeal, but this doesn't really explain which rule I'm supposed to be addressing.

Thanks,

--Jeff Wonser


On Nov 21, 2025, at 8:08 AM, mljames@dps.ohio.gov wrote:


Dear Jeffrey Wonser,

This is in reference to your specialty license plate transaction via www.OPLATES.com. The Ohio Bureau of Motor Vehicles ("BMV") rejects any specialty license plate that contains words, combinations, and/or phrases (in any language, whether frontwards or backwards) that:

1.      Are profane (that is, swearwords or expletives), obscene, sexually explicit, or scatological (i.e., pertaining to feces or excrement) or
2.      Are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment.
3.      Advocate immediate lawlessness or advocate lawless activities.

The BMV Special Plate Requisition Committee reviewed your request and determined the specialty license plate you wanted

5

falls into a prohibited category. Therefore, the BMV is unable to process your order. We look forward to assisting you with another license plate selection or processing a full refund (allow up to 30 days for refund processing).

You have the right to appeal this decision of the Registrar of Motor Vehicles. Your request for appeal must be received in writing within 30 days from the date of this correspondence.

Please contact our office at your earliest convenience. You may respond to this email or call Registration Support Services at (614) 752-7518.

Thank you,

Michelle James
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518
mljames@dps.ohio.gov

<image001.png>

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please send this email as an attachment to **Servicedesk@dps.ohio.gov**.

6