IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAKI,** *et al.*,<br>*Plaintiffs,*<br><br>v.<br><br>**CHARLES L. NORMAN,** *et al.*,<br>*Defendants.* | Case No.: 1:26-cv-1148<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
| **NOTICE** ||

Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan respectfully give notice that they have served Defendants with the Court's order rescheduling today's hearing to 10:15 a.m. *See* Exhibit 1.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan*

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan*