Gmail

**Brian Bardwell <brian.bardwell@gmail.com>**

# Activity in Case 1:26-cv-01148-DAP Saki, et al. v. Norman, et al Notice of Hearing or Conference

**Brian Bardwell** <brian.bardwell@gmail.com>                                    Wed, May 20, 2026 at 4:15 PM
To: "Ryan C. Spitzer" <rspitzer@isaacwiles.com>

Hi, Ryan.

The TRO hearing has been moved to 5/28 at 10:15 a.m.

--Brian

---------- Forwarded message ---------
From: <ohndecf@ohnd.uscourts.gov>
Date: Wed, May 20, 2026 at 9:01 AM
Subject: Activity in Case 1:26-cv-01148-DAP Saki, et al. v. Norman, et al Notice of Hearing or Conference
To: <OHNDdb_CleECF@ohnd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**NORTHERN DISTRICT OF OHIO**

## Notice of Electronic Filing

The following transaction was entered on 5/20/2026 at 9:00 AM EDT and filed on 5/20/2026
**Case Name:**          Saki, et al. v. Norman, et al
**Case Number:**     1:26-cv-01148-DAP
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**IMPORTANT:** Notice [non-document] Zoom Status Conference reset for 5/28/2026 at 10:15 AM* before Judge Dan Aaron Polster. Zoom information remains the same. (*Please note change in TIME only.) (K,K)

**1:26-cv-01148-DAP Notice has been electronically mailed to:**

Brian D. Bardwell     brian.bardwell@speech.law, bdb484.gmail.com@recap.email, efile@speech.law

**1:26-cv-01148-DAP Notice has been delivered by other means to:**

