IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAKI,** *et al.*,<br><br>                    *Plaintiffs,*<br><br>           v.<br><br>**CHARLES L. NORMAN,** *et al.*,<br><br>                    *Defendants.* | Case No.: 1:26-cv-1148<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
| **NOTICE OF CORRECTED EXHIBIT 59** | |

Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan respectfully give notice that they are withdrawing an exhibit inadvertently marked as Plaintiff's Exhibit 59, ECF #2-59, and replacing it with the awas inadvertently marked as Plaintiff's Exhibit 59.

A corrected Exhibit 59 is attached to this motion.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs William Saki, Jeffrey*
*Wonser, and Patrick Corrigan*

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs William Saki, Jeffrey*
*Wonser, and Patrick Corrigan*