**Declaration of Brian D. Bardwell**

I, Brian D. Bardwell, declare as follows based upon personal knowledge:

1.      I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2.      I was plaintiff's counsel in *Wonser v. Norman*, No. 2:24-cv-02160 (S.D. Ohio) and am plaintiff's counsel in this case, *Saki v. Norman*, No. 1:26-cv-1148 (N.D. Ohio).

3.      In the *Wonser* case, I served discovery demands on the defendants in this case.

4.      Among the productions in that case was an Excel file produced in response to a request for a "list of all granted Vanity License Plate combinations from January 1, 2018 forward."

5.      The document attached as Plaintiff's Exhibit 59 is an authentic reproduction of that file. As it was produced, the document would have printed out to 11,249 pages. I have therefore sorted and restructured the file to facilitate review, but I have not made any changes to the entries in the list itself.

I declare the above to be true under penalty of perjury of the laws of the United States of America.

_____                   05/28/2026_____
Brian D. Bardwell                                           Date

Page 1 of 1