IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAKI,** *et al.,*<br>             *Plaintiffs,*<br><br>v.<br><br>**CHARLES L. NORMAN,** *et al.,*<br>             *Defendants.* | Case No.: 1:26-cv-1148<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
| **WILLIAM SAKI, JEFFREY WONSER, AND PATRICK CORRIGAN'S NOTICE OF APPEAL** | |

Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan respectfully give notice of appeal to the United States Court of Appeals for the Sixth Circuit from the order of the United States District Court for the Northern District of Ohio entered on May 29, 2026 (ECF #9), denying Plaintiffs' motion for a temporary restraining order and preliminary injunction, and dismissing the action without prejudice.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan*

## CERTIFICATE OF SERVICE

I certify that on May 31, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

/s/Brian D. Bardwell
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs William Saki, Jeffrey Wonser, and Patrick Corrigan*